|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | FILED |
| FOR THE NINTH CIRCUIT | JUL 31 2020<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al.,<br><br>        Petitioners-Appellees,<br><br> v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>        Respondents-Appellants. | No.   20-55770<br><br>D.C. No.<br>2:07-cv-03239-TJH-RNB<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The appeal filed July 27, 2020 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due not later than August 24, 2020; the answering brief is due September 21, 2020 or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 21 days after service of the answering brief. *See* 9th Cir. R. 3-3(b).

tsp/MOATT

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(3). Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7