No. 20-55770

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**ALEJANDRO RODRIGUEZ,** *et al.*,

**Petitioners-Appellees,**

v.

**WILLIAM BARR,** *et al.*,

**Respondents-Appellants.**

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE
_____

The parties respectfully request that the Court modify the briefing schedule for this appeal as follows:

- Opening brief due September 3, 2020
- Response brief due October 15, 2020
- Reply brief due November 5, 2020

There is good cause for the modification as set forth in the attached declaration by undersigned counsel. The parties propose this modified schedule to accommodate the litigation demands of other cases, pre-scheduled travel, and personal obligations. The parties are mindful of the need to avoid unnecessary requests for extensions and

have attempted to negotiate a schedule that will avoid the need for further extension requests.

In addition, as stated in the accompanying declaration of undersigned counsel, this action involves significant constitutional questions affecting the operations of the Department of Homeland Security and ("DHS") and the Executive Office for Immigration Review ("EOIR"). Accordingly, the government requires time to analyze the preliminary injunction order and make formal appeal recommendations, which must then be acted on by the Office of the Solicitor General. Additional time is needed to complete this process.

Therefore, the parties request that the Court grant this motion and modify the schedule.

    Respectfully submitted,

    ETHAN P. DAVIS
    Acting Assistant Attorney General
    Civil Division

    ERNESTO MOLINA
    Deputy Director, Office of Immigration
    Litigation – Appellate Section

    /s/ Sarah Wilson
    SARAH WILSON
    Senior Litigation Counsel
    U.S. Department of Justice
    Office of Immigration Litigation
    Ben Franklin Station, P.O. Box 878
    Washington, D.C. 20044
    Telephone: (202) 532-4700

                                        Attorneys for Appellants

Dated:  August 18, 2020

No. 20-55770

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**ALEJANDRO RODRIGUEZ,** *et al.***,**

**Petitioners-Appellees,**

v.

**WILLIAM BARR,** *et al.***,**

**Respondents-Appellants.**

## DECLARATION OF SARAH S. WILSON
_____

I, SARAH S. WILSON, hereby declare as follows:

1. I am an attorney with the Office of Immigration Litigation, Civil Division, United States Department of Justice, and represent Respondents-Appellants in this matter.

2. Under the existing schedule, the opening brief is due on August 24, 2020, the response brief on September 21, 2020, and the reply on October 12, 2020.

3. I am requesting that the Court modify the schedule for briefing this appeal. This is the first request for a modification to the schedule in this matter.

4. There is good cause for the modification. The appeal involves significant constitutional questions and the preliminary injunction at issue is of significant importance to the parties. Accordingly, the government parties require time to make formal appeal recommendations, which must then be acted on by the Office of the Solicitor General before the appeal may proceed. The government requires ten additional days to complete this process and finalize its opening brief.

5. Undersigned counsel conferred with counsel for Petitioners-Appellees Ahilan Arulanantham regarding the schedule. The proposed schedule accounts for both parties' schedules and existing obligations.

I DECLARE under penalty of perjury that the foregoing is true and correct.

/s/ Sarah Wilson
SARAH WILSON
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 878
Washington, D.C. 20044
Telephone: (202) 532-4700

Dated: August 18, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Appellees' counsel are registered CM/ECF users and will be served by the appellate CM/ECF system, including service upon the following counsel:

    Ahilan T. Arulanantham
    Zoe McKinney
    ACLU FOUNDATION OF SOUTHERN CALIFORNIA
    1313 W. Eighth Street
    Los Angeles, CA 90017

                                        /s/ Sarah Wilson
                                        SARAH WILSON
                                        U.S. Department of Justice