UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 20 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al.,<br><br>    Petitioners-Appellees,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>    Respondents-Appellants. | No. 20-55770<br><br>D.C. No. 2:07-cv-03239-TJH-RNB<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The parties' joint motion (Docket Entry No. 3) to modify the briefing schedule is granted.

The opening brief is due September 3, 2020. The answering brief is due October 15, 2020. The optional reply brief is due November 5, 2020.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

08-17-2020/Pro Mo