**No. 20-55770**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

ALEJANDRO RODRIGUEZ, et al.
Petitioners-Appellees,

v.

WILLIAM BARR, et al.
Respondents-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:07-cv-03239-TJH

**EXCERPTS OF RECORD
VOLUME 2**

ETHAN P. DAVIS
*Acting Assistant Attorney General*
Civil Division

ERNESTO MOLINA
*Deputy Director*
Office of Immigration Litigation

SARAH S. WILSON
*Senior Litigation Counsel*
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-532-4700
sarah.s.wilson@usdoj.gov

## TABLE OF CONTENTS

**Fourth Amended Complaint (ECF 515)** .............................................................**20**

**Docket Sheet** ...........................................................................................................**56**

1  AHILAN T. ARULANANTHAM (SBN 237841)
   aarulanantham@aclusocal.org
2  MICHAEL KAUFMAN (SBN 254575)
   mkaufman@aclusocal.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, CA 90017
   Telephone: (213) 977-5211
5  Facsimile: (213) 977-5297

6  **Attorneys for Petitioners**
   (Additional counsel listed on following page)

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10                  **WESTERN DIVISION**

11

12  ALEJANDRO RODRIGUEZ,            )  Case No. CV 07-3239-TJH (RNBx)
    ABDIRIZAK ADEN FARAH, YUSSUF    )
13  ABDIKADIR, ABEL PEREZ RUELAS,   )  **FOURTH AMENDED COMPLAINT**
    JOSE FARIAS CORNEJO, ANGEL      )
    ARMANDO AYALA, ALEX CACHO       )  Honorable Terry J. Hatter
14  CASTILLO for themselves and on behalf )
    of a class of similarly-situated )
15  individuals,                    )
                                    )
16          Petitioners,            )
                                    )
17      v.                          )
                                    )
18  WILLIAM BARR, United States     )
    Attorney General; KEVIN         )
19  MCALEENAN, Acting Secretary,    )
    Homeland Security; JAMES        )
20  MCHENRY, Director, Executive Office )
    for Immigration Review; DAVID   )
21  MARIN, Field Office Director, Los )
    Angeles District, Immigration and )
22  Customs Enforcement; DON BARNES )
    Sheriff of Orange County; OFFICER )
23  NGUYEN, Officer-in-Charge, Theo )
    Lacy Facility; LUKE SOUTH,      )
24  Commander, Theo Lacy Facility; LISA )
    VON NORDHEIM, Captain, James A. )
25  Musick Facility; TERRY NELSEN,  )
    Assistant Field Office Director, Adelanto )
26  Detention Facility,             )
                                    )
27          Respondents.            )
    _____)

28

<span style="color:red">020</span>

1  Additional Counsel:

2  JUDY RABINOVITZ
   jrabinovitz@aclu.org
3  AMERICAN CIVIL LIBERTIES FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
4  125 Broad Street, 18th Floor
   New York, NY 10004
5  Telephone: (212) 549-2618
   Facsimile: (212) 549-2654
6
   MICHAEL TAN (SBN 284869)
7  mtan@aclu.org
   AMERICAN CIVIL LIBERTIES FOUNDATION
8  IMMIGRANTS'RIGHTS PROJECT
   39 Drumm Street
9  San Francisco, CA 94111
   Telephone: (415) 343-0779
10 Facsimile: (415) 395-0950

11 JAYASHRI SRIKANTIAH (SBN 189566)
   jsrikantiah@law.staford.edu
12 STANFORD LAW SCHOOL
   IMMIGRANTS' RIGHTS CLINIC
13 Crown Quadrangle
   559 Nathan Abbott Way
14 Stanford, CA 94305-8610
   Telephone: (650) 724-2442
15 Facsimile: (650) 723-4426

16 SEAN COMMONS (SBN 217603)
   scommons@sidley.com
17 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
18 Los Angeles, California 90013-1010
   Telephone: (213) 896-6000
19 Facsimile: (213) 896-6600

20

21

22

23

24

25

26

27

28

021

## JURISDICTION AND VENUE

1.     Petitioners Alejandro Rodriguez, Abdirizak Farah, Yussuf Abdikadir, Jose Farias Cornejo, Abel Perez Ruelas, Angel Ayala, and Alex Cacho Castillo are non-citizens who have been subjected to prolonged incarceration at the hands of the Immigration and Customs Enforcement division of the Department of Homeland Security ("ICE"). Each of them has been or likely will be incarcerated for more than six months while their immigration proceedings have been on-going without a hearing where the government has had to justify their prolonged detention. They challenge prolonged imprisonment without adequate process on constitutional grounds, on behalf of themselves and a class of similarly-situated non-citizens.

2.     Prior to the injunctions in this case, on any given day there were several hundred non-citizens who, like the Petitioners, were detained for prolonged periods without adequate custody hearings in the Central District of California. All such individuals were incarcerated by ICE for more than six months while their immigration proceedings remained on-going.

3.     This Court has subject matter jurisdiction over Petitioners' constitutional claims pursuant to 28 U.S.C. 2241 (habeas corpus), 28 U.S.C. 1651 (All Writs Act), and the Suspension Clause of Article I of the U.S. Constitution. *INS v. St. Cyr*, 533 U.S. 289, 304 (2001); *Demore v. Kim*, 538 U.S. 510, 516-17 (2003). This Court also has jurisdiction to hear this case under 28 U.S.C. 1331, which confers jurisdiction to consider federal questions. *Walters v. Reno*, 145 F.3d 1032, 1052 (9th Cir. 1998); *cf. Wilkinson v. Dotson*, 544 U.S. 74, 82 (2005) (challenges to parole release procedures cognizable under Section 1983).[1]

4.     This Court may grant relief under 28 U.S.C. 1331 (federal question), 28 U.S.C. 1651 (All Writs Act), 28 U.S.C. 2241 and 2243 (habeas corpus), and 28 U.S.C. 2201-

---

[1] This action is both a complaint for declaratory and injunctive relief under 28 U.S.C. 1331 and a petition for writ of habeas corpus under 28 U.S.C. 2241. For ease of reference the complaint refers to "Petitioners" and "Respondents."

022

02 (declaratory relief).

5.      Venue is proper in the Central District of California pursuant to 28 U.S.C. 2241(d) because Petitioners and all other class members are incarcerated at Immigration and Customs Enforcement (ICE) prisons within this District. Venue is proper pursuant to 28 U.S.C. 1391(b) because a substantial part of the events giving rise to these claims occurred in this District.

## INTRODUCTION

6.      Petitioner Alejandro Rodriguez is a citizen of Mexico who came to the United States at the age of one. Prior to the filing of the original complaint in this case, he was imprisoned for over three years without a hearing concerning whether his prolonged incarceration was justified. During that time, the government refused even to consider him for release while he litigated his removal case, despite the fact that it presented a complex and novel question of law explicitly left open by the Supreme Court and the Ninth Circuit.

7.      The government released Mr. Rodriguez shortly after he filed a motion for class certification in this case, but continued to subject him to serious restraints on his liberty without allowing him to challenge them in a bond hearing. It then argued that his case was moot. The Ninth Circuit disagreed, rejected the government's other objections, and found class certification warranted. *Rodriguez v. Hayes (Rodriguez I)*, 591 F.3d 1105 (9th Cir. 2010).

8.      This Court subsequently certified the class and directed the formation of sub-classes, after which Petitioners amended the complaint. *See* Dkt. 77, Class Certification Order. This Court then granted a preliminary injunction, (Dkt. 255, Order and Preliminary Injunction), which the Ninth Circuit affirmed in *Rodriguez v. Robbins (Rodriguez II)*, 715 F.3d 1127 (9th Cir. 2013). This Court then granted summary judgment for Petitioners in part. *See* Dkt. 353, Order, Judgement and Permanent Injunction. The Ninth Circuit largely affirmed. *Rodriguez v. Robbins (Rodriguez III)*, 804 F.3d 1060 (9th Cir. 2015). The Supreme Court then granted

023

1    *certiorari*. After two oral arguments, the Court reversed the Ninth Circuit's holding

2    that the immigration statutes must be construed to require adequate bond hearings,

3    but remanded for consideration of Petitioners' constitutional claims, as well as certain

4    questions related to class certification. *Jennings v. Rodriguez (Rodriguez IV)*, 138

5    S.Ct. 830 (2018). On remand, the Ninth Circuit in turn remanded to this Court, while

6    also providing some guidance on the remanded questions. *Rodriguez v. Marin*

7    *(Rodriguez V)*, 909 F.3d 252 (9th Cir. 2018). Neither the Supreme Court nor the

8    Ninth Circuit vacated this Court's permanent injunction, which remains in place.

9    9.    Prior to the injunctions, on any given day, there were at least approximately 350

10   people, if not more, in immigration prisons throughout the Central District who had

11   been incarcerated for more than six months – many of them for years – while their

12   cases remained pending.

13   10.    None of these people had received a hearing to determine whether their

14   prolonged incarceration was warranted, and the vast majority had not received any

15   hearing at all.[2] Thus, the government routinely incarcerated people for months or

16   years without demonstrating why their extended imprisonment was necessary either

17   to secure their presence at the time of removal or to protect the public safety – a

18   dubious concern given that many class members have no criminal history, and even

19

20   [2] Petitioners refer interchangeably throughout this complaint to a hearing to determine
     whether "prolonged incarceration" is justified, a "constitutionally-adequate" hearing,
21   and an "adequate" hearing to justify prolonged incarceration. *See Rodriguez I*, 591
     F.3d at 1112 (noting that "Petitioner's requested relief includes . . . providing all
22   members of the class constitutionally-adequate individual hearings before an
     immigration judge"). A hearing that is adequate to justify prolonged detention would
23   include, at a minimum, notice to detainees of their right to the hearing, an adversarial,
     transcribed, in-person hearing before an immigration judge or other impartial
24   adjudicator, counsel for detainees who are unrepresented at that hearing, and a
25   substantive standard requiring the government to show by clear and convincing
     evidence that no set of release conditions could reasonably assure the detainee's
26   presence in the event of removal or protect the community from serious danger, taking
27   into account the length of detention at issue.

28

024

1   those who have been convicted have necessarily finished serving their sentences

2   before their transfer to immigration   custody.

3   11.     This Court's permanent injunction has fundamentally changed the lives of class

4   members. Since the injunction, all class members receive a hearing before an

5   immigration judge to determine whether their continued imprisonment is warranted

6   within 180 to 195 days of their initial incarceration. *See* Dkt. 425, Order. Based on

7   government statistics, immigration judges have found that approximately 70% of

8   class members who receive hearings under the injunction are not a danger or flight

9   risk warranting detention, and have ordered their release on bond and other

10  conditions. *See* Request for Judicial Notice, Exhibit B at 1-2, *Rodriguez v. Robbins*,

11  Nos. 13-56706, 13-56755 (9th Cir. Sept. 22, 2014) ECF 24-4. Of these class

12  members, approximately 70% post bond and have been released. *Id*.

13  12.     Petitioners and all the detainees they represent are held under one of four

14  general immigration detention statutes that govern the incarceration of most non-

15  citizens whom the government is trying to remove. *See* 8 U.S.C. 1225(b) (authorizing

16  detention of non-citizens seeking admission); 8 U.S.C. 1226(a) (authorizing detention

17  of non-citizens pending a determination of removability); 8 U.S.C. 1226(c)

18  (authorizing "mandatory" detention, without hearings, of certain non-citizens who,

19  inter alia, have been convicted of specified triggering offenses); 8 U.S.C. 1231(a)

20  (authorizing detention of   non-citizens with final orders of removal during and after

21  the removal period).

22  13.     Prior to the Court's injunctions, Respondents maintained a policy or general

23  practice – which Petitioners contend is unlawful – of imprisoning people for

24  prolonged periods without providing them adequate hearings. Pursuant to this

25  unlawful policy or general practice, Respondents had incarcerated the Petitioners and

26  each class member pursuant to one of the statutes described above for more than six

27  months. Pursuant to Respondents' policy or general practice, during that time neither

28  Petitioners nor any other class member had received a hearing where the government

025

had to show that their prolonged incarceration remained justified.

14.    Respondents' general policies and practices of prolonged incarceration without hearings violate the constitutional rights of the Petitioners and other class members. To remedy this on-going violation of the law, Petitioners bring this action seeking declaratory and injunctive relief on behalf of themselves and a class of similarly-situated persons.

## PARTIES

15.    Petitioner Alejandro Rodriguez is a citizen of Mexico. He was imprisoned for over three years while litigating his removal case prior to the filing of the original complaint in this case. He never received a hearing to determine whether his prolonged imprisonment was justified. He ultimately won his removal proceedings.

16.    Petitioner Abdirizak Aden Farah is a Somali refugee who was incarcerated at Mira Loma Detention Center for over eight months without a hearing to determine that his imprisonment was warranted. He received no explanation of any kind as to why he could not be released pending completion of his removal hearings, despite having a close family friend in Minnesota willing to house him and no criminal history of any kind. He eventually gave up, as he was unwilling to bear further imprisonment, and returned to Somalia.

17.    Petitioner Yussuf Abdikadir is another Somali refugee who was incarcerated by ICE for approximately six months without a hearing to determine whether his imprisonment was warranted. He too has received no explanation of any kind as to why he could not be released pending completion of his removal proceedings, despite having a sponsor in San Diego willing to house him and no criminal history of any kind.

18.    Petitioner Abel Perez Ruelas is a Mexican national who entered the United States on a visitor's visa approximately eight years ago and is now married to a U.S. citizen. He was incarcerated for at least 16 months pending completion of his removal proceedings. He received a bond hearing where he bore the burden to prove

026

Case 20-55770, 09/03/2020, ID: 11812756, DktEntry: 5-2, Page 10 of 132

that he was not a danger or flight risk, but the judge denied bond, and later set it at an amount he could not pay. Although he was plainly eligible to adjust status in removal proceedings, he remained incarcerated without a hearing before ultimately winning his immigration case. He ultimately won his removal case.

19.    Petitioner Jose Farias Cornejo is also a Mexican national, but was a lawful permanent resident of this country, where he had lived since before his first birthday. He has been convicted of relatively minor offenses, the most serious of which was possession of a controlled substance, for which he was sentenced to 180 days in jail. However, he spent more than twice that amount of time in immigration prison while awaiting a final decision in his immigration case. Although the government never disputed his eligibility for cancellation of removal and stated in immigration court that it did not intend to oppose his application, he remained incarcerated without a hearing  until he won his case.

20.    Petitioner Angel Armando Ayala is a citizen of El Salvador who had lived in the United States since the age of eleven. He had never received a criminal sentence of longer than 90 days, but was nonetheless incarcerated by immigration authorities for over 18 months while litigating his removal case. He was never permitted to seek release on bond before an immigration judge  during that time. He was ultimately deported.

21.    Petitioner Alex Cacho Castillo is a citizen of Honduras. He fled that country due to gang violence and harm he suffered as a member of the Garifuna minority. He entered the United States without inspection, was apprehended by Border Patrol officials, passed a credible fear interview, and is now in removal proceedings. He has been imprisoned for nearly five months in Orange County Jail facilities operated under contract with ICE. He is currently incarcerated at the Theo Lacy facility. He has never received a hearing to determine whether his prolonged imprisonment is justified. He is eligible to receive one under the injunction currently entered in this case.

027

22.  Respondent William Barr is the Attorney General of the United States and the head of the Department of Justice, which encompasses the Board of Immigration Appeals ("BIA") and immigration judges as a subunit – the Executive Office of Immigration Review. Mr. Barr shares responsibility for implementation and enforcement of the immigration laws along with Respondent McAleenan. Mr. Barr is a legal custodian of Petitioners. Mr. Barr is sued in his official capacity.

23.  Respondent Kevin McAleenan is the Acting Secretary of Homeland Security and heads the Department of Homeland Security, the arm of the federal government responsible for enforcement of immigration laws. Mr. McAleenan is the ultimate legal custodian of Petitioners. Mr. McAleenan is sued in his official capacity.

24.  Defendant James McHenry is the Director for the Executive Office for Immigration Review ("EOIR"), which is the federal agency that operates the immigration courts. Mr. McHenry is responsible for the supervision of the Deputy Director, the Chairman of the BIA, the Chief Immigration Judge, the Chief Administrative Hearing Officer, and all agency personnel in the execution of their duties. Mr. McHenry is sued in his official capacity.

25.  Respondent David Marin is the Field Office Director for the Los Angeles District of ICE. In his official capacity, Mr. Marin is authorized to release Petitioners and has legal custody of him. He is sued in his official capacity.

26.  Respondent Don Barnes is the Sheriff of Orange County, and therefore the officer responsible for the operation of the Theo Lacy Facility and the James A. Musick Facility in Orange, California. The Theo Lacy Facility and James A. Musick Facility websites acknowledge that they house immigration detainees.  Sheriff Barnes is a legal custodian of people detained at that facility, and is sued in his official capacity.

27.  Respondent Officer Nguyen is the Officer-in-Charge at the Theo Lacy facility, and therefore the highest-ranking ICE officer at the facility. He is a legal custodian of people detained at that facility. Mr. Nguyen is sued in his official capacity.

028

28.    Respondent Captain Luke South is the commander of the Theo Lacy Facility, which is, according to its own website, the largest "correctional institution" in Orange County. Nonetheless, Theo Lacy incarcerates a number of immigration detainees. Captain South is a legal custodian of people detained at that facility, and is sued in his official capacity.

29.    Respondent Captain Lisa Von Nordheim manages the operations of the James A. Musick Facility, another prison in Orange County. According to its website, the Musick facility incarcerates "pre-trial and sentenced" inmates. Nonetheless, upon information and belief, it also houses class members, none of whom are criminal detainees. Ms. Von Nordheim is a legal custodian of people detained at that facility, and is sued in her official capacity.

30.    Respondent Terry Nelson is the Assistant Field Office Director at the Adelanto Detention Facility, and therefore the highest-ranking ICE officer at the facility. He is a legal custodian of people detained at that facility. Mr. Nelson is sued in his official capacity.

31.    Respondent James Janecka is the Warden of the Adelanto Detention Facility in Adelanto, California. Warden Janecka is a legal custodian of people detained at that facility, and is named in his official capacity.[3]

### FACTS AND PROCEDURAL HISTORY

**Alejandro Rodriguez**

32.    Petitioner Alejandro Rodriguez was imprisoned for over three years while he challenged the government's efforts to deport him to Mexico, a country where he has not lived since he was a baby.

---

[3] The government has taken conflicting positions in detention litigation concerning who the proper Respondent should be in habeas petitions challenging immigration detention. Petitioners have sued every official who could constitute an appropriate respondent under the different theories advanced by the government, as well as the officials who constitute the proper defendants for a complaint under Section 1331.

029

33.    Mr. Rodriguez came to this country in September 1979, when was one year old. He became a lawful permanent resident on June 4, 1987, when he was nine years old.[4]

34.    On or about July 29, 1998, Mr. Rodriguez pled guilty to Unlawful Driving or Taking of a Vehicle under section 10851(A) of the California Vehicle Code (CVC). For this crime he was sentenced to two years. Five years later, on or about October 21, 2003, he pled no contest and was convicted of Possession of a Controlled Substance under California Health and Safety Code section 11377(A), for which he received formal probation of 5 years under the conditions of California Prop 36. He was transferred to DHS custody after his arrest, on April 10, 2004. He was imprisoned for over three years after that transfer, until the government released him shortly after the filing of the class certification motion in this case.

35.    The government charged Mr. Rodriguez with being removable based on his drug offense on April 15, 2004. At his removal hearing, Mr. Rodriguez contested that his conviction rendered him removable, and argued in the alternative that he was eligible for relief from removal.[5]

36.    The government received a continuance to alter the charging documents in his case, after which it charged Mr. Rodriguez with being deportable on an additional ground based on his 1998 conviction for theft. Subsequently, on July 21, 2004, an

---

[4] Mr. Rodriguez narrowly missed becoming a citizen due to events beyond his control. He would have gained automatic citizenship, through his father, if his parents had legally separated prior to his 18th birthday, or if he had been under the age of 18 at the time of the enactment of the Child Citizenship Protection Act of 2000. However, his parents formally separated shortly after he turned 18, and he was 23 by the time the Act passed. See 8 U.S.C. 1431.

[5] An ICE officer initially deemed him eligible for release on bond, and set the bond at $15,000. However, Mr. Rodriguez was unable to afford the bond in that amount, and an immigration judge denied his request to lower the bond amount. Shortly after the BIA decided his case in 2004, the government revoked that bond order and ordered him detained without bond under the mandatory detention provision codified at 8 U.S.C. 1226(c).

030

immigration judge ordered him removed, holding that both his drug offense and his theft offense rendered him removable. The Judge held that the drug offense was a controlled substance offense triggering removal and that the theft conviction was an aggravated felony, triggering mandatory removal.[6] The immigration judge ordered him deported to Mexico. Mr. Rodriguez appealed that decision to the BIA.

37.    On December 21, 2004, the Board reversed the Judge's decision that the drug possession conviction rendered Mr. Rodriguez removable, but upheld the decision that his theft conviction was an aggravated felony.

38.    On December 28, 2004, Mr. Rodriguez timely petitioned for review of the Board's decision to the Ninth Circuit, arguing *inter alia* that his crime was not an aggravated felony as defined by the Immigration and Nationality Act. Mr. Rodriguez then sought a stay of removal, which the government opposed. Thereafter, the Ninth Circuit granted his request for a stay of removal, and therefore necessarily found that his case presents substantial legal claims. *See Maharaj v. Ashcroft*, 295 F.3d 963, 966 (9th Cir. 2002).

39.    While Mr. Rodriguez's case was pending at the Ninth Circuit, that court decided another case holding that Mr. Rodriguez's theft conviction was not an aggravated felony. The government then moved to hold his case in abeyance while it sought en banc review of that decision. The Ninth Circuit granted the motion, even though he had already been imprisoned for 15 months at that time. After en banc

---

[6]Although not charged in the immigration charging document, the government also presented evidence from court records that, on or about October 24, 2003, a man using the name Alejandro Rodriguez (who also used another name as an alias) pled guilty to California Health and Safety Code section 11550(a), Under the Influence of a Controlled Substance, and was sentenced to 120 days in jail, which he served during the same time that Mr. Rodriguez was released and reporting to the court for his conviction of October 21, 2003. The date of conviction makes it highly unlikely that Mr. Rodriguez was in fact convicted of this offense. Nonetheless, the IJ ruled that this conviction constituted a second drug offense, rendering Petitioner removable on the basis of the drug convictions.

031

review failed, the government sought Supreme Court review in the other case, and again requested that Mr. Rodriguez's case be held. After the Supreme Court granted cert, his case was held still further. In the end, his case was held in abeyance for over two years, but none of the decisions for which it was held established that he was subject to mandatory removal, as the immigration courts had found.

40.    Eventually, the government largely conceded that Mr. Rodriguez's convictions did not subject him to mandatory removal, and it agreed to remand his case to the immigration courts on this basis. He ultimately won cancellation of removal, over seven years after his removal proceedings began.

41.    During the three years of Mr. Rodriguez's confinement, the government never held a hearing as to whether his prolonged incarceration was justified. In fact, the only process Mr. Rodriguez received with respect to his detention was what the government calls "File Custody Reviews." The first of these occurred on March 10, 2005, when an ICE agent presumably read through his file and issued a "Decision to Continue Detention." No ICE official interviewed Mr. Rodriguez, let alone held a hearing, prior to making this decision. Instead, ICE merely gave him a questionnaire to fill out, asking for information regarding family members, employment experience, and any outstanding probation requirements. Although Mr. Rodriguez documented his work as a dental assistant and his extensive family ties, including his U.S. citizen father and sister, and his lawful permanent resident mother and brother, ICE denied his request for release, stating simply that he would remain detained until the Ninth Circuit rendered its decision. The notice offered no further explanation for the decision to continue incarceration, made no mention of how long Mr. Rodriguez had been imprisoned (eleven months at that time), and offered no suggestions as to what steps he might take to effect a different outcome in any future decisions.

42.    In September 2005, ICE conducted another file custody review, which it apparently denied for similar reasons, and in March 2006 the process was repeated again. In each of these instances, the government did not even provide Mr. Rodriguez

032

Case: 20-55770, 09/03/2020, ID: 11812756, DktEntry: 15-2, Page 16 of 132

with a written decision as to why he would remain incarcerated for many more months. In March 2007 the government chose to continue Mr. Rodriguez's imprisonment yet again. At the time of that last custody decision he had been incarcerated for nearly three years, yet the decision made no mention of this fact. Instead, the decision asserted that continued detention was justified because the Ninth Circuit would decide his case soon, which was incorrect.

43.     Shortly after the original class complaint in this case was filed, the government released Mr. Rodriguez from confinement, but continued to subject him to severe restraints on his liberty, including a requirement that he abide by a strict curfew and wear an electronic monitoring device at all times.

44.     Over seven years after his removal proceedings began, Mr. Rodriguez won cancellation of removal and was permitted to retain his lawful permanent resident status.

**Abdirizak Aden Farah**

45.     Abdirizak Aden Farah is a Somali refugee who was incarcerated for over eight months at the Mira Loma facility without any kind of hearing to determine whether his imprisonment was justified.

46.     Mr. Farah was born on May 5, 1987 in Kismayo, Somalia. His family lived in Mogadishu for the early part of his childhood. Thousands of refugees have fled Somalia since the country's civil war erupted nearly thirty years ago. Widespread conflict and human rights violations continue to this day. The United Nations High Commission for Refugees issued guidelines in May 2010 largely advising against the return of anyone from central or southern Somalia, including even asylum seekers whose claims had been rejected. With respect to the capital of Mogadishu (where Mr. Farah lived prior to suffering persecution), a Human Rights Watch researcher stated "Mogadishu is one of the world's most dangerous places . . . Returning people there is not just risky; it's a potential death sentence."

47.     Mr. Farah first faced persecution in Somalia as a child, when his family was

033

forced to flee Mogadishu because they were members of the minority Marehan clan who faced danger from members of the Hawiye, a powerful majority clan in Somalia. Eventually, the family was able to settle in Kismayo, a city in Somalia where the Hawiye were not powerful. Several years later, his father was shot and killed by members of a Hawiye sub-clan when he returned briefly to Mogadishu to try to sell the family home.

48.    Mr. Farah fled Somalia in April 2009 in order to escape the al-Shabaab, a militant Islamic organization. Al-Shabaab militants shot and killed his brother Mohamed because he worked as a driver for the Somali Transitional Federal Government (TFG) in the summer of 2007. These same militants nearly killed Mr. Farah in the same attack by slashing his wrist with a knife. Afterward, al-Shabaab members repeatedly accused him of working for the TFG and finally threatened to kill him if he did not join them.

49.    After the last of these threats, Mr. Farah's uncle sent money for him to flee. With the assistance of several people, he arrived by a circuitous route at the southern border of the United States, where he presented himself at the border and requested asylum on or about December 31, 2009. An asylum officer found his claim credible, and referred him for a full asylum hearing before an immigration judge.

50.    Mr. Farah had several hearings in his immigration case, the first of which took place in March 2010. At several of these, the immigration judge continued his hearing because he did not have a lawyer, while others were cancelled because the judge or the translator were not present.

51.    Mr. Farah applied for release on parole under 8 C.F.R. 212(d)(5)(A). Under these procedures, release decisions are made by a single officer, with no appeal process, and without providing a hearing of any kind. An ICE officer denied him release without meaningful explanation.

52.    After approximately 15 months of incarceration, Mr. Farah could no longer bear the hardships of continued imprisonment, including his inability to contact his

034

wife and child while detained. He decided he could no longer continue with his case, and was subsequently deported.

**Yussuf Abdikadir**

53.   Yussuf Abdikadir was also a Somali refugee. He was imprisoned by immigration authorities in early March 2010, and also never received a detention hearing of any kind.

54.   Mr. Abdikadir was born on October 5, 1980.[7] He lived with his family – including his parents and five siblings -- as a child in Mogadishu. He is also a member of a minority clan in Somalia.

55.   In 1991, as the Somali political structure disintegrated, a militia associated with a dominant clan, the Hawiye, attacked Mr. Abdikadir's family. They killed his two older brothers, his father, and his grandmother. They also severely mistreated other members of the family, and raped his mother.

56.   Mr. Abdikadir and his surviving family members then fled to Kenya, where they lived in various refugee camps for most of the next two decades. He married Shukri Hussein, also a Somali refugee, while in the camps, and the couple had three children. (Ms. Hussein also has a son from a prior relationship, who is now Mr. Abdikadir's step-son).

57.   Life in the refugee camps was very hard for Mr. Abdikadir and his family. Kenya granted them no permanent status, and as a result they were forced to live in the camps and denied the right to work. At the same time, the Kenyan government and international agencies failed to provide sufficient food for the refugees. He and his family would have to wait for hours during the heat of the day to obtain their small food rations, and often were mistreated by the Kenyan authorities while waiting. Mr. Abdikadir occasionally worked illegally in order to supplement his family's meager provisions, but Kenyan authorities arrested and punished him for

---

[7] Yussuf is his given name, while Abdikadir is his father's given name.

14

035

1   doing so. The Kenyan authorities also did little if anything to stop the bandits who

2   would raid the camps at night, raping camp residents and pillaging their belongings.

3   58.   After life in the camps became too difficult, Mr. Abdikadir's mother managed

4   to sell some land the family owned in Somalia, and used these proceeds to procure

5   funds to allow her son to escape. Unable to return to Somalia or survive further life in

6   the Kenyan refugee camps, Mr. Abdikadir fled. He traveled a circuitous route in

7   search of a country with refugee protections, and ultimately arrived at the southern

8   border of the United States seeking asylum.

9   59.   At the border crossing from Tijuana he presented a birth certificate and applied

10  for asylum, entering ICE detention in March 2010. He was sent to Mira Loma shortly

11  afterward, and passed his credible fear interview several weeks later, in

12  approximately April 2010.

13  60.   Mr. Abdikadir faced substantial delays that prevented him from even submitting

14  an application for asylum, including because he was unable to find a lawyer to

15  represent him and speaks virtually no English.

16  61.   Mr. Abdikadir also applied for release on parole under 8 C.F.R. 212(d)(5)(A).

17  As with Mr. Farah, the decision refusing to release Mr. Abdikadir was made by a

18  single officer, with no appeal process, and without a hearing of any kind. Mr.

19  Abdikadir requested release from this officer, and in doing so provided his birth

20  certificate as well as a sworn affidavit from a friend of his who lives in San Diego

21  and was willing to house and assist him. Nonetheless, his parole request was denied.

22  The sole explanation provided was a check mark in a box next to a paragraph which

23  states "You have not established to ICE's satisfaction that you will appear as required

24  for immigration hearings, enforcement appointments, or other matters, if you are

25  paroled from detention." Other than requesting a redetermination based on changed

26  circumstances, Mr. Abdikadir had no recourse to any further process for appeal.

27  62.   Mr. Abdikadir suffered during his time in immigration prison, not only because

28  of the traumatic effects of incarceration in general on those who have suffered past

036

persecution, but also because of his medical problems. Mr. Abdikadir had some kind
of problem concerning his eyes – perhaps tied to light sensitivity -- that caused them
to be constantly red and irritated. Although he sought medical attention for this
problem at the Mira Loma Detention Center, the clinic there provided him no
medication that addressed the problem.

63.    Mr. Abdikadir was also unable to communicate with his family while in
immigration prison.

**Abel Perez Ruelas**

64.    Abel Perez Ruelas is a citizen of Mexico. He was imprisoned at Mira Loma
Detention Center for more than 17 months, starting on April 8, 2009.

65.    Mr. Perez Ruelas was born on January 25, 1967 in Jalisco, Mexico. In 1996, he
met Maria del Rosario, with whom he had a daughter, Azirit Lessandra, one year
later.

66.    He was admitted to the United States in 2002 on a visitors' visa, two years after
he broke up and lost contact with with Ms. del Rosario.

67.    In approximately 2007, about five years after Mr. Perez-Ruelas came to live in
the United States, he received a call from his mother, who told him that Ms. del
Rosario had died in childbirth in Mexico, and that his daughter had been sent to live
with her mother's parents. Since then, Mr. Perez Ruelas has been living with the hope
that one day he may bring his daughter to the United States to live with him.

68.    On December 22, 2008, Mr. Perez Ruelas married Maria Navichoque Perez, a
U.S. citizen. She is a nurse at the Los Angeles Jewish Home, a non-profit senior
living facility in Reseda, California. The couple filed to adjust his status based on
their marriage in approximately February 2009.

69.    After his marriage, Mr. Perez Ruelas became the stepfather of Maria Perez's
four children, all of whom are U.S. citizens by birth.

70.    Mr. Perez Ruelas lived and worked in the United States for almost eight years
prior to his imprisonment. He worked in construction, primarily with cement and

16

037

tiles. Prior to his incarceration, he regularly attended church with his wife in Pacoima and Reseda.

71.    Mr. Perez Ruelas has had three prior convictions for driving under the influence of alcohol, none for which he spent more than two months in jail. Mr. Perez Ruelas served three months of probation for his first offense in 1994; he served 10 days in jail for his second, a decade later in 2004; and he served 60 days in jail for his third, which occurred four years later. Pursuant to his sentence for the last conviction, Mr. Perez Ruelas diligently attended Alcoholics Anonymous for over a year, and continued attending AA meetings even while in immigration prison.

72.    On or about April 8, 2009, Mr. Perez Ruelas was released from jail for his last offense. Immigration and Customs Enforcement officials immediately took him into immigration custody, notwithstanding his pending application to adjust his status based on his marriage. At the time, Mr. Perez-Ruelas was in the process of becoming a lawful permanent resident of the United States.

73.    Mr. Perez Ruelas was given a bond hearing on April 21, 2009, pursuant to 8 U.S.C. 1226(a), at which he bore the burden to prove that he was not a danger or flight risk. Upon information and belief, the immigration judge knew that Mr. Perez Ruelas was married to a U.S. citizen and that he had a pending adjustment application, but nonetheless the judge denied him release on bond. He told Mr. Perez Ruelas that his prior DUI convictions made him a danger to society, even though his sentence had long since expired.

74.    With the assistance of his attorney, Mr. Perez Ruelas applied for a bond reduction in February 2010. At that hearing, the immigration judge set a bond of $5,000, an amount too high for Mr. Perez Ruelas's family to pay.

75.    Because he could not pay, Mr. Perez Ruelas remained in immigration prison – for over 16 months while awaiting adjudication of his case.

76.    On July 30, 2010, Mr. Perez Ruelas and his wife received notice that their application to adjust his status had been approved, with a priority date of March 22,

038

2009. Although he was entitled to adjust status immediately at that time, Defendants continued to imprison him for no apparent reason.

77.     On December 3, 2010, after approximately 20 months in immigration prison, Mr. Perez Ruelas's application to adjust status was granted. He thereby defeated the government's charges of removability and was permitted to remain in the United States.

**Jose Farias Cornejo**

78.     Jose Farias Cornejo is a citizen of Mexico. He spent over one year in immigration prison at Mira Loma Detention Center, starting on September 14, 2009.

79.     Mr. Farias Cornejo was born on August 14, 1984 in Michoacan, Mexico. He was brought to the United States prior to his first birthday by his parents, who were migrant farm workers. He speaks fluent English.

80.     Mr. Farias Cornejo has four siblings. All four are U.S. citizens. Mr. Farias Cornejo's mother is also a lawful permanent resident of the United States.

81.     Mr. Farias Cornejo spent his childhood years in Washington and his adolescence in California because his parents were migrant farm workers. He attended elementary school in San Diego for a few years before moving to Montclair, California to attend middle school and high school. He took special education classes at Montclair High School because of his diagnosed learning disability.

82.     After graduating from high school, Mr. Farias Cornejo worked at various jobs near his hometown in California, including in construction -- manufacturing jacuzzis and landscaping.

83.     Mr. Farias Cornejo had several prior convictions. In 2007, he was convicted of possession of methamphetamine and received substance abuse treatment as an alternative to incarceration under California Proposition 36. Mr. Farias Cornejo diligently completed his drug treatment classes, but because he could not afford to pay the mandatory fine, he was sentenced to 180 days in jail.

84.     Upon information and belief, in 2009 Mr. Farias Cornejo was convicted of a

039

misdemeanor California theft offense, for which he spent 14 days in jail. In that same year, he was convicted of being under the influence of a controlled substance, for which he spent 60 days in jail.

85.    Shortly after serving his last sentence, in September 2009, federal immigration officials initiated removal proceedings against him and placed him in immigration prison, citing their authority to mandatorily detain any individual with a prior controlled substance offense under 8 U.S.C. 1226(c).

86.    Although the government contended that Mr. Farias Cornejo was subject to "mandatory detention" without a bond hearing under that provision, it also acknowledged that he was eligible for relief from removal in the form of cancellation of removal under 8 U.S.C. 1229b, because he had not been convicted of an "aggravated felony."

87.    Mr. Farias Cornejo was given a cancellation application on October of 2009, but struggled to find an attorney to assist him in completing it. After five months in confinement, he finally found an attorney, but that attorney did not file his application. Eventually Mr. Farias Cornejo found a different attorney to represent him, in June of this year. Through his new attorney Mr. Farias Cornejo finally filed his cancellation application, nearly ten months after he was first placed in immigration prison.

88.    Upon information and belief, at his cancellation hearing on August 17, 2010, the government stated that it had no objection to his application. However, the immigration judge told Mr. Farias Cornejo that he had an outstanding warrant, and therefore refused to adjudicate the application. Instead, the judge set his next court hearing for November 15, 2010, apparently on the assumption that his warrant would be resolved prior to that time.

89.    Mr. Farias Cornejo finally had his hearing in January 2011, at which the IJ granted him cancellation of removal. He was then released. He never had a hearing to determine whether his imprisonment remained warranted despite being incarcerated

19

for over a year.

**Angel Armando Ayala**

90.     Angel Armando Ayala is a citizen of El Salvador who was born on August 20, 1976. He came to the United States with his family at the age of eleven. He attended junior high and high school in Southern California.

91.     Prior to his arrest by immigration authorities, Mr. Ayala lived with his mother, Maria, who is a United States citizen, and was also frequently in touch with his brother and sister, both of whom live in Southern California.

92.     Mr. Ayala worked in the United States his entire adult life, engaging in a variety of construction-related jobs including forklift driving, materials handling, landscaping, and in shipping and receiving.

93.     Immigration officials arrested Mr. Ayala in what apparently was a worksite raid in approximately 1994. At that time, government officials imprisoned him at the San Pedro Detention facility. He eventually had a hearing before an immigration judge who ordered him released on bond because he was eligible for relief under the Nicaraguan and Cuban Adjustment Relief Act ("NACARA"). The judge instructed him to find a lawyer to help him apply.

94.     Shortly afterward, when Mr. Ayala went to the federal immigration building, he met a man acting as an attorney named Jose Quinones. Mr. Quinones offered to file Mr. Ayala's NACARA application for a fee.

95.     Mr. Quinones eventually filed the application, which was based on Mr. Ayala's mother's eligibility for NACARA.  A hearing on the application was set for October 29, 1999.

96.     Shortly before the hearing, Mr. Ayala's mother became seriously ill. Because he had to take his mother to the hospital and attend to her, Mr. Ayala could not attend the court hearing. At the hearing, the immigration judge ordered him removed in absentia, notwithstanding the fact that he was prima facie eligible for NACARA relief.

041

97. A few days after the hearing, after his mother's condition had stabilized, Mr. Ayala called Mr. Quinones to discuss his immigration case. Mr. Quinones stated that the case now had to be re-opened, and that he would charge Mr. Ayala several thousand dollars to do this. When Mr. Ayala stated that he did not have such funds available, Mr. Quinones told him to contact him when he had saved up the money. He did not mention that Mr. Ayala had to file the motion within 180 days, as is required, or that he could be deported if he did not file the motion.

98. Several years later, Mr. Quinones was suspended from practicing before the immigration courts by the Executive Office of Immigration Review. If he ever was a licensed attorney, he has presumably been disbarred.

99. Mr. Ayala continued to live and work in the United States for the ensuing decade. Upon information and belief, he received several misdemeanor convictions for driving without a license during this time, but was not convicted of any other offense.

100. On February 14, 2009, immigration authorities arrested Mr. Ayala at his home in Pomona, which he shared with his mother, based on his outstanding removal order from ten years earlier. They transferred him to the Mira Loma Detention Center.

101. With the assistance of non-profit legal service provider Catholic Charities, Mr. Ayala filed a motion to reopen his case based on ineffective assistance of counsel. However, the immigration judge denied the motion, and the BIA affirmed the decision, asserting that the motion was untimely and not subject to tolling based on ineffective assistance. According to the Board, the attorney had no duty to inform Mr. Ayala of the filing deadline for the motion to reopen because the attorney never agreed to represent him with respect to the motion. Thus, the Board declined to reopen his case, notwithstanding the fact that Mr. Ayala was eligible for NACARA

21

042

relief.[8]

102. Mr. Ayala subsequently hired attorney Shan Potts, who represented him before the Ninth Circuit. The Ninth Circuit granted Mr. Ayala a stay of removal, but ultimately denied his petition , after which Mr. Ayala was removed.

103. Mr. Ayala's incarceration worked a great hardship on his U.S.-citizen mother, with whom he lived prior to his arrest. She had difficulty paying rent for the apartment they shared, and also suffered from the absence of his emotional support.

**Alex Cacho Castillo**

104. Alex Cacho Castillo is a citizen of Honduras. He has been in ICE custody – thus far in jails in Orange County – for nearly 5 months, starting on or about January 25, 2019. He is currently incarcerated at the Theo Lacy facility.

105. Mr. Cacho Castillo was born on November 17, 2000 in the municipality of Iriona, department of Colon, in northeastern Honduras.

106. Mr. Cacho Castillo is a member of the Garifuna minority in Honduras. Although he speaks some Spanish, his best language is Garifuna.

107. Mr. Cacho Castillo entered the United States without inspection near Mexicali. He was apprehended several miles inside the United States on the same day, by Border Patrol agents.

108. An asylum officer conducted a credible fear interview for Mr. Cacho Castillo on February 11, 2019. According to notes taken by the officer, gang members killed his father when Mr. Cacho Castillo was about 15 years old. Roughly three years later they threatened to kill him as well, and he fled for his life. After interviewing Mr. Cacho Castillo, the asylum officer found him credible and attributed the threats of violence against him in part to his being the son of his father, and in part to his being a member of the Garifuna minority.

---

[8] Upon information and belief, Mr. Ayala has one misdemeanor conviction for drug possession from approximately 1996 and several convictions for driving without a license. None of these rendered him ineligible for NACARA.

22

043

109.  After he passed the credible fear interview, the government placed Mr. Cacho Castillo in full removal proceedings by charging him in a Notice to Appear issued on February 11, 2019. He has since had two hearings in immigration court: a master calendar hearing on March 5, 2019, and a second one on April 3, 2019, which was apparently rescheduled because the government failed to provide an interpreter. His next hearing is set for May 24, 2019.

110.  Mr. Cacho Castillo's aunt lives in New York. The government has her name and contact information. She has stated her willingness to house and support Mr. Cacho Castillo if he were released.

111.  Mr. Cacho Castillo has no criminal history of any kind.

112.  Despite the fact that he has a sponsor willing to support and house him and no criminal history, ICE has chosen not to release Mr. Cacho Castillo.

113.  Mr. Cacho Castillo has suffered greatly while incarcerated by Defendants. He is only slightly over age 18 and has never previously spent any time imprisoned. His incarceration has caused him severe emotional distress and taken a substantial toll on his psychological well-being.

## CLASS-WIDE ALLEGATIONS

114.  Petitioners were amongst approximately 350 detainees, if not more, in the Central District on any given day prior to the injunction whom the government incarcerated for more than six months without proving at an adequate hearing that their prolonged imprisonment was justified.[9] It is the government's policy or practice to incarcerate non-citizens under the immigration statutes for prolonged periods of

---

[9] This Court ordered the government to produce a "snapshot" list of all class members on a particulate date, which the government produced for the date of April 21, 2010. As of that day, there were 352 class members – people incarcerated in ICE custody in the Central District who had been in ICE custody for at least 180 days, and whose cases remained pending either before the immigration courts or before the federal courts with a stay of removal in effect.  Subsequent data provided by the government showed approximately 1,000 such people over the course of a year.

23

time pending completion of their removal proceedings without providing them with such hearings. It would resume that policy and practice in the Central District were this Court to vacate the permanent injunction.

115.  Petitioners bring this action on behalf of themselves and all other persons similarly-situated, pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2), or in the alternative, as a representative habeas action pursuant to a procedure analogous to that provided in Rules 23(a) and 23(b)(2). *See Rodriguez I*, 591 F.3d at 1126 (allowing this case to proceed as a class action habeas petition).

116.  Petitioners represent a class of all people within the Central District of California who 1) are incarcerated for longer than six months pursuant to the general immigration detention statutes (i.e., 8 U.S.C. 1225(b)(1)(B)(ii), 1226(a), 1226(c), and 1231(a)) while their removal cases (including judicial review) remain pending and the government lacks authority to effectuate their removal, and 2) have not been afforded a hearing to determine whether their prolonged imprisonment is justified.

117.  The class includes people who were present in an ICE detention facility in the Central District on or after the date on which the original complaint was filed as long as they had been detained by ICE for more than six months at that time, even if they are no longer in the Central District

118.  The class excludes people who have a final order of removal and no stay of that removal order, such that the government has legal authority to remove them.

119.  The class excludes juveniles who are held under the care of the Office of Refugee Resettlement. It also excludes people imprisoned pursuant to a criminal sentence, including individuals who complete removal proceedings and any judicial review thereof while serving such sentences.

120.  Petitioners propose that the Court also certify four sub-classes in this action, corresponding to the release procedures available to each group.

a.      Petitioners propose Mr. Farah and Mr. Abdikadir to represent a sub-class of class members imprisoned after they arrived at a port of entry, requested asylum, and

24

passed a credible fear interview (the "Parole" Subclass). They have no mechanism to obtain their liberty other than through the discretionary parole process. Such individuals are imprisoned under 8 U.S.C. 1225(b).

b.      Petitioners propose Mr. Rodriguez, Mr. Perez Ruelas, and Mr. Cacho Castillo to represent a sub-class of class members imprisoned after being apprehended within the United States and receiving a bond hearing before an Immigration Judge that did *not* provide the procedural protections Petitioners seek (the "Bond Hearing" sub-class). Such individuals are typically imprisoned under color of 8 U.S.C. 1226(a).

c.      Petitioners propose Mr. Rodriguez and Mr. Farias Cornejo to represent a sub-class of class members imprisoned without any opportunity for release other than through the narrow witness protection exception provided in 8 U.S.C. 1226(c) and the hearing established by *Matter of Joseph*, 22 I&N Dec. 799 (BIA 1999) (the "Mandatory" Subclass).

d.      Petitioners propose Mr. Ayala to represent a sub-class of class members who, on the government's view, can be imprisoned without any opportunity for release other than through the "Post-Order Custody Review" process (the "Post-order" Subclass). Such individuals are incarcerated under color of 8 U.S.C. 1231(a) and did not receive bond hearings before Immigration Judges until the Ninth Circuit's decision in *Diouf v. Napolitano* (*Diouf II*), 634 F.3d 1081 (9th Cir. 2011).

121.  For each putative sub-class, the number of sub-class members is too large to make joinder practicable. For each of them, there will likely be more than forty other sub-class members in this District who, like each of the Petitioners, have been imprisoned for more than six months and have not been afforded a constitutionally-adequate hearing to determine whether their prolonged incarceration is justified. Petitioners' counsel conducted a random sampling to assess numerosity in support of their Motion for Class and Subclass Certification, and at that time each subclass easily met Rule 23's numerosity requirements. *See* Dkt. 101-2, Exhibit 26, Decl. of Jennifer Stark.

046

122. The proposed class and sub-classes meet the requirements of Fed. R. Civ. Pro. 23(a)(2). For the class as a whole, there are several common questions of law and fact in this case. These include 1) whether the government has a policy or general practice of imprisoning non-citizens in removal proceedings for longer than six months while their cases remain pending without providing an adequate hearing to determine whether such prolonged incarceration is justified, and 2) whether this policy or practice violates the Constitution. *Rodriguez*, 591 F.3d at 1122-24 (finding common questions).

123. There are additional common questions of law that pertain to each subclass. These include: for the Parole Subclass, whether those subclass members are entitled to be free from prolonged arbitrary imprisonment under the Fifth or Eighth Amendments; for the Bond Hearing Subclass, whether the bond hearing they received comports with the Constitution's procedural requirements, and in particular the requirement that the government prove by clear and convincing evidence that no alternative to detention can satisfy its interests in continued incarceration; for the Mandatory Subclass, whether the Constitution permits their prolonged imprisonment without *any* bond hearing based solely on their prior convictions; and for the Post-Order Subclass, whether the Constitution permits their imprisonment without a bond hearing merely because they have a removal order, notwithstanding the fact that the removal order does not presently confer authority to physically remove them from the United States.[10]

124. The claims of the named representative Petitioners are typical of the claims of each proposed sub-class and of the class as a whole. Like all of the proposed class members, the named Petitioners will have been imprisoned, pursuant to the

---

[10] The class and subclasses described here are identical in scope to those certified by this Court in 2011, *see* Dkt. 161, Order, *see also* Dkt. 122 at 3, Respondents' Response to Motion for Class and Subclass Certification (Respondents' brief conceding certification appropriate for constitutional as well as statutory claims), except that the "Parole Subclass" as now defined does not include lawful permanent residents returning from brief travel abroad. *See* 8 U.S.C. 1225(b)(2)(A).

047

government's policy and practice, for at least six months without having been afforded an adequate hearing where the government has shown that their prolonged incarceration is warranted. *Rodriguez I*, 591 F.3d at 1022-24.

125.  The named Petitioners will fairly and adequately represent the interests of all members of the proposed class and sub-classes because they seek relief identical to the relief sought by all class members, and because they have no interests adverse to other class members. Moreover, the named Petitioners are represented by pro bono counsel from the ACLU of Southern California, the ACLU Immigrants' Rights Project, the Stanford Law School Immigrants' Rights Clinic, and the law firm of Sidley Austin LLP. These organizations and the attorneys working for them have extensive experience litigating on behalf of imprisoned immigrants, including in class actions. They have ably represented this class for over twelve years.

126.  Respondents have acted on grounds generally applicable to the class and to each subclass through their policy and practice of imprisoning non-citizens in removal proceedings for longer than six months without providing an adequate hearing where the government has shown that their prolonged incarceration is justified, making class-wide declaratory and injunctive relief appropriate.

## LEGAL BACKGROUND

127.  Petitioners argue that the government may not imprison them under color of the immigration laws for longer than six months without showing at an adequate hearing that their prolonged incarceration is justified. Petitioners make this argument on constitutional grounds.

128.  "Freedom from imprisonment -- from government custody, detention, or other forms of physical restraint -- lies at the heart of the liberty that [the Due Process] Clause protects." *Zadvydas*, 533 U.S. at 690. For this reason, detention must always be reasonable in relation to its purpose. *Jackson v. Indiana*, 406 U.S. 715, 738 (1972). *See also Demore*, 538 U.S. at 527-29 (applying "reasonable relation" test).

129.  In the immigration context, the primary purpose of detention is to effect the

048

alien's deportation in the event that removal proceedings are finally concluded in the government's favor. *Zadvydas*, 533 U.S. at 699 (holding that the "statute's basic purpose" is "to assure the alien's presence at the moment of removal"); *Demore*, 538 U.S. at 528 (upholding brief mandatory detention pending completion of removal proceedings because it "serves the purpose of preventing deportable criminal aliens from fleeing prior to or during their removal proceedings.").

130. Because Petitioners and other class members suffer lengthy civil confinement, they must be afforded rigorous procedures to ensure that their imprisonment remains justified. *Zadvydas*, 533 U.S. at 690-92 (noting "serious" constitutional problem with prolonged and indefinite civil detention unless "limited to specially dangerous individuals <u>and</u> subject to strong procedural protections") (emphasis added); *Casas-Castrillon*, 535 F.3d at 950 (holding that "prolonged detention without adequate procedural protections would raise serious constitutional concerns" and therefore that "due process requires adequate procedural protections to ensure that the government's asserted justification for physical confinement outweighs the individual's constitutionally protected interest in avoiding physical restraint.") (citing *Zadvydas*).

131. With respect to what procedures are required for a hearing to be adequate to justify prolonged incarceration, the government must at a minimum provide advance notice to the prisoner and then provide a transcribed hearing before an immigration judge where it bears the burden to show by "clear and convincing" evidence that "no conditions of release" are sufficient to protect the government's interests in preventing flight and danger. *See Cooper v. Oklahoma*, 517 U.S. 348, 363 (1996) ("due process places a heightened burden of proof on the State in civil proceedings in which the individual interests at stake . . . are both particularly important and more substantial than mere loss of money.") (internal quotations omitted); *Foucha v. Louisiana*, 504 U.S. 71 (1992) (requiring "clear and convincing evidence" for commitment of insanity acquittee beyond length of permissible sentence); *United States v. Salerno*, 481 U.S. 739, 750 (1987) (recognizing that the "no conditions of

049

release" standard strikes appropriate balance of interests). In addition, the Immigration Judge must specifically consider the viability of alternatives to detention, including intensive supervision programs. And the hearing must require a heightened showing based on the length of confinement at issue. Where a class member has been incarcerated for a long period of time and proceedings may not end soon, the government must make more of a showing to justify continued confinement. *United States v. Accetturo*, 783 F.2d 382, 388 (3d Cir. 1986) (stating in pre-trial detention context that "[i]n some cases, the evidence admitted at the initial detention hearing, evaluated against the background of the duration of pretrial incarceration and the causes of that duration, may no longer justify detention."); *Tijani v. Willis*, 430 F. 3d 1241, 1242 (9th Cir. 2005) (ordering bond hearing where government bore burden of proof in part because the "forseeable process [for resolution of Petitioner's removal case] in this Court" was "a year of more"). And where a class member has been imprisoned for an additional six months, due process requires an additional periodic hearing, because the showing required to incarcerate someone for six months may not suffice to incarcerate them for six years. *Cf. Zadvydas*, 533 U.S. at 701 ("for detention to remain reasonable, as the period of prior postremoval confinement grows, what counts as the "reasonably foreseeable future" conversely would have to shrink").[11]

132. Respondents' prolonged incarceration of Petitioners also violates the Eighth Amendment. Jurists have long recognized that absolute denial of a bail hearing

---

[11] This Court ordered hearings that largely comported with these requirements when it granted the preliminary injunction in this case. Dkt. 255, *aff'd by* Rodriguez II, 715 F.3d at 1127. *See also* Order Granting Motion for Preliminary Injunction, *Martinez v. Gonzales*, CV06-7609 (C.D. Cal. January 4, 2007) (ordering government to release detainee unless "the government shows by clear and convincing evidence that he is a sufficient danger or risk of flight to justify his detention in light of how long he has been detained already and the likelihood of his case being finally resolved in favor of the government in the reasonably foreseeable future.").

050

violates the right and renders the clause meaningless. *See Jennings*, 138 S. Ct. at 862
(Breyer, J., dissenting) ("The Eighth Amendment forbids '[e]xcessive bail.' . . . That
rationale applies *a fortiori* to a refusal to hold any bail hearing at all.");[12] *Sellers v.
United States*, 89 S. Ct. 36, 38 (1968) (Black, J., in chambers) ("The command of the
Eighth Amendment that 'Excessive bail shall not be required' at the very least
obligates judges passing upon the right to bail to deny such relief only for the
strongest of reasons."); *Castañeda v. Souza*, 810 F.3d 15, 44 (1st Cir. 2015) (*en banc*)
(Torruella, J., concurring) (§ 1226(c) detention is "ongoing, institutionalized
infringement of the right to bail").

133.  The history of the Excessive Bail Clause confirms that the Bill of Rights
requires a judicial determination regarding bail, and that it applies in deportation
cases. *See* Caleb Foote, *The Coming Constitutional Crisis in Bail: I*, 113 U. Pa. L.
Rev. 959, 969 (1965) (An interpretation that Congress may categorically deny access
to bail proceedings "would constitute an anomaly in the American Bill of Rights . .
."); Kayla Gassman, *Unjustified Detention: The Excessive Bail Clause in Removal
Proceedings*, American University Criminal Law Brief 4, no. 1 (2009): 35-50
(concluding that the history of the Excessive Bail Clause renders it applicable to
immigration detention).

134.  Therefore, absent the provision of constitutionally-adequate bond hearings, the
government's incarceration of Petitioners and other class members violates the
Constitution.

## FIRST CAUSE OF ACTION

### Violation of Immigration and Nationality Act and Regulations

135.  Petitioners reallege and incorporate by reference each and every allegation
contained in the preceding paragraphs as if set forth fully herein.

136.  Respondents' continued detention of Petitioners and other putative class

---

[12] Though Justice Breyer's remarks were in dissent, they addressed a constitutional
question that the majority did not reach.

051

members under the general immigration detention statutes violates the Immigration and Nationality Act, insofar as the statutes under which they are detained do not authorize detention for a prolonged period of time absent an adequate hearing at which the government shows that their detention remains justified.[13]

## SECOND CAUSE OF ACTION

### Violation of Fifth Amendment Due Process

### (Right to a Custody Hearing)

137. Petitioners reallege and incorporate by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.

138. Respondents' continued imprisonment of Petitioners and other class members without an adequate hearing where the government shows that their prolonged incarceration remains justified violates the right to be free of prolonged non-criminal detention without adequate justification and sufficient procedural safeguards, as guaranteed by the Due Process Clause of the Fifth Amendment to the United States Constitution.

## THIRD CAUSE OF ACTION

### Violation of Fifth Amendment Due Process

### (Right to Procedural Protections at Custody Hearings)

139. Petitioners reallege and incorporate by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.

140. Respondents' continued imprisonment of Petitioners and other class members without an adequate hearing where the government shows that their prolonged incarceration remains justified violates the right to be free of prolonged non-criminal detention without adequate justification and sufficient procedural safeguards, as guaranteed by the Due Process Clause of the Fifth Amendment to the United States Constitution.

---

[13] The Supreme Court has rejected this claim as to all but the Post-Order Custody Review sub-class. *Jennings v. Rodriguez*, 138 S.Ct. 830 (2018).

052

141. The Due Process Clause requires that Class members imprisoned for longer than six months receive bond hearings periodically, each six months, where the government bears the burden of proof by clear and convincing evidence, and that such hearings be recorded for transcription.

### FOURTH CAUSE OF ACTION

### Violation of Eighth Amendment Right to Bail

142. Petitioners reallege and incorporate by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.

143. Respondents' continued imprisonment of Petitioners and other class members without an adequate hearing where the government shows that their prolonged incarceration remains justified violates the right to bail as guaranteed by the Eighth Amendment to the United States Constitution.

### PRAYER FOR RELIEF

WHEREFORE, Petitioners respectfully request that the Court grant the following relief:

a. Assume jurisdiction of this matter and issue declaratory and injunctive relief as follows:

    1. Certify a class and sub-classes as appropriate under Fed. R. Civ. Pro. 23 (or other analogous procedures), as defined above;

    2. Appoint Petitioners as representatives of the class and subclasses;

    3. Appoint Petitioners' Counsel as Counsel for the Class and each subclass;

    4. Order Respondents to provide, after giving notice, individual hearings before an immigration judge for Petitioners and each member of the class, at which Respondents will bear the burden to prove by clear and convincing evidence that no reasonable conditions will ensure the detainee's presence in the event of removal and protect the community from danger, despite the prolonged length of confinement at issue; to provide such hearings every six months for so long as individuals remain

32

053

class members; and to record those hearings for transcription;

5.     Declare that Respondents' failure to provide Petitioners and other class members with adequate hearings violates the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment and the Right to Bail under the Eighth Amendment;

6.     Enjoin Respondents from failing to provide Petitioners and each member of the Class, upon notice, with adequate hearings before an immigration judge (as specified above in this Prayer);

7.     Grant Petitioners reasonable attorneys' fees, costs, and other disbursements pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412;

8.     Grant such other relief as the Court deems just and equitable.

b.     Alternatively, assume jurisdiction over this matter and issue habeas relief, as follows:

1.     Grant the writ of habeas corpus;

2.     Certify a class and sub-classes as appropriate under Fed. R. Civ. Pro. 23 or other analogous procedures for representative habeas litigation, as defined above;

3.     Order the release of Petitioners and all class members unless Respondents provide, after giving notice, individual hearings before an immigration judge for Petitioners and each member of the class every six months, at which Respondents will bear the burden to prove by clear and convincing evidence that no reasonable conditions will ensure the detainee's presence in the event of removal and protect the community from danger, despite the prolonged length of confinement at issue; and unless those hearings are recorded for transcription;

4.     Grant Petitioners reasonable attorneys' fees, costs, and other disbursements pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412;

054

5.      Grant such other relief as the Court deems just pursuant to its authority in habeas corpus or otherwise.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: May 20, 2019                    By:   /s/ Ahilan T. Arulanantham
                                             AHILAN T. ARULANANTHAM
                                             Counsel for Petitioners

34

055

(RNBx),APPEAL,CONSOLTR,DISCOVERY,LEADTR,PROTORD,RELATED-G

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:07-cv-03239-TJH-RNB

Alejandro Rodriguez v. James Hayes et al
Assigned to: Judge Terry J. Hatter, Jr
Referred to: Magistrate Judge Robert N. Block
Related Case: 2:04-cv-03266-TJH-RNB
Case in other court:  9TH CCA, 12-56734
                 9th CCA, 13-56706
                 9th CCA, 13-56755
                 9th CCA, 20-55770
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 05/16/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Consol Plaintiff**

**Frederick Ngaywa**

represented by **Frederick Ngaywa**
A 95 722 629
PO Box 6005
Adelanto, CA 92301
BK 2597017
PRO SE

V.

**Petitioner**

**Alejandro Rodriguez**
*for themselves and on behalf of a class*
*of similarly-situated individuals*

represented by **Adriana Betanco-Vondriska**
ACLU of Southern California
1313 West 8th Street
Los Angeles, CA 90017
213-977-9500
Fax: 2131-977-5297
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ahilan T Arulanantham**
ACLU Foundation of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
213-977-5236
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

056

**Cecillia D Wang**
ACLU Foundation Immigrants Rights
Project
39 Drumm Street
San Francisco, CA 94111
415-343-0775
Email: cwang@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayashri Srikantiah**
Stanford Law School
Immigrants' Rights Clinic, Crown
Quadrangle
559 Nathan Abbott Way.
Stanford, CA 94305-8610
650-724-2442
Fax: 650-723-4426
Email: jsrikantiah@law.stanford.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judy Rabinovitz**
ACLU Foundation of New York
Immigrants' Rights Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: jrabinovitz@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J Eliasberg**
ACLU Foundation of Southern
California
1313 West Eighth Street
Los Angeles, CA 90017
213-977-5228
Fax: 213-977-5297
Email: cminneci@aclusocal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Kelley Washington**
Sidley Austin
555 West Fifth Street Suite 400

Los Angeles, CA 90013-1010
213-896-6000
*TERMINATED: 11/07/2018*

**Cody James Jacobs**
Sidley Austin LLP
555 West 5th Street Suite 4000
Los Angeles, CA 90013
213-896-6636
Email: cjacobs@smartgunlaws.org
*TERMINATED: 07/09/2013*

**Fatima S Alloo**
ACLU of Southern California
1313 West 8th Street
Los Angeles, CA 90017
213-977-9500
Fax: 213-977-5297
*TERMINATED: 10/01/2012*

**Jennifer L Stark**
Stanford Law School
Immigrants' Rights Clinic
559 Nathan Abbott Way
Stanford, CA 94305
6507257958
Fax: 6507234426
Email: jlstark@law.stanford.edu
*TERMINATED: 10/01/2012*

**Jonathan Paul Feingold**
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6000
Fax: 213-896-6600
Email: jfeingold@sidley.com
*TERMINATED: 07/09/2013*

**Monica Ramirez Almadani**
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
424-332-4800
Fax: 424-332-4749
Email: mralmadani@cov.com
*TERMINATED: 09/17/2010*

**Ranjana Natarajan**

University of Texas Law School
Civil Rights Clinic
727 East Dean Keeton Street
Austin, TX 78705
512-232-7222
Email: rnatarajan@law.utexas.edu
*TERMINATED: 11/14/2008*

**Sean A Commons**
Sidley Austin LLP
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-896-6010
Fax: 213-896-6600
Email: scommons@sidley.com
*ATTORNEY TO BE NOTICED*

**Steven A Ellis**
Los Angeles Superior Court
111 North Hill Street
Los Angeles, CA 90012
Email: steven.ellis213@gmail.com
*TERMINATED: 11/25/2019*

**Wen W Shen**
Sidley Austin LLP
555 West Fifth Street 48th Floor
Los Angeles, CA 90013
213-896-6109
Fax: 213-896-6600
Email: wen.shen@sidley.com
*TERMINATED: 11/07/2018*

**William Tran**
Sidley Austin
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
213-816-6000
*TERMINATED: 11/07/2018*

**Zoe Nicole McKinney**
ACLU Foundation of Southern
California
1313 West 8th Street
Los Angeles, CA 90017
213-977-5244
Fax: 213-417-2211
Email: zmckinney@aclusocal.org
*ATTORNEY TO BE NOTICED*

**Michael Bryan Kaufman**
ACLU Foundation of Southern
California
1313 West Eighth Street
Los Angeles, CA 90017
213-977-5232
Fax: 213-977-5297
Email: mkaufman@aclu-sc.org
*ATTORNEY TO BE NOTICED*

**Michael K T Tan**
ACLU Foundation Immigrants Rights
Project
125 Broad Street 18th Floor
New York, NY 10004
212-549-2618
Fax: 212-549-2654
Email: mtan@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Abdirizak Aden Farah**                           represented by    **Adriana Betanco-Vondriska**
*for themselves and on behalf of a class*                           (See above for address)
*of similarly-situated individuals*                                 *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Ahilan T Arulanantham**
ACLU Foundation of Southern
California
1313 West Eighth Street
Los Angeles, CA 90017
213-977-5211
Fax: 213-977-5297
Email: aarulanantham@aclu-sc.org
*ATTORNEY TO BE NOTICED*

**Brian Kelley Washington**
(See above for address)
*TERMINATED: 11/07/2018*

**Cody James Jacobs**
(See above for address)
*TERMINATED: 07/09/2013*

**Fatima S Alloo**
(See above for address)
*TERMINATED: 10/01/2012*

<span style="color:red">060</span>

**Jayashri Srikantiah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Stark**
(See above for address)
*TERMINATED: 10/01/2012*

**Jonathan Paul Feingold**
(See above for address)
*TERMINATED: 07/09/2013*

**Judy Rabinovitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J Eliasberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean A Commons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven A Ellis**
(See above for address)
*TERMINATED: 11/25/2019*

**Wen W Shen**
(See above for address)
*TERMINATED: 11/07/2018*

**William Tran**
(See above for address)
*TERMINATED: 11/07/2018*

**Zoe Nicole McKinney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Bryan Kaufman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael K T Tan**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Jose Farias Cornejo**
*for themselves and on behalf of a class*
*of similarly-situated individuals*

represented by **Adriana Betanco-Vondriska**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ahilan T Arulanantham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Kelley Washington**
(See above for address)
*TERMINATED: 11/07/2018*

**Cody James Jacobs**
(See above for address)
*TERMINATED: 07/09/2013*

**Fatima S Alloo**
(See above for address)
*TERMINATED: 10/01/2012*

**Jayashri Srikantiah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Stark**
(See above for address)
*TERMINATED: 10/01/2012*

**Jonathan Paul Feingold**
(See above for address)
*TERMINATED: 07/09/2013*

**Judy Rabinovitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J Eliasberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean A Commons**
(See above for address)
*ATTORNEY TO BE NOTICED*

062

**Steven A Ellis**
(See above for address)
*TERMINATED: 11/25/2019*

**Wen W Shen**
(See above for address)
*TERMINATED: 11/07/2018*

**William Tran**
(See above for address)
*TERMINATED: 11/07/2018*

**Zoe Nicole McKinney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Bryan Kaufman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael K T Tan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Angel Armando Ayala**
*also known as*
Angel Armando Amaya
*TERMINATED: 11/07/2018*

represented by **Adriana Betanco-Vondriska**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ahilan T Arulanantham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Kelley Washington**
(See above for address)
*TERMINATED: 11/07/2018*

**Cody James Jacobs**
(See above for address)
*TERMINATED: 07/09/2013*

**Fatima S Alloo**
(See above for address)
*TERMINATED: 10/01/2012*

**Jayashri Srikantiah**

063

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Stark**
(See above for address)
*TERMINATED: 10/01/2012*

**Jonathan Paul Feingold**
(See above for address)
*TERMINATED: 07/09/2013*

**Judy Rabinovitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J Eliasberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean A Commons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven A Ellis**
(See above for address)
*TERMINATED: 11/25/2019*

**Wen W Shen**
(See above for address)
*TERMINATED: 11/07/2018*

**William Tran**
(See above for address)
*TERMINATED: 11/07/2018*

**Zoe Nicole McKinney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Bryan Kaufman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael K T Tan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Yussuf Abdikadir**
*for themselves and on behalf of a class*
*of similarly-situated individuals*

represented by **Adriana Betanco-Vondriska**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ahilan T Arulanantham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Kelley Washington**
(See above for address)
*TERMINATED: 11/07/2018*

**Cody James Jacobs**
(See above for address)
*TERMINATED: 07/09/2013*

**Fatima S Alloo**
(See above for address)
*TERMINATED: 10/01/2012*

**Jayashri Srikantiah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer L Stark**
(See above for address)
*TERMINATED: 10/01/2012*

**Jonathan Paul Feingold**
(See above for address)
*TERMINATED: 07/09/2013*

**Judy Rabinovitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J Eliasberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean A Commons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven A Ellis**
(See above for address)

*TERMINATED: 11/25/2019*

**Wen W Shen**
(See above for address)
*TERMINATED: 11/07/2018*

**William Tran**
(See above for address)
*TERMINATED: 11/07/2018*

**Zoe Nicole McKinney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Bryan Kaufman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael K T Tan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Abel Perez Ruelas**                    represented by   **Adriana Betanco-Vondriska**
*for themselves and on behalf of a class*                (See above for address)
*of similarly-situated individuals*                      *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Ahilan T Arulanantham**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Brian Kelley Washington**
                                                         (See above for address)
                                                         *TERMINATED: 11/07/2018*

                                                         **Cody James Jacobs**
                                                         (See above for address)
                                                         *TERMINATED: 07/09/2013*

                                                         **Fatima S Alloo**
                                                         (See above for address)
                                                         *TERMINATED: 10/01/2012*

                                                         **Jayashri Srikantiah**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Jennifer L Stark**
(See above for address)
*TERMINATED: 10/01/2012*

**Jonathan Paul Feingold**
(See above for address)
*TERMINATED: 07/09/2013*

**Judy Rabinovitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J Eliasberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean A Commons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven A Ellis**
(See above for address)
*TERMINATED: 11/25/2019*

**Wen W Shen**
(See above for address)
*TERMINATED: 11/07/2018*

**William Tran**
(See above for address)
*TERMINATED: 11/07/2018*

**Zoe Nicole McKinney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Bryan Kaufman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael K T Tan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Efren Orozco**                    represented by  **Adriana Betanco-Vondriska**
(See above for address)

067

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ahilan T Arulanantham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cody James Jacobs**
(See above for address)
*TERMINATED: 07/09/2013*

**Jayashri Srikantiah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Paul Feingold**
(See above for address)
*TERMINATED: 07/09/2013*

**Judy Rabinovitz**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Bryan Kaufman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael K T Tan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean A Commons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wen W Shen**
(See above for address)
*TERMINATED: 11/07/2018*

**Zoe Nicole McKinney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Raul Ernesto Morales**
*TERMINATED: 07/11/2019*

represented by **Luis Allen Carrillo**
Law Offices of Luis A Carrillo
1499 Huntington Drive Suite 402

**068**

South Pasadena, CA 91030
626-799-9375
Fax: 626-799-9380
Email: lac4justice@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ahilan T Arulanantham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Bryan Kaufman**
ACLU Foundation of Southern
California
1313 West 8th Street
Los Angeles, CA 90017
213-977-9500
Fax: 213-977-5297
Email: mkaufman@aclusocal.org
*ATTORNEY TO BE NOTICED*

**Zoe Nicole McKinney**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Troy Lund**                              represented by  **Stacey Ilene Young**
                                                            Department of Justice - Civil Division
                                                            Office of Immigration Litigation
                                                            450 5th Street NW Room 6018
                                                            Washington, DC 20044
                                                            202-305-7171
                                                            Email: stacey.young@usdoj.gov
                                                            *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Charles Gilkey**                         represented by  **Stacey Ilene Young**
*Warden Adelanto Detention Facility*                        (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Timothy Robbins**                        represented by  **Erez Reuveni**
*Field Office Director, Los Angeles*                         US Department of Justice
*District, Immigration and Customs*                          Office of Immigration Litigation - Civil

**069**

*Enforcement*
*Substituted for*
James Hayes

Division
Ben Franklin Station
PO Box 868
Washington, DC 20044
202-307-4293
Fax: 202-305-7000
Email: erez.r.reuveni@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
US Department of Justice
Office of Immigration Litigation -
District Court Section
PO Box 868 Ben Franklin Station
Washington, DC 20044
202-532-4700
Fax: 202-395-7000
Email: sarah.s.wilson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Assistant US Attorney LA-CV**
AUSA - Office of US Attorney
Civil Division
300 North Los Angeles Street Suite
7516
Los Angeles, CA 90012
213-894-2879
Email: USACAC.Civil@usdoj.gov
*TERMINATED: 02/22/2010*

**Elizabeth Lee Walker**
US Department of Justice
Civil Division - OIL - DCS
Ben Franklin Station
PO Box 868
Washington, DC 20044
202-532-4271
Fax: 202-305-7000
Email: Elizabeth.L.Walker@usdoj.gov
*TERMINATED: 05/17/2011*

**Gjon Juncaj**
US Department of Justice
Office of Immigration Litigation
PO Box 868
Ben Franklin Station
Washington, DC 20044

070

202-307-8514
*TERMINATED: 11/06/2018*

**Nicole R Prairie**
US Department of Justice
Civil Division - Office of Immigration
Litigation
Ben Franklin Station
PO Box 868
Washington, DC 20044
202-532-4074
Fax: 202-305-7000
Email: Nicole.Prairie@usdoj.gov
*TERMINATED: 11/07/2018*

**Robert Ira Lester**
AUSA - Office of US Attorney
Civil Division
300 North Los Angeles Street Room
7516-AA
Los Angeles, CA 90012
213-894-2464
Fax: 213-894-7819
Email: robert.lester@usdoj.gov
*TERMINATED: 03/26/2019*

**Theodore William Atkinson**
United States Department of Justice
Office of Immigration Litigation -
District Court Section
P O Box 868
Ben Franklin Station
Washington, DC 20044
202-532-4135
Fax: 202-305-7000
Email: theodore.atkinson@usdoj.gov
*TERMINATED: 11/07/2018*

**Respondent**

**George Molinar**                    represented by    **Erez Reuveni**
*Chief of Detention and Removal*                        (See above for address)
*Operations, San Pedro Detention*                       *LEAD ATTORNEY*
*Facility*                                              *ATTORNEY TO BE NOTICED*
*TERMINATED: 09/08/2010*

**Assistant US Attorney LA-CV**
(See above for address)
*TERMINATED: 02/22/2010*

**Elizabeth Lee Walker**

(See above for address)
*TERMINATED: 05/17/2011*

**Gjon Juncaj**
(See above for address)
*TERMINATED: 11/06/2018*

**Nicole R Prairie**
(See above for address)
*TERMINATED: 11/07/2018*

**Robert Ira Lester**
(See above for address)
*TERMINATED: 03/26/2019*

**Theodore William Atkinson**
(See above for address)
*TERMINATED: 11/07/2018*

**Respondent**

**Janet Napolitano**                              represented by  **Erez Reuveni**
*Secretary, Homeland Security*                                    (See above for address)
*Substituted for*                                                *LEAD ATTORNEY*
Michael Chertoff                                                 *ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Assistant US Attorney LA-CV**
(See above for address)
*TERMINATED: 02/22/2010*

**Elizabeth Lee Walker**
(See above for address)
*TERMINATED: 05/17/2011*

**Gjon Juncaj**
(See above for address)
*TERMINATED: 11/06/2018*

**Nicole R Prairie**
(See above for address)
*TERMINATED: 11/07/2018*

**Robert Ira Lester**
(See above for address)
*TERMINATED: 03/26/2019*

072

**Theodore William Atkinson**
(See above for address)
*TERMINATED: 11/07/2018*

**Respondent**

**Eric Holder**     represented by  **Erez Reuveni**
*United States Attorney General*              (See above for address)
*Substituted for*                            *LEAD ATTORNEY*
Alberto Gonzales                             *ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Assistant US Attorney LA-CV**
(See above for address)
*TERMINATED: 02/22/2010*

**Dorothy Kim**
AUSA - Office of US Attorney
Criminal Div - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-3779
Fax: 213-894-6269
Email: USACAC.Criminal@usdoj.gov
*TERMINATED: 11/09/2018*

**Elizabeth Lee Walker**
(See above for address)
*TERMINATED: 05/17/2011*

**Gjon Juncaj**
(See above for address)
*TERMINATED: 11/06/2018*

**Hans Chen**
US Department of Justice
Office of Immigration Litigation - Civil
Division
P O Box 868
Washington, DC 20001
301-307-4469
Fax: 202-305-7000
Email: hans.h.chen@usdoj.gov
*TERMINATED: 11/07/2018*

073

**Nicole R Prairie**
(See above for address)
*TERMINATED: 11/07/2018*

**Robert Ira Lester**
(See above for address)
*TERMINATED: 03/26/2019*

**Theodore William Atkinson**
(See above for address)
*TERMINATED: 11/07/2018*

<u>**Respondent**</u>

**Paul Walters**                    represented by  **Erez Reuveni**
*TERMINATED: 04/05/2010*                (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Assistant US Attorney LA-CV**
                                        (See above for address)
                                        *TERMINATED: 02/22/2010*

                                        **Elizabeth Lee Walker**
                                        (See above for address)
                                        *TERMINATED: 05/17/2011*

                                        **Gjon Juncaj**
                                        (See above for address)
                                        *TERMINATED: 11/06/2018*

                                        **Nicole R Prairie**
                                        (See above for address)
                                        *TERMINATED: 11/07/2018*

                                        **Theodore William Atkinson**
                                        (See above for address)
                                        *TERMINATED: 11/07/2018*

<u>**Respondent**</u>

**Lee Baca**                        represented by  **Erez Reuveni**
*Sheriff of Los Angeles County*         (See above for address)
*TERMINATED: 04/05/2010*                *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Elizabeth Lee Walker**
                                        (See above for address)
                                        *TERMINATED: 05/17/2011*

                                        **Gjon Juncaj**

<span style="color:red">074</span>

(See above for address)
*TERMINATED: 11/06/2018*

**Nicole R Prairie**
(See above for address)
*TERMINATED: 11/07/2018*

**Theodore William Atkinson**
(See above for address)
*TERMINATED: 11/07/2018*

**Respondent**

**Sammy Jones**                                    represented by   **Erez Reuveni**
*Chief of the Custody Operations*                                   (See above for address)
*Division of the Los Angeles County*                                *LEAD ATTORNEY*
*Sheriff's Department*                                              *ATTORNEY TO BE NOTICED*
*TERMINATED: 04/05/2010*

**Elizabeth Lee Walker**
(See above for address)
*TERMINATED: 05/17/2011*

**Gjon Juncaj**
(See above for address)
*TERMINATED: 11/06/2018*

**Nicole R Prairie**
(See above for address)
*TERMINATED: 11/07/2018*

**Theodore William Atkinson**
(See above for address)
*TERMINATED: 11/07/2018*

**Respondent**

**Thomas G Snow**                                  represented by   **Erez Reuveni**
*Acting Director, Executive Office for*                             (See above for address)
*Immigration Review*                                                *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Lee Walker**
(See above for address)
*TERMINATED: 05/17/2011*

**Nicole R Prairie**

<span style="color:red">075</span>

(See above for address)
*TERMINATED: 11/07/2018*

**Theodore William Atkinson**
(See above for address)
*TERMINATED: 11/07/2018*

**Respondent**

**Wesley Lee**                  represented by   **Erez Reuveni**
*Officer-in-Charge, Mira Loma*                  (See above for address)
*Detention Center*                              *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Sarah S Wilson**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Elizabeth Lee Walker**
                                                (See above for address)
                                                *TERMINATED: 05/17/2011*

                                                **Nicole R Prairie**
                                                (See above for address)
                                                *TERMINATED: 11/07/2018*

                                                **Theodore William Atkinson**
                                                (See above for address)
                                                *TERMINATED: 11/07/2018*

**Respondent**

**Rodney Penner**              represented by   **Erez Reuveni**
*Captain, Mira Loma Detention Center*           (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Sarah S Wilson**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Elizabeth Lee Walker**
                                                (See above for address)
                                                *TERMINATED: 05/17/2011*

                                                **Nicole R Prairie**
                                                (See above for address)
                                                *TERMINATED: 11/07/2018*

**Theodore William Atkinson**
(See above for address)
*TERMINATED: 11/07/2018*

**Respondent**

**Sandra Hutchens**                    represented by    **Erez Reuveni**
*Sheriff of Orange County*                              (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Sarah S Wilson**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Elizabeth Lee Walker**
                                                        (See above for address)
                                                        *TERMINATED: 05/17/2011*

                                                        **Nicole R Prairie**
                                                        (See above for address)
                                                        *TERMINATED: 11/07/2018*

                                                        **Theodore William Atkinson**
                                                        (See above for address)
                                                        *TERMINATED: 11/07/2018*

**Respondent**

**Officer Nguyen**                     represented by    **Erez Reuveni**
*Officer-in-Charge, Theo Lacy Facility*                 (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Sarah S Wilson**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Elizabeth Lee Walker**
                                                        (See above for address)
                                                        *TERMINATED: 05/17/2011*

                                                        **Nicole R Prairie**
                                                        (See above for address)
                                                        *TERMINATED: 11/07/2018*

                                                        **Theodore William Atkinson**
                                                        (See above for address)
                                                        *TERMINATED: 11/07/2018*

**Respondent**

**Captain Davis Nighswonger**                    represented by    **Erez Reuveni**
*Commander, Theo Lacy Facility*                                   (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Sarah S Wilson**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Elizabeth Lee Walker**
                                                                 (See above for address)
                                                                 *TERMINATED: 05/17/2011*

                                                                 **Nicole R Prairie**
                                                                 (See above for address)
                                                                 *TERMINATED: 11/07/2018*

                                                                 **Theodore William Atkinson**
                                                                 (See above for address)
                                                                 *TERMINATED: 11/07/2018*

**Respondent**

**Captain Mike Kreuger**                         represented by    **Erez Reuveni**
*Operations Manager, James A. Musick*                            (See above for address)
*Facility*                                                       *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Sarah S Wilson**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Elizabeth Lee Walker**
                                                                 (See above for address)
                                                                 *TERMINATED: 05/17/2011*

                                                                 **Nicole R Prairie**
                                                                 (See above for address)
                                                                 *TERMINATED: 11/07/2018*

                                                                 **Theodore William Atkinson**
                                                                 (See above for address)
                                                                 *TERMINATED: 11/07/2018*

**Respondent**

                                                 represented by

<span style="color:red">078</span>

**Arthur Edwards**
*Officer-in-Charge, Santa Ana City Jail*

**Erez Reuveni**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Lee Walker**
(See above for address)
*TERMINATED: 05/17/2011*

**Nicole R Prairie**
(See above for address)
*TERMINATED: 11/07/2018*

**Theodore William Atkinson**
(See above for address)
*TERMINATED: 11/07/2018*

**Respondent**

**Russell Davis**                    represented by   **Erez Reuveni**
*Jail Administrator, Santa Ana City Jail*              (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah S Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Lee Walker**
(See above for address)
*TERMINATED: 05/17/2011*

**Nicole R Prairie**
(See above for address)
*TERMINATED: 11/07/2018*

**Theodore William Atkinson**
(See above for address)
*TERMINATED: 11/07/2018*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 05/16/2007 | 1 | |

079

| | | |
|---|---|---|
| | | PETITION for Writ of Habeas Corpus by a Person In Federal Custody (28:2241) Case assigned to Judge Virginia A. Phillips and referred to Magistrate Judge Charles F. Eick.(Filing fee $ 5 Paid), filed by petitioner Alejandro Garcia.(rrey, ) (Entered: 05/30/2007) |
| 05/16/2007 | 2 | NOTICE of Interested Parties filed by Petitioner Alejandro Garcia. (rrey, ) (Entered: 05/30/2007) |
| 05/16/2007 | 3 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Virginia A. Phillips and referred to Magistrate Judge Charles F. Eick to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (rrey, ) (Entered: 05/30/2007) |
| 05/16/2007 | 12 | NOTICE of Related Case(s) filed by Petitioner Alejandro Rodriguez. Related Case(s): CV 04-2270 TJH (Mc), CV 04-6656 TJH (MLG), CV 04-10251 TJH (MAN), ans other cases (rn) (Entered: 08/06/2007) |
| 05/22/2007 | 5 | ORDER REQUIRING ANSWER/RETURN TO PETITION. ORDER by Magistrate Judge Charles F. Eick that Respondents file an Answer to the Petition within 23 days of the date of this order. If Petitioner desires to file a Reply to the Answer, he shall do so within 15 days of the date that the Answer is filed. (sp, ) (Entered: 05/30/2007) |
| 05/29/2007 | 4 | FIRST AMENDED PETITON FOR WRIT OF HABEAS CORPUS against respondent James Hayes, George Molinar, Michael Chertoff, Alberto Gonzales, Paul Walters, Lee Baca, Sammy Jones amending Petition for Writ of Habeas Corpus (2241) 1 ,filed by petitioner Alejandro Garcia (lc, ) (Entered: 05/30/2007) |
| 05/30/2007 | 6 | MINUTES OF IN CHAMBERS ORDER held before Judge Charles F. Eick. The Court is in receipt of Petitioner's "Notice of Corrected Petition for Writ of Habeas Corpus," filed 5/29/07. Exhibit A to this Notice is deemed to be Petitioner's First Amended Petition for Writ of Habeas Corpus. The caption of the case is ordered changed accordingly. Respondent shall file an Answer to the First Amended Petition within 23 days of the date of this order. Petitioner may file a Reply within 15 days of the date that the Answer is filed. (sp, ) (Entered: 05/31/2007) |
| 06/25/2007 | 7 | ANSWER to Amended Petition for Writ of Habeas Corpus, 4 filed by federal defendants James Hayes, George Molinar, Michael Chertoff, Alberto Gonzales.(lc) (Entered: 06/26/2007) |
| 06/25/2007 | 10 | NOTICE OF MOTION AND MOTION for Class Certification filed by petitioner Alejandro Garcia. Memorandum of Points and Authorities.Motion set for hearing on 7/16/2007 at 10:00 AM before Judge Virginia A. Phillips. (ad) (Entered: 07/17/2007) |
| 07/10/2007 | 9 | TRAVERSE AND REPLY IN SUPPORT OF Amended Petition for Writ of Habeas Corpus, 4 filed filed by Petitioner Alejandro Garcia. (lc) (Entered: 07/12/2007) |
| | | |

| | | |
|---|---|---|
| 07/11/2007 | 8 | MINUTES OF IN CHAMBERS ORDER held before Judge Virginia A. Phillips: Petitioner Motion for Class Certification is hereby continued for hearing on 8/20/2007 at 10:00 AM before Judge Virginia A. Phillips. Petitioner shall file a proof of service of Petitioner's Motion for Class Certification no later than 7/20/07.(am) (Entered: 07/12/2007) |
| 07/19/2007 | 11 | NOTICE OF FILING OF PROOF OF SERVICE re MOTION to Certify Class 10 ; EXHIBITS filed by Petitioner Alejandro Rodriguez, served on 06/25/2007. (csa) (Entered: 08/02/2007) |
| 08/02/2007 | 18 | APPLICATION of Judy Rabinovitz for Leave to Appear Pro Hac Vice and designating Ahilan t Arulanantham as local counsel. FEE PAID. filed by petitioner Alejandro Rodriguez. Lodged order. (lc) (Entered: 08/20/2007) |
| 08/07/2007 | 17 | OPPOSITION to petitioner's MOTION for Class Certification 10 ; filed by respondents(ear) (Entered: 08/20/2007) |
| 08/08/2007 | 13 | ORDER TO REASSIGN CASE PURSUANT TO Section 5.4 of General Order 07.02 by Judge John F. Walter, Chair of the Case Management and Assignment Committee, all related Indefinite Detention cases are assigned to Judge Terry J. Hatter, Jr. and referred to Magistrate Judge Robert N. Block. The case number will now read as follows: CV 07-3239 TJH (RNB). The Related Group Control Case Number is: CV 04-3266 TJH (RNB).(rn) (Entered: 08/09/2007) |
| 08/08/2007 | 20 | OPPOSITION to MOTION for Class Certification 10 ; filed by respondents (ear) (Entered: 08/21/2007) |
| 08/14/2007 | 16 | ORDER by Judge Robert N. Block granting granting APPLICATION of Judy Rabinovitz for Leave to Appear Pro Hac Vice. FEE PAID(dmjr) (Entered: 08/17/2007) |
| 08/14/2007 | 19 | ORDER granting APPLICATION of Judy Rabinovitz for Leave to Appear Pro Hac Vice and designating Ahilan T Arulanantham as local counsel on behalf of petitioner Alejandro Rodriguez by Judge Terry J. Hatter Jr 18 (lc) (Entered: 08/20/2007) |
| 08/14/2007 | 22 | REPLY MEMORANDUM OF POINTS AND AUTHORITIES in support MOTION to Certify Class 10 filed by Petitioner Alejandro Rodriguez. (twdb) (Entered: 09/04/2007) |
| 08/15/2007 | 14 | STIPULATION AND ORDER by Judge Terry J. Hatter Jr: that the Court GRANT petitioner one extra day, to and through Tuesday 8/14/07, in which to submit his reply brief in support of his motion for class certification. (et) (Entered: 08/16/2007) |
| 08/15/2007 | 15 | MINUTES OF IN CHAMBERS ORDER held before Judge Terry J. Hatter Jr: ORDER AND NOTICE TO ALL PARTIES; This Case has been transferred to U.S. District Judge Terry J. Hatter, Jr. Counsel are hereby notified that the Petitioners MOTION for class certification, filed on 6/25/07 10 , and set for calendar on August 20, 2007, at 10:00 a.m. will STAND SUBMITTED as of the hearing date. No appearance is necessary. IT IS SO ORDERED. (et) (Entered: 08/16/2007) |

| 08/15/2007 | 21 | REQUEST FOR ORA ARGUMENT re MOTION to Certify Class 10 filed by Petitioner Alejandro Rodriguez. (lw) (Entered: 08/29/2007) |
|---|---|---|
| 08/21/2007 | 23 | NOTICE OF FILING OF ADDITIONAL AUTHORITY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION 10 filed by Petitioner Alejandro Rodriguez. (te) (Entered: 09/12/2007) |
| 11/07/2007 | 24 | NOTICE OF MOTION AND MOTION of Federal Respondents James Hayes, George Molinar, Michael Chertoff and Alberto Gonzales to Dismiss Action; filed by Federal Respondents. Motion set for hearing on 12/18/2007 at 9:30 AM before Magistrate Judge Robert N. Block. (te) (Entered: 11/08/2007) |
| 11/08/2007 | 25 | MINUTES RE: Defendants' Motion to Dismiss, filed 11/7/07; In Chambers Conference held before Judge Robert N. Block : Defendants' Motion is ORDERED off calendar for having been improperly brought. Since the class certification motion currently is pending before the District Judge, defendants in effect are asking the Magistrate Judge to preempt the District Judge's ruling on their contention.Court Reporter: n/a. (twdb) (Entered: 11/14/2007) |
| 12/17/2007 | 26 | NOTICE OF MOTION AND MOTION to Dismiss Action as Moot filed by Respondents James Hayes, George Molinar, Michael Chertoff, Alberto Gonzales.Motion set for hearing on 1/14/2008 at 10:00 AM before Judge Terry J. Hatter Jr. (jl) (Entered: 12/26/2007) |
| 12/28/2007 | 27 | REQUEST for COURT DECISION PURSUANT TO LOCAL RULE 83-9 filed by Petitioner Alejandro Rodriguez. (lw) (Entered: 01/03/2008) |
| 12/28/2007 | 28 | MEMORANDUM of Points and Authorities in Opposition to Respondents' MOTION to Dismiss Action as Moot 26 filed by Petitioner Alejandro Rodriguez. (lw) (Entered: 01/03/2008) |
| 01/06/2008 | 29 | REPLY in support of motion MOTION to Dismiss Action as Moot 26 filed by Respondents James Hayes, George Molinar, Michael Chertoff, Alberto Gonzales. (Lester, Robert) (Entered: 01/06/2008) |
| 01/06/2008 | 30 | First EX PARTE APPLICATION to Stay pending ruling on motion to dismiss for mootness filed by Federal Respondents James Hayes, George Molinar, Michael Chertoff, Alberto Gonzales. (Attachments: # 1 Declaration of Robert Lester# 2 Proposed Order granting ex parte application)(Lester, Robert) (Entered: 01/06/2008) |
| 01/08/2008 | 31 | NOTICE of Decision: by Supreme Court that subject matter jurisdiction is not waivable filed by Federal Respondents James Hayes, George Molinar, Michael Chertoff, Alberto Gonzales. (Lester, Robert) (Entered: 01/08/2008) |
| 03/13/2008 | 32 | REQUEST for Judgment filed by Petitioners Alejandro Rodriguez. (Arulanantham, Ahilan) (Entered: 03/13/2008) |
| 03/19/2008 | 33 | ORDER by Judge Terry J. Hatter Jr, that the Respondents' motion to dismiss 26 , the motion for class certification 10 and the ex parte application for a stay 30 be, and hereby are, Denied. (lom) (Entered: 03/21/2008) |
| 04/07/2008 | 34 | (In Chambers) Order and Notice to All Parties by Judge Terry J. Hatter Jr, re 224 13 . Counsel are hereby notified that the reference of this matter to the |

| | | |
|---|---|---|
| | | Magistrate Judge Block pursuant to General Order 194 is hereby VACATED.The case number will now read CV 07-3239-TJH(RNBx). In the future, it is mperative that the initials TJH(RNBx) be used on all documents to prevent any delays in the processing of documents. (lom) (Entered: 04/09/2008) |
| 04/10/2008 | 35 | NOTICE of Change of Address by Ahilan T Arulanantham attorney for Petitioner Alejandro Rodriguez, changing address to 1313 West Eighth Street, Los Angeles, CA 90017. Filed by counsel of record Ahilan T. Arulanantham (Arulanantham, Ahilan) (Entered: 04/10/2008) |
| 07/17/2008 | 36 | ORDER from 9th CCA filed, CCA # 08-80055. The court, in its discretion, grants the petition for permission to appeal the district court's 3/19/08 order denying class action certification. Within 10 days of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appelate Procedure 5(d). Order received in this district on 7/17/08. (car) (Entered: 07/18/2008) |
| 07/17/2008 | 38 | 9th Assigned case number 08-56156 filed by Petitioner Alejandro Rodriguez. re 9th CCA Appeal 36 (lr) (Entered: 07/21/2008) |
| 07/18/2008 | 37 | NOTICE of Appellant Filing Fees filed as to Petitioner Alejandro Rodriguez. Receipt number: 109527, Paid in the amount of $455.00. filed by Petitioner Alejandro Rodriguez. 9th CCA 08-80055. (lr) (Entered: 07/18/2008) |
| 09/10/2008 | 45 | ORDER from 9th CCA filed, CCA # 08-56156. The parties' joint motion to amend the briefing schedule is construed as a motion to expedite. So construed, the motion is granted in part. The opening brief is due September 12, 2008; the answering breif is due October 20, 2008; and the optional reply brief is due 14 days after service of the answering brief. The provisions on Ninth Circuit Rule 31-2-2(a) shall not be applicable to this case; any Rule 31-2.2(a) request is strongly disfavored. The case shall be calendar is due course. cf 9th Cir. R. 27-12. Order received in this district on 11/02/09. (lr) (Entered: 11/05/2009) |
| 09/18/2008 | 46 | ORDER from 9th CCA filed, CCA # 08-56156. Appellant's request for judicial notice, any response, and any further such request shall be referred to the merits panel for whatever treatment the panel deems appropriate. The briefing schedule is unchanged. Order received in this district on 11/02/09. (lr) (Entered: 11/05/2009) |
| 09/22/2008 | 39 | MINUTES OF IN CHAMBERS ORDER by Judge Terry J. Hatter, Jr: Counsel are hereby notified that a status report must be filed with this court no later than 10/22/08 as to the status of this case. IT IS SO ORDERED. (mmu) (Entered: 09/22/2008) |
| 10/22/2008 | 40 | STATUS REPORT *(Joint)* filed by Petitioner Alejandro Rodriguez. (Arulanantham, Ahilan) (Entered: 10/22/2008) |
| 11/06/2008 | 41 | ORDER from 9th CCA filed, CCA # 08-56156. is Appellant's motion for an extensionof time to file the reply brief is granted. The reply brief is due November 13, 2008. Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate. This case shall be calendared in due course. (dmap) (Entered: 11/07/2008) |

| | | |
|---|---|---|
| 11/14/2008 | 42 | NOTICE of Change of Attorney Information for attorney Ahilan T Arulanantham counsel for Petitioner Alejandro Rodriguez.Ranjana Natarajan is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G-06 Notice. Filed by plaintiff Alejandro Rodriguez (Arulanantham, Ahilan) (Entered: 11/14/2008) |
| 11/14/2008 | 43 | Certificate of Record filed by petitioner Alejandro Rodriguez. (dmap) (Entered: 11/14/2008) |
| 04/17/2009 | 44 | RECORD ON APPEAL sent to Circuit Court re: Appeal number, 08-56156 Record consists of 2 volumes. re 9th CCA Order perfect the appeal 36 (lr) (Entered: 04/20/2009) |
| 08/20/2009 | 47 | ORDER from 9th CCA filed, CCA # 08-56156. We deny Petitioner Alejandro Rodriguez's Request for Judicial Notice as moot. DENIED. Order received in this district on 11/02/09. (lr) (Entered: 11/05/2009) |
| 09/03/2009 | 48 | ORDER from 9th CCA filed, CCA # 08-56156. re 9th CCA Order 36 Respondents' motion for an extension of time to file a petition for rehearing is GRANTED to and including November 4, 2009. Counsel is reminded that a timely filing requires receipt by the Clerk's office on or before the due date. Order received in this district on 11/02/09. (lr) Modified on 11/5/2009 (lr). (Entered: 11/05/2009) |
| 10/30/2009 | 49 | ORDER from 9th CCA filed, CCA # 08-56156. re 9th CCA Order 36 Appellees' second request for extension to file a petition for panel rehearing and en banc rehearing is granted to and including November 13, 2009. The parties are reminded that a timely filing requires that the document be received by the Clerk's office on or before the due date. Order received in this district on 10/30/09. (lr) Modified on 11/5/2009 (lr). (Entered: 11/05/2009) |
| 01/08/2010 | 50 | MINUTES OF IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES (NON-MOTION) by Judge Terry J. Hatter, Jr. Counsel are hereby notified that the above entitled matter is set on the court's calendar for status conference re the 9th CCA Order and Amended Opinion, Appeal No. 08-56156, reversed and remanded to this court in regard to class certification, on January 25, 2010 at 10:00 a.m. (lom) (Entered: 01/11/2010) |
| 01/12/2010 | 51 | MANDATE of 9th CCA filed re: Minutes of In Chambers Order, 50 , CCA # 08-56156. The decision of the district court is reversed and remanded. Mandate received in this district on 1/12/10. (dmap) Modified on 1/13/2010 (lom). (Entered: 01/13/2010) |
| 01/19/2010 | 52 | MINUTES OF IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER by Judge Terry J. Hatter, Jr. On the Court's own motion, the Status Conference hearing date, currently scheduled for January 25, 2010, is hereby ordered continued to February 1, 2010 at 10:00 A.M. (lom) (Entered: 01/19/2010) |
| 02/01/2010 | 53 | MINUTES OF STATUS CONFERENCE Re Mandate of the 9th Circuit Court ofAppeal's Order and Amended Opinion; (Appeal No. 08-56156) held before Judge Terry J. Hatter, Jr. Parties agreed to work on a sub-class issue. The Court |

084

| | | |
|---|---|---|
| | | sets a Motion to Certify Class and Motion for Discovery Hearings at March 15, 2010 at 10:00 a.m.Court Recorder: CS 2/1/10. (lom) (Entered: 02/03/2010) |
| 02/08/2010 | 54 | NOTICE OF MOTION AND MOTION for Discovery regarding Sub-Classes filed by Petitioner Alejandro Rodriguez. Motion set for hearing on 3/15/2010 at 10:00 AM before Judge Terry J. Hatter Jr. (Tran, William) (Entered: 02/08/2010) |
| 02/22/2010 | 55 | NOTICE of Appearance filed by attorney Gjon Juncaj on behalf of Respondents Lee Baca, Michael Chertoff, Alberto Gonzales, James Hayes, Sammy Jones, George Molinar, Paul Walters (Juncaj, Gjon) (Entered: 02/22/2010) |
| 02/26/2010 | 56 | STIPULATION to Continue Hearing from 3/15/10 at 10am to 3/22/10 at 10am filed by Petitioners Alejandro Rodriguez. (Attachments: # 1 Proposed Order) (Arulanantham, Ahilan) (Entered: 02/26/2010) |
| 03/02/2010 | 57 | STATUS REPORT *re: automatic Respondent substitution pursuant to Fed. R. Civ. P. 25(d)* filed by Respondents Lee Baca, Michael Chertoff, Alberto Gonzales, James Hayes, Sammy Jones, George Molinar, Paul Walters. (Juncaj, Gjon) (Entered: 03/02/2010) |
| 03/02/2010 | 58 | AMENDED DOCUMENT filed by Petitioner Alejandro Rodriguez. Amendment to Stipulation to Continue 56 (Attachments: # 1 Proposed Order) (Arulanantham, Ahilan) (Entered: 03/02/2010) |
| 03/04/2010 | 59 | APPEAL RECORD RETURNED from 9th CCA Received: Volume(s): 1 through 2; RE: Appeal Record Sent to USCA (A-26) 44 (cbr) (Entered: 03/05/2010) |
| 03/04/2010 | 60 | ORDER Granting Stipulation re 56 by Judge Terry J. Hatter, Jr. It is hereby ORDERED that the March 15, 2010 motion to certify class and motion for discovery hearing at 10:00 a.m. be continued to March 22, 2010 at 10:00 a.m. (lom) (Entered: 03/08/2010) |
| 03/08/2010 | 61 | OPPOSITION to MOTION for Discovery regarding Sub-Classes 54 filed by Respondents Lee Baca, Michael Chertoff, Alberto Gonzales, James Hayes, Sammy Jones, George Molinar, Paul Walters. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Juncaj, Gjon) (Entered: 03/09/2010) |
| 03/09/2010 | 62 | MINUTES (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASESHOULD NOT BE DISMISSED AS TO CERTAIN DEFENDANTS FORLACK OF PROSECUTION by Judge Terry J. Hatter, Jr. The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below. Accordingly, the Court, on its own motion, hereby orders plaintiff(s) to show cause in writing no later than March 16, 2010, why this action should not be dismissed as to any unserved defendants for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will accept one of the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently: Proof of service of the Summons and Complaint on the following defendants: Lee Baca, Sheriff of Los Angeles County; Sammy Jones, Chief of the Custody Operations Division |

| | | |
|---|---|---|
| | | of the Los Angeles County Sheriff's Department; and Paul Walters, Chief of Police for the City of Santa Ana A hearing on this Order to Show cause is set for March 22, 2010, at 10:00 a.m. absent a satisfactory response by Plaintiff/s to this Court's order. (lom) (Entered: 03/10/2010) |
| 03/15/2010 | 63 | TRANSCRIPT for proceedings held on 2-1-10 10:39 a.m.. Court Reporter/Electronic Court Recorder: Babykin Courthouse Services, phone number (626) 963-0566. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 4/5/2010. Redacted Transcript Deadline set for 4/15/2010. Release of Transcript Restriction set for 6/13/2010. (ha) (Entered: 03/15/2010) |
| 03/15/2010 | 64 | NOTICE OF FILING TRANSCRIPT filed for proceedings 2-1-10 10:39 a.m. (ha) (Entered: 03/15/2010) |
| 03/15/2010 | 65 | REPLY in support of MOTION for Discovery regarding Sub-Classes 54 filed by Petitioner Alejandro Rodriguez. (Attachments: # 1 Exhibit 16, # 2 Exhibit 17, # 3 Exhibit 18)(Tran, William) (Entered: 03/15/2010) |
| 03/16/2010 | 66 | RESPONSE filed by Petitioner Alejandro Rodriguezto Minutes of In Chambers Order/Directive - no proceeding held, Set Deadlines/Hearings,,,,,,,,, 62 (Attachments: # 1 Exhibit)(Arulanantham, Ahilan) (Entered: 03/16/2010) |
| 03/22/2010 | 67 | MINUTES OF STATUS CONFERENCE RE CLASS CERTIFICATION, DISCOVERY and ORDER TO SHOW CAUSE RE LACK OF PROSECUTION (Non-Evidentiary; Held and Completed) before Judge Terry J. Hatter, Jr. Petitioner shall submit a proposed Order Re Class Certification for the Court's consideration. The parties are to meet and confer regarding the submission of a stipulated proposed Protective Order. Subject to a stipulated Protective Order, Government shall provide Petitioners with a list of names and "A" numbers, as stated on the record, within seven (7) court days. Petitioner shall therefrom compile a representative number of claimants. Court Recorder: CS 3/22/10. (lom) (Entered: 03/22/2010) |
| 03/26/2010 | 68 | NOTICE OF LODGING filed re Status Conference,, 67 , MOTION to Certify Class 10 (Attachments: # 1 Proposed Order)(Tran, William) (Entered: 03/26/2010) |
| 03/26/2010 | 69 | to class certification and proposed class certification order opposition re: MOTION to Certify Class 10 *and lodged proposed class certification order* filed by Respondents Lee Baca, Michael Chertoff, Alberto Gonzales, James Hayes, Sammy Jones, George Molinar, Paul Walters. (Juncaj, Gjon) (Entered: 03/26/2010) |
| 03/26/2010 | 70 | STATUS REPORT *re Representation of City/Count Respondents* filed by Respondents Lee Baca, Michael Chertoff, Alberto Gonzales, James Hayes, Sammy Jones, George Molinar, Paul Walters. (Juncaj, Gjon) (Entered: 03/26/2010) |
| 03/29/2010 | 71 | |

**086**

| | | |
|---|---|---|
| | | TRANSCRIPT for proceedings held on 3/22/10 10:12am. Court Reporter/Electronic Court Recorder: Exceptional Reporting Services, Inc., phone number (361) 949-2988. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 4/19/2010. Redacted Transcript Deadline set for 4/29/2010. Release of Transcript Restriction set for 6/27/2010. (Lopez, Margarita) (Entered: 03/29/2010) |
| 03/29/2010 | 72 | NOTICE OF FILING TRANSCRIPT filed for proceedings 3/22/10 10:12am (Lopez, Margarita) (Entered: 03/29/2010) |
| 03/30/2010 | 73 | NOTICE OF LODGING filed re Status Conference,, 67 (Attachments: # 1 Proposed Order Proposed Stipulated Protective Order, # 2 Exhibit) (Arulanantham, Ahilan) (Entered: 03/30/2010) |
| 03/30/2010 | 74 | RESPONSE filed by Respondents Lee Baca, Michael Chertoff, Alberto Gonzales, James Hayes, Sammy Jones, George Molinar, Paul Waltersto Status Report 70 , Minutes of In Chambers Order/Directive - no proceeding held, Set Deadlines/Hearings,,,,,,,,, 62 , Response (non-motion) 66 (Juncaj, Gjon) (Entered: 03/30/2010) |
| 03/31/2010 | 75 | RESPONSE filed by Petitioner Alejandro Rodriguezto Objection/Opposition (Motion related), Objection/Opposition (Motion related) 69 re: *Proposed Order Certifying Class* (Tran, William) (Entered: 03/31/2010) |
| 04/05/2010 | 76 | ORDER by Judge Terry J. Hatter, Jr. The Court has considered the responses to the Court's Order to Show Cause 62 regarding dismissal for Petitioners' failure to serve Defendants Lee Baca, Sammy Jones, and Paul Walters. It is Ordered that Defendants Lee Baca, Sammy Jones, and Paul Walters be, and hereby are, Dismissed. (lom) (Entered: 04/12/2010) |
| 04/05/2010 | 77 | Class Certification Order re 10 by Judge Terry J. Hatter, Jr. It is Ordered that the Petitioner Class be, and hereby is, Certified. It is further Ordered that the Class Representative shall be Alejandro Rodriguez. It is further Ordered that the Class's Counsel shall be Peter J Eliasberg, Ahilan T Arulanantham, Cecillia D Wang, Jayashri Srikantiah, Judy Rabinovitz, Monica M Ramirez, Ranjana Nataranjan, Steven A. Ellis, William Tran, and Brian K. Washington. It is further Ordered that the Class shall consist of all non-citizens within the Central District of California who: (1) are or were detained for longer than six months pursuant to one of the general immigration detention statutes pending completion of removal proceedings, including judicial review, (2) are not and have not been detained pursuant to a national security detention statute, and (3) have not been afforded a hearing to determine whether their detention is justified. (lom) (Entered: 04/13/2010) |
| 04/19/2010 | 78 | STIPULATED PROTECTIVE ORDER CONCERNING ROSTER OF DETAINEES by Judge Terry J. Hatter, Jr. (See attached Stipulated Protective Order for further infromation). (jp) (Entered: 04/21/2010) |
| 04/21/2010 | 79 | |

| | | |
|---|---|---|
| | | MINUTES (IN CHAMBERS) ORDER REGARDING DISCOVERY AND SETTING FINAL PRETRIAL CONFERENCE by Judge Terry J. Hatter, Jr. In light of the Stipulated Protective Order granted on 4-19-10, Petitioner's Motion for Discovery Related to Sub-Classes (filed 02-08-10) 54 is DENIED as MOOT, with leave to renew, if necessary. It is Ordered that all discovery matters which become at issue are referred to Magistrate Judge Robert N. Block for his consideration. Please contact the courtroom deputy clerk to the Magistrate Judge regarding these matters. It is Ordered, pursuant to Rule 16 of the Federal Rules of Civil Procedures and Local Rule 16, that the Final Pre-Trial Conference is placed on the Court's calendar for October 18, 2010, at 10:00 a.m., in Courtroom No. 17 in the U. S. Courthouse on Spring Street. Unless excused for good cause, each party appearing in this action shall be represented by the attorney who is to have charge of conducting the trial. It is further Ordered that any application or stipulation to continue the Final Pre-Trial Conference shall be lodged with the court no later than one week prior to the Conference date, and shall state the reason for seeking the continuance. (Refer to attached document for further requirements.) (lom) (Entered: 04/22/2010) |
| 06/28/2010 | 80 | NOTICE of Appearance (Atkinson, Theodore) (Entered: 06/28/2010) |
| 07/07/2010 | 81 | STIPULATION for Extension of Time to File Joint Report Pursuant to Rule 26 (f) filed by Respondents Michael Chertoff, Alberto Gonzales, James Hayes, George Molinar. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 07/07/2010) |
| 07/09/2010 | 82 | JOINT REPORT of CONFERENCE OF PARTIES PURSUANT TO FED. R. CIV. P. 26(F), LOCAL RULE 26-1, AND COURT ORDER filed by Petitioner Alejandro Rodriguez. (Tran, William) (Entered: 07/09/2010) |
| 09/07/2010 | 83 | NOTICE OF MOTION AND MOTION to Amend Amended Petition for Writ of Habeas Corpus, 4 filed by Plaintiffs Alejandro Rodriguez. (Attachments: # 1 Proposed Order)(Arulanantham, Ahilan) (Entered: 09/07/2010) |
| 09/08/2010 | 84 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Terry J. Hatter, Jr., ORDERING Second Amended Complaint and Amended Notice of Interested Parties submitted by Petitioners received on 9/7/2010 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk. (jp) (Entered: 09/09/2010) |
| 09/08/2010 | 85 | SECOND AMENDED COMPLAINT against Defendants Eric Holder, Janet Napolitano, Thomas G. Snow, Timothy Robbins, Wesley Lee, Rodney Penner, Sandra Hutchens, Officer Nguyen, Captain Davis Nighswonger, Captain Mike Kreuger, Arthur Edwards, and Russell Davis; Party George Molinar terminated; amending First Amended Petition for Writ of Habeas Corpus 4 ; filed by Petitioners Alejandro Rodriguez, Abdirizak Aden Farah, Yussuf Abdikadir, Abel Perez Ruelas, Jose Farias Cornejo, and Angel Armando Amaya. (gk) (Entered: 09/09/2010) |
| 09/08/2010 | 86 | AMENDED NOTICE of Interested Parties filed by Petitioners Alejandro Rodriguez, Abdirizak Aden Farah, Yussuf Abdikadir, Abel Perez Ruelas, Jose Farias Cornejo, and Angel Armando Amaya. (gk) (Entered: 09/09/2010) |

| | | |
|---|---|---|
| 09/10/2010 | 87 | NOTICE OF ERRATA filed by Petitioners Yussuf Abdikadir, Angel Armando Amaya, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. correcting Amended Complaint, 85 (Attachments: # 1 Corrected Second Amended Complaint)(Arulanantham, Ahilan) (Entered: 09/10/2010) |
| 09/17/2010 | 88 | NOTICE of Change of Attorney Information for attorney Judy Rabinovitz counsel for Petitioner Alejandro Rodriguez.Monica M Ramirez is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G-06 Notice. Filed by plaintiff ACLU Immigrants Rights Project (Rabinovitz, Judy) (Entered: 09/17/2010) |
| 09/17/2010 | 89 | ORDER from 9th CCA filed, CCA # 08-56156. The motion of Michael Tan, Esq., for exemption form Ninth Circuit Rule 46-5 is granted. Order received in this district on 9/17/2010. (dmap) (Entered: 09/22/2010) |
| 09/27/2010 | 90 | NOTICE OF MOTION AND Joint MOTION for Enlargement of Time to File Motion to Enlarge filed by Appellee-Respondent Lee Baca, Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Sammy Jones, Mike Kreuger, Wesley Lee, George Molinar, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow, Paul Walters. Motion set for hearing on 10/18/2010 at 01:30 PM before Judge Terry J. Hatter Jr. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 09/27/2010) |
| 09/30/2010 | 91 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Joint MOTION for Enlargement of Time to File Motion to Enlarge 90 . The following error(s) was found: Incorrect document is attached to the docket entry.Incorrect event selected. The correct event is: Stipulation. In response to this notice the court orders the document stricken. Refile and select the correct event. (sce) (Entered: 09/30/2010) |
| 09/30/2010 | 92 | FIRST STIPULATION Extending Time to Answer the complaint as to Lee Baca answer now due 10/1/2010; Russell Davis answer now due 10/1/2010; Arthur Edwards answer now due 10/1/2010; Eric Holder answer now due 10/1/2010; Sandra Hutchens answer now due 10/1/2010; Mike Kreuger answer now due 10/1/2010; Wesley Lee answer now due 10/1/2010; Nguyen answer now due 10/1/2010; Davis Nighswonger answer now due 10/1/2010; Rodney Penner answer now due 10/1/2010; Timothy Robbins answer now due 10/1/2010; Thomas G Snow answer now due 10/1/2010; Paul Walters answer now due 10/1/2010, filed by Respondents Russell Davis; Arthur Edwards; Eric Holder; Sandra Hutchens; Mike Kreuger; Wesley Lee; Janet Napolitano; Nguyen; Davis Nighswonger; Rodney Penner; Timothy Robbins; Thomas G Snow. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 09/30/2010) |
| 09/30/2010 | 93 | ORDER by Judge Terry J. Hatter, Jr, re Joint Stipulation to Enlarge the date for Respondents to file their Answer to the Second Amended Complaint 92 , which was filed 9/7/2010. For the reasons stated in the parties' Joint Stipulation, good cause is shown, and the enlargement is GRANTED, that Respondents shall file their Answer to the Second Amended Complaint on or before 10/1/2010. (jp) (Entered: 10/01/2010) |

| | | |
|---|---|---|
| 10/01/2010 | 94 | ANSWER to Amended Complaint, 85 *(Answer to Corrected Second Amended Complaint)* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 10/01/2010) |
| 10/06/2010 | 95 | NOTICE OF ERRATA filed by Petitioners Yussuf Abdikadir, Angel Armando Amaya, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. correcting Errata, 87 *Corrected Second Amended Complaint* (Attachments: # 1 Second Corrected Second Amended Complaint) (Arulanantham, Ahilan) (Entered: 10/06/2010) |
| 10/07/2010 | 96 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Errata re Corrected Second Amended Complaint filed 10/6/2010 95 . The following error(s) was found: Answer to the Corrected Second Amended Complaint filed 10/1/2010. The docket does not reflect an order allowing the filing of the attached Second Corrected Second Amended Complaint. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (gk) (Entered: 10/08/2010) |
| 10/12/2010 | 97 | Joint STIPULATION to Continue Final Pre-Trial Conference filed by Petitioners Yussuf Abdikadir, Angel Armando Amaya, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Proposed Order)(Arulanantham, Ahilan) (Entered: 10/12/2010) |
| 10/12/2010 | 98 | EX PARTE APPLICATION to Stay pending Further Order (Temporary Stay of Discovery Pending Determination of Parties' Motions) filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order) (Atkinson, Theodore) (Entered: 10/12/2010) |
| 10/14/2010 | 99 | MINUTE ORDER IN CHAMBERS by Judge Terry J. Hatter, Jr: Status Conference is set for Monday, 10/18/2010, at 10:00 am. (kpa) (Entered: 10/14/2010) |
| 10/14/2010 | 104 | ORDER CONTINUING FINAL PRETRIAL CONFERENCE by Judge Terry J. Hatter, Jr.: Upon Joint Stipulation 97 , the conference scheduled for 10/18/2010 at 10 AM is taken off calendar, and a Status Conference is scheduled for 2/28/2011 10:00 AM before Judge Terry J. Hatter,Jr. (gk) (Entered: 10/20/2010) |
| 10/15/2010 | 100 | RESPONSE filed by Petitioners Yussuf Abdikadir, Angel Armando Amaya, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelasto EX PARTE APPLICATION to Stay pending Further Order (Temporary Stay of Discovery Pending Determination of Parties' Motions) EX PARTE APPLICATION to Stay pending Further Order (Temporary Stay of |

| | | |
|---|---|---|
| | | Discovery Pending Determination of Parties' Motions) 98 (Attachments: # 1 Exhibit)(Arulanantham, Ahilan) (Entered: 10/15/2010) |
| 10/15/2010 | 101 | NOTICE OF MOTION AND MOTION to Certify Class and Subclass filed by Plaintiffs Yussuf Abdikadir, Angel Armando Amaya, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Memorandum, # 2 Exhibits, # 3 Proposed Order) (Arulanantham, Ahilan) (Entered: 10/15/2010) |
| 10/18/2010 | 105 | MINUTES OF Status Conference held before Judge Terry J. Hatter, Jr.: Court confers with counsel regarding the status of the case and Respondents' Ex Parte Application for Temporary Stay and to Set a Briefing and Case Management Schedule filed on 10/12/2010 98 . Respondents' Ex Parte Application is hereby DENIED. The Parties shall file a joint stipulation to file a Third Amended Complaint and lodge a Third Amended Complaint with the Court forthwith, as discussed in Court and on the record. Final Pretrial Conference is hereby continued to 2/28/2011 10:00 AM before Judge Terry J. Hatter, Jr. Counsel are reminded to follow the Memorandum for Procedural Rules for Judge Hatter's Cases issued and filed on 4/21/2010 79 . Court Reporter: Hilda Avila. (gk) (Entered: 10/20/2010) |
| 10/19/2010 | 102 | NOTICE OF MOTION AND Cross MOTION for Discovery *and Protective Order* filed by Petitioner Alejandro Rodriguez. Motion set for hearing on 11/9/2010 at 09:30 AM before Magistrate Judge Robert N. Block. (Tran, William) (Entered: 10/19/2010) |
| 10/19/2010 | 103 | JOINT STIPULATION to Cross MOTION for Discovery *and Protective Order* 102 *Pursuant to Local Rule 37-2.1* filed by Petitioner Alejandro Rodriguez. (Tran, William) (Entered: 10/19/2010) |
| 10/20/2010 | 106 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Robert N. Block: re: Cross MOTION for Discovery *and Protective Order* 102 : The hearing on the foregoing Motions noticed for November 9, 2010 is ordered off calendar. The Court does not intend to expend any time considering these Motions until the District Judge rules on respondents' pending Ex Parte Application for a temporary stay of discovery, which appears to be based on many of the same contentions being made by respondents in support of their protective order motion. (wr) (Entered: 10/21/2010) |
| 10/22/2010 | 107 | NOTICE of Order Denying Respondents' Ex Parte Application filed by Petitioners Yussuf Abdikadir, Angel Armando Amaya, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Arulanantham, Ahilan) (Entered: 10/22/2010) |
| 10/22/2010 | 108 | STIPULATION for Leave to File Third Amended Complaint filed by Petitioners Yussuf Abdikadir, Angel Armando Amaya, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Third Amended Complaint, # 2 Proposed Order) (Arulanantham, Ahilan) (Entered: 10/22/2010) |
| 10/22/2010 | 109 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Robert N. Block re: Petitioner's Motion to Compel and Respondent's Motion for Protective Order, |

**091**

| | | |
|---|---|---|
| | | filed October 19, 2010 102 . The new filing deadline for the parties' Supplemental Memoranda will be 11/05/10. If after review of the Supplemental Memoranda, the Court decides to permit oral argument, the Court will set a new date for the hearing. Otherwise, the Motions will be taken under submission and then be decided on the papers without oral argument. (nbo) (Entered: 10/25/2010) |
| 10/22/2010 | 111 | THIRD AMENDED COMPLAINT against Defendants Eric Holder, Janet Napolitano, Thomas G. Snow, Timothy Robbins, Wesley Lee, Rodney Penner, Sandra Hutchens, Officer Nguyen, Captain Davis Nighswonger, Captain Mike Kreuger, Arthur Edwards, and Russell Davis; amending Second Amended Complaint 85 ; filed by Petitioners Alejandro Rodriguez, Abdirizak Aden Farah, Yussuf Abdikadir, Abel Perez Ruelas, Jose Farias Cornejo, and Angel Armando Ayala. (gk) (Entered: 10/26/2010) |
| 10/26/2010 | 110 | ORDER GRANTING PETITIONERS LEAVE TO FILE THIRD AMENDED COMPLAINT by Judge Terry J. Hatter, Jr.: Upon Stipulation 108 , it is ordered that the Third Amended Complaint attached to the stipulation, docket number 108 is hereby filed, and shall replace all previous version of the complaint filed in this case. (gk) (Entered: 10/26/2010) |
| 10/27/2010 | 112 | NOTICE of Appearance (Reuveni, Erez) (Entered: 10/27/2010) |
| 11/02/2010 | 113 | NOTICE of Appearance (Prairie, Nicole) (Entered: 11/02/2010) |
| 11/03/2010 | 114 | NOTICE OF MOTION AND MOTION for Discovery *(Stay of Discovery)* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G. Snow. Motion set for hearing on 11/30/2010 at 09:30 AM before Magistrate Judge Robert N. Block. (Atkinson, Theodore) (Entered: 11/03/2010) |
| 11/03/2010 | 115 | Joint STIPULATION for Discovery as to (Stay of Discovery) filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Exhibit (Petitioners' Exhibit 20 to Joint Stipulation), # 2 Affidavit Declaration of Theodore Atkinson)(Atkinson, Theodore) (Entered: 11/03/2010) |
| 11/05/2010 | 116 | NOTICE OF MOTION AND Corrected MOTION for Discovery regarding (Stay of Discovery) filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Motion set for hearing on 11/30/2010 at 09:30 AM before Magistrate Judge Robert N. Block. (Atkinson, Theodore) (Entered: 11/05/2010) |
| 11/05/2010 | 117 | SUPPLEMENT to Cross MOTION for Discovery *and Protective Order* 102 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 11/05/2010) |
| 11/05/2010 | 118 | |

| | | |
|---|---|---|
| | | SUPPLEMENT to Cross MOTION for Discovery *and Protective Order* 102 *PURSUANT TO LOCAL RULE 37-2.3* filed by Petitioner Alejandro Rodriguez. (Tran, William) (Entered: 11/05/2010) |
| 11/05/2010 | 119 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Robert N. Block: The Court has not yet decided whether oral argument will be of material assistance to the Court's determination of this Motion. If, after review of the parties' Supplemental Memoranda, the Court decides to permit oral argument, the Court will set a new date for the hearing. Otherwise, the Motion will be taken under submission as of the date the Supplemental Memoranda are due to be filed (i.e., November 16, 2010) and then be decided on the papers without oral argument. See Local Rule 7-15. In the meantime, the hearing noticed for November 30, 2010 114 , 116 is ordered off calendar. (wr) (Entered: 11/08/2010) |
| 11/11/2010 | 120 | NOTICE of Filing Additional Legal Authority filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Arulanantham, Ahilan) (Entered: 11/11/2010) |
| 11/12/2010 | 121 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Robert N. Block re: 114 . In their Supplemental Memorandum, respondents should also be sure to address the following issue: Even if the Court were otherwise persuaded to grant the stay motion, should the Court order the Government to turn over the A-files of the class members based on the Ninth Circuit's recent decision in Dent v. Holder ? (wr) (Entered: 11/15/2010) |
| 11/15/2010 | 122 | NOTICE OF NON-OPPOSITION to MOTION to Certify Class and Subclass 101 filed by Respondents Lee Baca, Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Sammy Jones, Mike Kreuger, Wesley Lee, George Molinar, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow, Paul Walters. (Reuveni, Erez) (Entered: 11/15/2010) |
| 11/15/2010 | 123 | SUPPLEMENT to MOTION for Discovery *(Stay of Discovery)* MOTION for Discovery *(Stay of Discovery)* 114 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 11/15/2010) |
| 11/16/2010 | 124 | SUPPLEMENT to MOTION for Discovery *(Stay of Discovery)* MOTION for Discovery *(Stay of Discovery)* 114 *(SUBSTITUTED SUPPLEMENTAL MEMORANDUM)* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 11/16/2010) |
| 11/16/2010 | 125 | Petitioners' Supplemental Memorandum in Opposition of Respondent's Motion to Stay Discovery Opposition re: Corrected MOTION for Discovery regarding (Stay of Discovery)Corrected MOTION for Discovery regarding (Stay of Discovery) 116 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, |

| | | |
|---|---|---|
| | | Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Arulanantham, Ahilan) (Entered: 11/16/2010) |
| 11/17/2010 | 126 | MINUTES (IN CHAMBERS) ORDER by Magistrate Judge Robert N. Block re Respondents' Motion to Stay Discovery, filed 11/03/2010 114 . Motion is granted. The Courts granting of respondents stay motion renders moot respondents motion for a protective order. (See Order for further details) (db) (Entered: 11/18/2010) |
| 11/19/2010 | 127 | NOTICE of Appearance (Walker, Elizabeth) (Entered: 11/19/2010) |
| 11/22/2010 | 128 | REPLY in Support of MOTION to Certify Class and Subclass 101 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Arulanantham, Ahilan) (Entered: 11/22/2010) |
| 11/22/2010 | 129 | NOTICE OF LODGING filed re MOTION to Certify Class and Subclass 101 , Reply (Motion related) 128 (Attachments: # 1 Proposed Order)(Arulanantham, Ahilan) (Entered: 11/22/2010) |
| 11/22/2010 | 130 | NOTICE OF MOTION AND MOTION for Judgment on the Pleadings filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Motion set for hearing on 1/31/2011 at 10:00 AM before Judge Terry J. Hatter Jr. (Atkinson, Theodore) (Entered: 11/22/2010) |
| 11/23/2010 | 131 | NOTICE OF MOTION AND Corrected MOTION for Judgment on the Pleadings filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Motion set for hearing on 1/31/2011 at 10:00 AM before Judge Terry J. Hatter Jr. (Atkinson, Theodore) (Entered: 11/23/2010) |
| 11/24/2010 | 132 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Motion and Rule 12(c) Motion for Judgment on the Pleadings filed 11/22/2010 130 . The following error(s) was found: Proposed order/judgment not submitted pursuant to Local Rule 52-4.1. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (gk) (Entered: 11/29/2010) |
| 11/29/2010 | 133 | NOTICE OF MOTION AND MOTION for Preliminary Injunction re: Seeking Relief for Petitioner Jose Farias Cornejo filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Memorandum, # 2 Exhibit, # 3 Proposed Order)(Arulanantham, Ahilan) (Entered: 11/29/2010) |
| 11/29/2010 | 134 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Corrected Notice of Motion and Rule 12(c) Motion for Judgment on the Pleadings filed 11/23/2010 131 . The following error(s) was found: Incorrect event selected. The correct event is: Amendment (Motion related). Filer |

| | | |
|---|---|---|
| | | utilized the Motions - Judgment on the Pleadings event, which created a duplicative entry on the judge's calendar for 1/31/2011. Local Rule 11-6 Memorandum/brief exceeds 25 pages. Proposed order/judgment not submitted pursuant to Local Rule 52-4.1. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (gk) (Entered: 11/30/2010) |
| 12/03/2010 | 135 | Joint STIPULATION to Exceed Page Limitation as to Parties' Briefs on Respondents' Rule 12(c) Motion filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 12/03/2010) |
| 12/03/2010 | 136 | Joint STIPULATION for Order to Set Rule 12(c) Briefing Schedule filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 12/03/2010) |
| 12/06/2010 | 137 | Joint STIPULATION for Order Setting Briefing Schedule Re Petitioner Farias' Preliminary Injunction Motion filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Proposed Order) (Arulanantham, Ahilan) (Entered: 12/06/2010) |
| 12/07/2010 | 138 | ORDER GRANTING RESPONDENTS' MOTION FOR ENLARGEMENT OF PAGE LIMITATIONS by Judge Terry J. Hatter, Jr.: re Stipulation for Enlargement of Page Limitations for memoranda submitted regarding Respondents motion for judgment on the pleadings 135 is GRANTED. IT IS ORDERED that the page limitations for Respondents' memorandum in support of the motion and Petitioners' opposition memorandum are enlarged to 50 pages each, and the page limitation for Respondents' reply memorandum is enlarged to 25 pages. (gk) (Entered: 12/08/2010) |
| 12/07/2010 | 139 | ORDER GRANTING JOINT STIPULATION OF BRIEFING SCHEDULE FOR RESPONDENTS' MOTION FOR JUDGMENT ON THE PLEADINGS by Judge Terry J. Hatter, Jr.: The Joint Stipulation of Briefing Schedule for Respondents' Motion for Judgment on the Pleadings 136 is GRANTED. IT IS ORDERED that Petitioners shall file their opposition to Respondents' Motion for Judgment on the Pleadings 130 on or before 12/20/2010. Respondents shall file any reply in support of their motion on or before 1/10/2011. (gk) (Entered: 12/08/2010) |
| 12/09/2010 | 140 | First APPLICATION for attorney Michael K.T. Tan to Appear Pro Hac Vice (PHV Fee of $275 receipt number 0973-7916085 paid.) filed by Plaintiffs Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Rabinovitz, Judy) (Entered: 12/09/2010) |

| | | |
|---|---|---|
| 12/09/2010 | 141 | Opposition re: MOTION for Preliminary Injunction re: Seeking Relief for Petitioner Jose Farias Cornejo 133 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Exhibit (Exhibit 1 Cover Sheet & Exhibit 2))(Atkinson, Theodore) (Entered: 12/09/2010) |
| 12/13/2010 | 142 | MEMORANDUM in Opposition to MOTION for Preliminary Injunction re: Seeking Relief for Petitioner Jose Farias Cornejo 133 *(CORRECTED MEMORANDUM)* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Exhibit (Exhibits 1 and 2))(Atkinson, Theodore) (Entered: 12/13/2010) |
| 12/13/2010 | 143 | NOTICE OF LODGING filed re MEMORANDUM in Opposition to Motion, 142 , MOTION for Preliminary Injunction re: Seeking Relief for Petitioner Jose Farias Cornejo 133 (Atkinson, Theodore) (Entered: 12/13/2010) |
| 12/13/2010 | 144 | ORDER by Judge Terry J. Hatter, Jr: granting 140 Application to Appear Pro Hac Vice by Attorney Michael K.T. Tan on behalf of Plaintiff Alejandro Rodriguez, designating Ahilan T. Arulanantham as local counsel. (lt) (Entered: 12/14/2010) |
| 12/15/2010 | 145 | NOTICE OF LODGING filed re MEMORANDUM in Opposition to Motion, 142 (Attachments: # 1 Declaration of S. Pierce (Authenticating Audio Transcripts Previously Filed))(Atkinson, Theodore) (Entered: 12/15/2010) |
| 12/15/2010 | 146 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: MEMORANDUM in Opposition to Motion, 142 . The following error(s) was found: Local Rule 11-8 Memorandum brief exceeding 10 pages shall contain table of contents. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (vv) (Entered: 12/16/2010) |
| 12/20/2010 | 147 | OPPOSITION to MOTION for Preliminary Injunction re: Seeking Relief for Petitioner Jose Farias Cornejo 133 *AMENDED (adding tables per Court's order)* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 12/20/2010) |
| 12/20/2010 | 148 | REPLY in Support of MOTION for Preliminary Injunction re: Seeking Relief for Petitioner Jose Farias Cornejo 133 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Exhibits)(Arulanantham, Ahilan) (Entered: 12/20/2010) |
| 12/20/2010 | 149 | Opposition re: Corrected MOTION for Judgment on the Pleadings 131 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, |

| | | |
|---|---|---|
| | | Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Exhibit)(Arulanantham, Ahilan) (Entered: 12/20/2010) |
| 01/03/2011 | 150 | NOTICE filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. *(NOTICE OF FILING OF ADDITIONAL AUTHORITY)* (Attachments: # 1 Supplement (Additional Authority))(Atkinson, Theodore) (Entered: 01/03/2011) |
| 01/03/2011 | 151 | MINUTES (IN CHAMBERS) by Judge Terry J. Hatter, Jr.: On the Court's own motion, Final Pretrial Conference is hereby CONTINUED to 3/7/2011 10:00 AM before Judge Terry J. Hatter. Jr. Court Reporter: Not Recorded. (gk) (Entered: 01/04/2011) |
| 01/04/2011 | 152 | NOTICE of Appearance (Kaufman, Michael) (Entered: 01/04/2011) |
| 01/10/2011 | 153 | REPLY in support Corrected MOTION for Judgment on the Pleadings 131 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 01/10/2011) |
| 01/18/2011 | 154 | NOTICE Notice of Filing of Exhibit in Support of Opposition to Petitioner Cornejo's Motion for a Preliminary Injunction filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Exhibit (Exhibit 2 -- Written Transcripts of Previously Filed Audio Recordings))(Atkinson, Theodore) (Entered: 01/18/2011) |
| 01/27/2011 | 155 | ORDER by Judge Terry J. Hatter, Jr.: It is Ordered that Defendant's Motion for Judgment on the Pleadings 130 be, and hereby is, Denied. (gk) (Entered: 01/27/2011) |
| 01/28/2011 | 156 | Notice of Withdrawal of Motion for Preliminary Injunction, 133 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Arulanantham, Ahilan) (Entered: 01/28/2011) |
| 02/24/2011 | 157 | Joint STIPULATION for Protective Order filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 02/24/2011) |
| 02/28/2011 | 158 | ORDER Granting Stipulation re Protective Order, 157 by Judge Terry J. Hatter, Jr. IT IS ORDERED that the April 19, 2010 Protective Order 78 extends and applies to the production made by Respondents on February 24, 2011, of a roster of the names, alien numbers, locations, and attorney contact information, if any, for all immigration detainees currently detained for six months or longer in the Central District of California. (lom) (Entered: 03/01/2011) |

097

| | | |
|---|---|---|
| 03/01/2011 | 159 | Joint STIPULATION to Vacate Final Pre Trial Conference Date Minutes of In Chambers Order/Directive - no proceeding held, Set/Reset Hearing 151 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Proposed Order)(Arulanantham, Ahilan) (Entered: 03/01/2011) |
| 03/02/2011 | 160 | ORDER granting Stipulation to Vacate, 159 by Judge Terry J. Hatter, Jr. The hearing date scheduled on March 7, 2011 for the parties' final pre-trial conference is hereby vacated. The Court will set a new date for the final pre-trial conference after the parties have resolved their discovery disputes before the Magistrate Judge. (lom) (Entered: 03/03/2011) |
| 03/08/2011 | 161 | ORDER by Judge Terry J. Hatter, Jr: granting 101 Plaintiff's Motion for class certification. (see attached document for details.) (lom) (Entered: 03/09/2011) |
| 03/22/2011 | 162 | ORDER RE SETTLEMENT CONFERENCE by Magistrate Judge Robert N. Block. This case has been referred to Magistrate Judge Robert N. Block for settlement proceedings. The Settlement Conference is placed on calendar for April 8, 2011 at 9:00 a.m. in Courtroom 6D of the Ronald Reagan Federal Building and U.S. Courthouse, in Santa Ana, California. (See Order for complete details). Set hearings: (Settlement Conference set for 4/8/2011 at 09:00 AM before Magistrate Judge Robert N. Block.) (wr) (Entered: 03/22/2011) |
| 04/04/2011 | 163 | Joint STIPULATION to Vacate 4/8/11 Hearing Order, Set/Reset Deadlines/Hearings,, 162 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Proposed Order) (Arulanantham, Ahilan) (Entered: 04/04/2011) |
| 04/04/2011 | 164 | MINUTE ORDER (IN CHAMBERS) by Magistrate Judge Robert N. Block: In accordance with the parties joint stipulation and request, the discovery conference scheduled for April 8, 2011 (which mistakenly was calendared as a settlement conference) is ordered off calendar, and the parties are ordered to brief theiroutstanding discovery disputes under Local Rule 37 pursuant to the following schedule. (see document for further details) 163 (klg) (Entered: 04/04/2011) |
| 04/15/2011 | 165 | JOINT STIPULATION to Cross MOTION for Discovery *and Protective Order* 102 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Exhibit 32, # 2 Exhibit 33, # 3 Exhibit 34, # 4 Exhibit 35, # 5 Exhibit 36, # 6 Exhibit A to Exhibit 36, # 7 Exhibit B to Exhibit 36, # 8 Exhibit C to Exhibit 36, # 9 Exhibit D to Exhibit 36, # 10 Exhibit 37, # 11 Exhibit 1, # 12 Exhibit 2)(Arulanantham, Ahilan) (Entered: 04/15/2011) |
| 04/22/2011 | 166 | SUPPLEMENT to Cross MOTION for Discovery *and Protective Order* 102 *in support of Petitioner's Motion to Compel and Opposition to Respondents' Motion for a Protective Order* filed by Petitioners Yussuf Abdikadir, Angel |

| | | |
|---|---|---|
| | | Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Arulanantham, Ahilan) (Entered: 04/22/2011) |
| 04/22/2011 | 167 | SUPPLEMENT to Cross MOTION for Discovery *and Protective Order* 102 -- *SUPPLEMENTAL MEMORANDUM OF RESPONDENTS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER,* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 04/22/2011) |
| 04/25/2011 | 168 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Supplement(Motion related) 166 . The following error(s) was found: No Proof of Service attached to filing. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (ln) (Entered: 04/25/2011) |
| 04/25/2011 | 169 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Robert N. Block: Petitioners' Motion to Compel and Respondents' Motion for Protective Order, filed 4/15/11 165 . Turning now to the three categories of discovery in dispute, the Court grants petitioners Motion and denies respondents Motion as follows: If counsel are unable to agree on the terms of such a protective order in the meantime, they are ordered to appear in person before the Court on May 10, 2011 at 9:30 a.m. for the purpose of meeting and conferring under the Courts auspices. See order for more information. (twdb) (Entered: 04/27/2011) |
| 05/04/2011 | 170 | EX PARTE APPLICATION for Discovery -- *Application for partial Stay Pending Motion for Review or, in the Alternative, for Modification of the Discovery Order, and for One-Week continuance of May 10, 2011 Hearing* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Declaration Theodore Atkinson, # 2 Declaration Conrad Agagan, # 3 Declaration Terry Graves Sloan, # 4 Proposed Order)(Atkinson, Theodore) (Entered: 05/04/2011) |
| 05/04/2011 | 171 | MINUTE ORDER (IN CHAMBERS) regarding Respondents Ex Parte Application for an Order (1) Partially StayingApril 25, 2011 Discovery Order Pending Consideration of Motion forReview, or, in the Alternative, for Modification of the Discovery Order,and (2) Continuing Hearing Date on Protective Order One Week, filedMay 4, 2011 by Magistrate Judge Robert N. Block: Although the Court will defer ruling on the first part of respondents Ex ParteApplication until after it reviews the opposition being filed by petitioners on May 9,2011, the Court has decided to grant the second part of respondents Ex ParteApplication as follows. When the Court rules on the first part of respondents Ex ParteApplication, the Court will set a new date for counsel to appear in person before theCourt for the purpose of meeting and conferring under the Courts auspices, if counselhave not been able to agree on the terms of a protective order in the meantime. 170 . (klg) (Entered: 05/04/2011) |
| | | |

| 05/09/2011 | 172 | NOTICE OF MOTION AND MOTION for Review of April 25, 2011 Discovery Order of Magistrate Judge Block filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Motion set for hearing on 6/6/2011 at 09:30 AM before Judge Terry J. Hatter Jr. (Attachments: # 1 Declaration Conrad Agagan, # 2 Declaration Terry Graves Sloan, # 3 Declaration Theodore W. Atkinson, # 4 Proposed Order)(Atkinson, Theodore) (Entered: 05/09/2011) |
|---|---|---|
| 05/09/2011 | 173 | Opposition re: EX PARTE APPLICATION for Discovery -- *Application for partial Stay Pending Motion for Review or, in the Alternative, for Modification of the Discovery Order, and for One-Week continuance of May 10, 2011 Hearing* 170 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Exhibits)(Arulanantham, Ahilan) (Entered: 05/09/2011) |
| 05/10/2011 | 174 | REPLY in Support EX PARTE APPLICATION for Discovery -- *Application for partial Stay Pending Motion for Review or, in the Alternative, for Modification of the Discovery Order, and for One-Week continuance of May 10, 2011 Hearing* 170 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 05/10/2011) |
| 05/11/2011 | 175 | MINUTES (IN CHAMBERS): ORDER by Magistrate Judge Robert N. Block: re: Respondents' Ex Parte Application for an Order (1) Partially Staying April 25, 2011 Discovery Order Pending Consideration of Motion for Review, or, in the Alternative, for Modification of the Discovery Order, and (2) Continuing Hearing Date on Protective Order One Week, filed May 4, 2011 (document #170). Court has decided to grant respondent's Ex Parte Application for a partial stay of the Court's April 25, 2011 discovery order pending Judge Hatter's ruling on respondents' motion for review. (See document for further details.) As for the protective order issue, if counsel are unable to agree on the terms of an appropriate protective order that addresses the issues raised by respondent on page 47, lines 21-24 of the Joint Stipulation in the meantime, counsel are ordered to appear in person before the Court on June 14, 2011 at 9:30 a.m. for the purpose of meeting and conferring under the Court's auspices. (rla) (Entered: 05/11/2011) |
| 05/16/2011 | 176 | Opposition re: MOTION for Review of April 25, 2011 Discovery Order of Magistrate Judge Block 172 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Arulanantham, Ahilan) (Entered: 05/16/2011) |
| 05/17/2011 | 177 | NOTICE of Withdrawal of Appearance filed by Respondents Lee Baca, Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Sammy Jones, Mike Kreuger, Wesley Lee, George Molinar, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow, Paul Walters. (Walker, Elizabeth) (Entered: 05/17/2011) |

| | | |
|---|---|---|
| 05/17/2011 | 178 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice (Other), Notice (Other) 177 . The following error(s) was found: Incorrect event selected. The correct event is: Notice of Change of Attorney Information. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (db) (Entered: 05/19/2011) |
| 05/23/2011 | 179 | REPLY in Support MOTION for Review of April 25, 2011 Discovery Order of Magistrate Judge Block 172 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 05/23/2011) |
| 06/08/2011 | 180 | EX PARTE APPLICATION to Supplement Petitioners' Opposition to Respondents' Motion for Review of Magistrate Judge Block's Order of April 25, 2011 re Objection/Opposition (Motion related), Objection/Opposition (Motion related) 176 filed by Plaintiffs Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Supplemental Memorandum in Opposition to Respondents' Motion for Review, # 2 Exhibits)(Arulanantham, Ahilan) (Entered: 06/08/2011) |
| 06/08/2011 | 181 | NOTICE OF LODGING filed re EX PARTE APPLICATION to Supplement Petitioners' Opposition to Respondents' Motion for Review of Magistrate Judge Block's Order of April 25, 2011 re Objection/Opposition (Motion related), Objection/Opposition (Motion related) 176 EX PARTE APPLICATION to Supplement Petitioners' Opposition to Respondents' Motion for Review of Magistrate Judge Block's Order of April 25, 2011 re Objection/Opposition (Motion related), Objection/Opposition (Motion related) 176 EX PARTE APPLICATION to Supplement Petitioners' Opposition to Respondents' Motion for Review of Magistrate Judge Block's Order of April 25, 2011 re Objection/Opposition (Motion related), Objection/Opposition (Motion related) 176 180 (Attachments: # 1 Proposed Order)(Arulanantham, Ahilan) (Entered: 06/08/2011) |
| 06/13/2011 | 182 | ORDER by Judge Terry J. Hatter, Jr: granting 180 Petitioner's Ex Parte Application for Leave to File Petitioner's Supplemental Memorandum. Petitioner's Supplemental Memorandum in Opposition to Respondents' Motion for Review, submitted in docket number 180, is hereby deemed filed. (lom) (Entered: 06/14/2011) |
| 06/13/2011 | 185 | SUPPLEMENT MEMORANDUM IN OPPOSITION TO RESPONDENTS' MOTION for Review of April 25, 2011 Discovery Order of Magistrate Judge Block 172 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (lom) (Entered: 06/21/2011) |
| 06/14/2011 | 183 | MINUTES OF Discovery Conference held before Magistrate Judge Robert N. Block: (See document for details.) The parties will specify in the joint |

<span style="color:red">101</span>

| | | |
|---|---|---|
| | | stipulation the issues on which the Court will still need to rule in the event that either the District Judge has not ruled on the Government's motion by July 12, 2011 or the District Judge has granted the Government's motion. Court Recorder: CS 6/14/2011. (rla) (Entered: 06/15/2011) |
| 06/15/2011 | 184 | SUPPLEMENT to MOTION for Review of April 25, 2011 Discovery Order of Magistrate Judge Block 172 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 06/15/2011) |
| 06/28/2011 | 186 | Joint STIPULATION for Protective Order filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 06/28/2011) |
| 07/05/2011 | 187 | Joint STIPULATION for Extension of Time to File Joint Stipulation on Discovery Motion Regarding Restricted Documents filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order) (Atkinson, Theodore) (Entered: 07/05/2011) |
| 07/06/2011 | 188 | STIPULATED PROTECTIVE ORDER by Magistrate Judge Robert N. Block re Stipulation for Protective Order, 186 . This matter comes before this Court on the parties' joint stipulation for the entry of a protective order governing confidential information. (See Protective Order for details). (wr) (Entered: 07/06/2011) |
| 07/06/2011 | 189 | ORDER REGARDING BRIEFING SCHEDULE by Magistrate Judge Robert N. Block, re Stipulation for Extension of Time to File, 187 . (See document for details). It is HEREBY ORDERED that on or before July 19, 2011, the parties shall file a joint stipulation setting forth their respective positions on their disagreement over the production of information protected or restricted from disclosure by statute or regulation. (wr) (Entered: 07/06/2011) |
| 07/19/2011 | 190 | NOTICE OF MOTION AND MOTION for Protective Order for Discovery, MOTION to Compel Discovery filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Motion set for hearing on 7/26/2011 at 09:30 AM before Judge Terry J. Hatter Jr. (Atkinson, Theodore) (Entered: 07/19/2011) |
| 07/19/2011 | 191 | JOINT STIPULATION to MOTION for Protective Order for Discovery MOTION to Compel Discovery 190 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Exhibit (A - E (Exhibits to Respondents' Contentions), # 2 Exhibit (45 - 48 (Exhibits to Petitioners' Contentions))(Atkinson, Theodore) (Entered: 07/19/2011) |

| 07/20/2011 | 192 | NOTICE OF MOTION AND Corrected MOTION for Protective Order for Discovery, Corrected MOTION to Compel Discovery filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Motion set for hearing on 7/26/2011 at 09:30 AM before Magistrate Judge Robert N. Block. (Atkinson, Theodore) (Entered: 07/20/2011) |
|---|---|---|
| 07/20/2011 | 193 | JOINT STIPULATION to Corrected MOTION for Protective Order for DiscoveryCorrected MOTION to Compel Discovery 192 *9CORRECTED JOINT STIPULATION)* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Exhibit (A - E (Respondents' Exhibits)), # 2 Exhibit (45 - 48 (Petitioners' Exhibits)))(Atkinson, Theodore) (Entered: 07/20/2011) |
| 07/25/2011 | 194 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Corrected MOTION to Compel Discovery 192 . The following error(s) was found: Hearing information is not timely. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (ln) (Entered: 07/25/2011) |
| 07/25/2011 | 195 | MINUTES (IN CHAMBERS): ORDER by Magistrate Judge Robert N. Block: Respondents' Motion for Protective Order/Petitioners' Motion to Compel 192 : Accordingly, the hearing noticed for July 26, 2011 is ordered off calendar and the Court now rules as follows. 1. With respect to the category of asylum claim related information, the Courtfinds that there is language in 8 C.F.R. § 208.6 that arguably bars by implication disclosure in judicial proceedings other than those enumerated in § 208.6(c)(2). Accordingly, the Government need only produce this information for class members who provide written consent. 2. With respect to the category of VAWA and "T" and "U" visa applicant information, the Court finds that there is language in 8 U.S.C. § 1367 that arguably bars by implication disclosure in judicial proceedings other than those enumerated in § 1367(b)(3). Accordingly, the Government need only produce this information for class members who provide written consent. 3. With respect to the category of battered spouse or child information, for the reasons stated by petitioners, (a) the Government's motion for a protective order barring the disclosure of the information and/or permitting the redaction of the information is denied, and (b) petitioners' motion to compel is granted. The Government is ordered to produce this information, but only for class members currently detained, within twenty-eight days of this ruling. (rla) (Entered: 07/25/2011) |
| 07/29/2011 | 196 | ORDER re 172 by Judge Terry J. Hatter, Jr. The Court has considered 172 Respondent's motion for review of, and objections to, Judge Block's discovery order of April 25, 2011, together with the moving and opposing papers. It is Ordered that the motion be, and hereby is, Denied, and the objections are overruled. (lom) (Entered: 08/01/2011) |

103

| 08/05/2011 | 197 | Joint STIPULATION for Order Extending Discovery Deadline & Shortening Briefing Schedule Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Proposed Order)(Kaufman, Michael) (Entered: 08/05/2011) |
|---|---|---|
| 08/09/2011 | 198 | ORDER by Magistrate Judge Robert N. Block, GRANTING JOINT Stipulation regarding Discover deadline and for a Shortened briefing Schedule Under Local Rule 37-2 197 : 1. Respondents shall produce the information subject to the Courts July 25, 2011 Order on a rolling basis to be completed by September 30, 2011; and 2. On or before August 11, 2011, the parties shall file a joint stipulation setting forth their respective positions on Petitioners motion for reconsideration and/or clarification. (rla) (Entered: 08/09/2011) |
| 08/11/2011 | 199 | NOTICE OF MOTION AND MOTION for Reconsideration re Order on Motion for Protective Order, Order on Motion to Compel,,,,,,,,,,, 195 filed by Plaintiffs Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Kaufman, Michael) (Entered: 08/11/2011) |
| 08/11/2011 | 200 | JOINT STIPULATION to MOTION for Reconsideration re Order on Motion for Protective Order, Order on Motion to Compel,,,,,,,,,,, 195 MOTION for Reconsideration re Order on Motion for Protective Order, Order on Motion to Compel,,,,,,,,,,, 195 199 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Petitioners' Exhibits, # 2 Respondents' Exhibits)(Kaufman, Michael) (Entered: 08/11/2011) |
| 08/15/2011 | 201 | MINUTES (IN CHAMBERS): ORDER by Magistrate Judge Robert N. Block: denying 199 Motion for Reconsideration and/or Clarification of the Court's 7/25/11 order, filed 8/11/11. See minute order for more information.s (twdb) (Entered: 08/15/2011) |
| 08/29/2011 | 202 | NOTICE OF MOTION AND MOTION for Review of Magistrate Judge's Order of August 15, 2011 re Order on Motion for Reconsideration of Discovery Matter 201 filed by Plaintiffs Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Memorandum, # 2 Proposed Order)(Kaufman, Michael) (Entered: 08/29/2011) |
| 09/02/2011 | 203 | OPPOSITION to MOTION for Review of Magistrate Judge's Order of August 15, 2011 re Order on Motion for Reconsideration of Discovery Matter 201 MOTION for Review of Magistrate Judge's Order of August 15, 2011 re Order on Motion for Reconsideration of Discovery Matter 201 202 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 09/02/2011) |
| 09/29/2011 | 204 | Joint STIPULATION for Discovery as to A-File Production filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Mike Kreuger, Wesley Lee, Janet Napolitano. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 09/29/2011) |

| | | |
|---|---|---|
| 09/29/2011 | 205 | ORDER by Magistrate Judge Robert N. Block, GRANTING JOINT Stipulation for Extension of Discovery Deadline 204 : IT IS ORDERED that Respondents shall produce the information subject to the Court's July 25, 2011 Order on a rolling basis to be completed by October 7, 2011. (rla) (Entered: 09/29/2011) |
| 11/14/2011 | 206 | NOTICE of Related Case(s) filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Related Case(s): 11-01287 (Attachments: # 1 Exhibit (Exhibits 1 to 3))(Atkinson, Theodore) (Entered: 11/14/2011) |
| 11/21/2011 | 207 | STATEMENT Re Respondents' Notice of Related Case filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas re: Notice of Related Case(s), Notice of Related Case(s) 206 . (Arulanantham, Ahilan) (Entered: 11/21/2011) |
| 12/28/2011 | 208 | NOTICE of Related Case(s) filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Related Case(s): 11-01786 (Attachments: # 1 Exhibit Exhibit 1)(Atkinson, Theodore) (Entered: 12/28/2011) |
| 04/16/2012 | 209 | MINUTE ORDER IN CHAMBERS - ORDER AND NOTICE TO ALL PARTIES by Judge Terry J. Hatter, Jr. Counsel are hereby notified that case Ngaywa v. Holder, et al, SA CV 11-01287-TJH (FMO) is consolidated with Rodriguez v. Robbins, CV 07-3239-TJH (RNB) for all purposes. Until a further order by the Court, any documents filed by the parties in the consolidated actions shall bear both case numbers, followed by the word "consolidated." CV 07-3239-TJH (RNB) will be the lead case. (lom) (Entered: 04/16/2012) |
| 04/16/2012 | | Notice of Electronic Filing re Minutes of In Chambers Order/Directive - no proceeding held, Set/Clear Flags,, 209 e-mailed to jstark@aclu-sc.org bounced due to 550 5.1.1 RESOLVER.ADR.RecipNotFound; not found. The primary e-mail address associated with the attorney record has been deleted. Pursuant to the General Order and Local Rules it is the attorneys obligation to maintain all personal contact information including e-mail address in the CM/ECF system. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(tyw) TEXT ONLY ENTRY (Entered: 04/16/2012) |
| 05/03/2012 | 210 | ORDER by Judge Terry J. Hatter, Jr. Accordingly, IT IS ORDERED that: 1. Petitioners' 202 Motion for Review be, and hereby is, GRANTED. 2. Within thirty days of the date of this order, the parties shall submit a stipulation to the Magistrate Judge for the purpose of maintaining the confidentiality of the compelled information. 3. After the Magistrate Judge accepts the stipulation, or issues its own order, regarding confidentiality, Respondents shall produce the requested information to Petitioners in a manner consistent with this order. (READ ORDER CAREFULLY) (ys) (Entered: 05/04/2012) |
| 05/04/2012 | 211 | |

| | | NOTICE of Related Case(s) filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Related Case(s): 12-cv-03696 (Attachments: # 1 Exhibit 1)(Atkinson, Theodore) (Entered: 05/04/2012) |
|---|---|---|
| 05/04/2012 | 212 | NOTICE of Related Case(s) filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. *CORRECTED NOTICE OF RELATED CASE* Related Case(s): 12-cv-03696 (Attachments: # 1 Exhibit 1)(Atkinson, Theodore) (Entered: 05/04/2012) |
| 05/15/2012 | 213 | Mail Returned addressed to Frederick Ngaywa re Order on Motion for Review 210 , not deliverable as addressed, unable to forward. (gk) (Entered: 05/16/2012) |
| 06/04/2012 | 214 | Joint STIPULATION for Extension of Time to File Joint Stipulation for a Protective Order filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 06/04/2012) |
| 06/04/2012 | 215 | Joint STIPULATION to Vacate May 3 Order on Motion for Review,, 210 *(Joint Stipulation for PARTIAL Vacatur)* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 06/04/2012) |
| 06/04/2012 | 216 | NOTICE of Related Case(s) filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Related Case(s): 12-cv-03754 (Attachments: # 1 Exhibit 1) (Atkinson, Theodore) (Entered: 06/04/2012) |
| 06/05/2012 | 217 | Joint STIPULATION for Extension of Time to File Joint Stipulation for a Protective Order filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Proposed Order)(Arulanantham, Ahilan) (Entered: 06/05/2012) |
| 06/06/2012 | 218 | ORDER GRANTING JOINT STIPULATION FOR PARTIAL VACATUR OF MAY 3, 2012 ORDER ONPETITIONERS MOTION FOR REVIEW, 215 by Judge Terry J. Hatter, Jr. (rrey) (Entered: 06/06/2012) |
| 06/06/2012 | 219 | ORDER by Judge Terry J. Hatter, Jr, granting Stipulation for Extension of Time to File, 214 . Accordingly, it is Ordered that the parties shall submit a stipulation to the Magistrate Judge by June 5, 2012 for the purpose of maintaining the confidentiality of information subject to the Courts May 3, 2012 Order. (rrey) (Entered: 06/06/2012) |

| 06/07/2012 | 220 | ORDER GRANTING SECOND JOINT STIPULATION FOR AN EXTENSION TO FILE PROTECTIVE ORDER by Judge Terry J. Hatter, Jr.: Upon Joint Stipulation 217 , the parties' request for an extension is GRANTED. Accordingly, it is Ordered that the parties shall submit a stipulation to the Magistrate Judge by 6/8/2012 for the purpose of maintaining the confidentiality of information subject to the Court's 5/3/2012 Order. (gk) (Entered: 06/07/2012) |
|---|---|---|
| 06/08/2012 | 221 | NOTICE OF MOTION AND Joint MOTION for Protective Order for Governing Confidential and Highly Confidential Information filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Motion set for hearing on 6/22/2012 at 09:00 AM before Magistrate Judge Robert N. Block. (Atkinson, Theodore) (Entered: 06/08/2012) |
| 06/08/2012 | 222 | JOINT STIPULATION to Joint MOTION for Protective Order for Governing Confidential and Highly Confidential Information 221 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order (Petitioners' Proposed Order), # 2 Proposed Order (Respondents' Proposed Order))(Atkinson, Theodore) (Entered: 06/08/2012) |
| 06/11/2012 | 224 | MINUTES (IN CHAMBERS): ORDER by Magistrate Judge Robert N. Block: re: The Parties' Respective Motions for Entry of Protective Order, filed June 8, 2012: Based on its review of the Joint Stipulation, the Court has concluded that oral argument will not be of material assistance to the Courts determination of these Motions. Accordingly, the Court now rules as follows with respect to the four issues in dispute. (rla) (Entered: 06/12/2012) |
| 06/12/2012 | 223 | Amendment to Joint MOTION for Protective Order for Governing Confidential and Highly Confidential Information 221 *(AMENDED NOTICE OF MOTION)* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 06/12/2012) |
| 06/13/2012 | 225 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Robert N. Block: re: The Amended Notice of Motion and Motion for Entry of Protective 223 : The Court presumes that counsel were unaware of the Court's rulings when they filed their Amended Notice of Motion and Motion. In any event, the Court will not consider any further briefing and will not hold a hearing on the Motion. Its previous order will stand. If either of the parties disagrees with the Court's rulings, they are welcome to seek review from the District Judge. (rla) (Entered: 06/14/2012) |
| 06/14/2012 | 226 | JOINT STIPULATION to Joint MOTION for Protective Order for Governing Confidential and Highly Confidential Information 221 *(STIPULATED PROTECTIVE ORDER UNDER THIS COURT"S JUNE 12, 2012 ORDER)* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra |

| | | |
|---|---|---|
| | | Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order (STIPULATED PROTECTIVE ORDER)) (Atkinson, Theodore) (Entered: 06/14/2012) |
| 06/15/2012 | 227 | STIPULATED PROTECTIVE ORDER by Magistrate Judge Robert N. Block, GOVERNING CONFIDENTIAL AND HIGHLY CONFIDENTIAL INFORMATION, re Joint Stipulation 226 : It is HEREBY ORDERED that this Court's July 6, 2011 Protective Order (ECF 188) is hereby superseded as follows: (See document for details.) (rla) (Entered: 06/15/2012) |
| 06/20/2012 | 228 | NOTICE of Appearance (Jacobs, Cody) (Entered: 06/20/2012) |
| 06/20/2012 | 229 | NOTICE of Appearance (Commons, Sean) (Entered: 06/20/2012) |
| 06/20/2012 | 230 | OF SERVICE filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas, re Notice of Appearance 229 , Notice of Appearance 228 served on June 20, 2012. (Jacobs, Cody) (Entered: 06/20/2012) |
| 06/21/2012 | 231 | NOTICE of Appearance filed by attorney Michael Bryan Kaufman on behalf of Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas (Kaufman, Michael) (Entered: 06/21/2012) |
| 06/25/2012 | 232 | NOTICE OF MOTION AND MOTION for Preliminary Injunction.. If this is filed during normal business hours, please contact the courtroom deputy assigned to the judge. If you are filing this document after 5:00 Monday through Friday, on a weekend or holiday, and need immediate judicial review, please call 213-894-2485 to advise that a Preliminary Injunction has been electronically filed. Failure to call the courtroom deputy, or the after hours filing contact number, may result in a delay of judicial review. Motion filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Memorandum, # 2 Exhibits, # 3 Proposed Order) (Arulanantham, Ahilan) (Entered: 06/25/2012) |
| 06/26/2012 | 233 | NOTICE of Manual Filing filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas of Ex Parte Application for Under Seal Filing, Proposed Order Granting Ex Parte Application for Under Seal Filing, Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, Ex. 51. (Arulanantham, Ahilan) (Entered: 06/26/2012) |
| 06/26/2012 | 234 | STIPULATION for Order to Set a Schedule for Pre-Trial Matters filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 06/26/2012) |
| 06/26/2012 | 235 | EX PARTE APPLICATION for Under Seal Filing filed by Petitioners Alejandro Rodriguez, Yussuf Abdikadir, Angel Armando Ayala, Jose Farias |

| | | |
|---|---|---|
| | | Cornejo, Abdirizak Aden Farah, Abel Perez Ruelas. Lodged Proposed Order. (gk) (Entered: 06/27/2012) |
| 06/27/2012 | 236 | SEALED DOCUMENT - PETITIONERS' MEMORANDUM OF POINTS AND AUTHORITIES in Support of MOTION for Preliminary Injunction. (jp) (Entered: 06/28/2012) |
| 06/27/2012 | 238 | ORDER GRANTING UNDER SEAL FILING by Judge Terry J. Hatter, Jr.: Petitioners' Ex Parte Application for Under Seal Filing 235 is hereby GRANTED and the unredacted version of Petitioners' Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, and Exhibit 51 are hereby SEALED. (gk) (Entered: 06/29/2012) |
| 06/28/2012 | 237 | SCHEDULING ORDER by Judge Terry J. Hatter, Jr.: Upon Stipulation 234 , Any motion to join another party or to amend a pleading shall be filed and served on or before 8/27/2012. Fact Discovery cut-off 9/24/2012. Expert Discovery cut-off 9/24/2012. The parties shall disclose any expert called to rebut the testimony of another party's expert in accordance with Fed. R. Civ. P. 26(a)(2) on or before 11/7/2012. Expert discovery shall close on 11/20/2012. Dispositive Motions due by 12/7/2012. The parties shall file any opposition or response to a dispositive motion on or before 1/4/2013. The parties shall file any reply in support of a dispositive motion on or before 1/18/2013. (gk) (Entered: 06/29/2012) |
| 07/03/2012 | 239 | ORDER SETTING FINAL PRETRIAL CONFERENCE AND REFERRING DISCOVERY by Judge Terry J. Hatter, Jr.: It is Ordered that all discovery matters which become at issue are referred to Magistrate Judge Robert N. Block for his consideration. Please contact the courtroom deputy clerk to the Magistrate Judge regarding these matters. Final Pretrial Conference set for 3/18/2013 10:00 AM before Judge Terry J. Hatter, Jr. See document for details. (gk) (Entered: 07/03/2012) |
| 07/03/2012 | 240 | Mail Returned addressed to Frederick Ngaywa re Minute Order (In Chambers) re Motion for Entry of Protective Order 224 . (gk) (Entered: 07/05/2012) |
| 07/11/2012 | 241 | Mail Returned addressed to Frederick Ngaywa re Order on Ex Parte Application to Seal (Document), Order on Ex Parte Application to Seal (Document) 238 . (rrp) (Entered: 07/12/2012) |
| 07/17/2012 | 242 | Mail Returned addressed to Frederick Ngaywa re Order Granting Joint Stipulation for Partial Vacatur of 5/3/2012 Order 218 . (gk) (Entered: 07/17/2012) |
| 07/17/2012 | 243 | Mail Returned addressed to Frederick Ngaywa re Order 219 . (gk) (Entered: 07/17/2012) |
| 07/17/2012 | 244 | Mail Returned addressed to Frederick Ngaywa re Order Granting Second Joint Stipulation for an Extension to File Protective Order 220 . (gk) (Entered: 07/17/2012) |
| 07/17/2012 | 245 | Mail Returned addressed to Frederick Ngaywa re Minutes of In Chambers Order/Directive by U.S. Magistrate Judge 225 . (gk) (Entered: 07/17/2012) |
| | | |

| 07/17/2012 | 246 | Mail Returned addressed to Frederick Ngaywa re Stipulated Protective Order 227 . (gk) (Entered: 07/17/2012) |
|---|---|---|
| 07/17/2012 | 247 | Mail Returned addressed to Frederick Ngaywa re Scheduling Order 237 . (gk) (Entered: 07/17/2012) |
| 07/17/2012 | 248 | Mail Returned addressed to Frederick Ngaywa re Order Setting Final Pretrial Conference and Referring Discovery 239 . (gk) (Entered: 07/17/2012) |
| 07/18/2012 | 249 | Joint STIPULATION to Exceed Page Limitation as to Respondents' Opposition and Petitioners' Reply, Joint STIPULATION for Extension of Time to File Reply as to MOTION for Preliminary Injunction.. If this is filed during normal business hours, please contact the courtroom deputy assigned to the judge. If you are filing this document after 5:00 Monday through Friday, on a weekend or holiday, and need immediate 232 filed by Respondents Timothy Robbins. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 07/18/2012) |
| 07/18/2012 | 250 | OPPOSITION to MOTION for Preliminary Injunction.. If this is filed during normal business hours, please contact the courtroom deputy assigned to the judge. If you are filing this document after 5:00 Monday through Friday, on a weekend or holiday, and need immediate 232 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins. (Attachments: # 1 Declaration Theodore W. Atkinson, # 2 Declaration Benjamin B. McDowell, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E)(Atkinson, Theodore) (Entered: 07/18/2012) |
| 07/23/2012 | 251 | ORDER GRANTING JOINT STIPULATION FOR ENLARGEMENT OF PAGES FOR BRIEFING THE MOTION FOR A PRELIMINARY INJUNCTION AND FOR EXTENSION OF THE HEARING DATE ON PETITIONERS' MOTION by Judge Terry J. Hatter, Jr.: The parties' Joint Stipulation for the enlargement of page limitations for briefing Petitioners' Motion for a Preliminary Injunction 249 is GRANTED. IT IS ORDERED that the page limitation for Respondents' memorandum in opposition to Petitioners' motion for a preliminary injunction motion is enlarged to 35 pages, and the page limitation for Petitioners' reply memorandum is enlarged to 35 pages. Petitioners' shall file their reply in support of their motion for a preliminary injunction on or before August 3, 2012. The Motion for Preliminary Injunction 232 will be set for hearing on 9/10/2012 at 10:00 PM before Judge Terry J. Hatter, Jr. (gk) (Entered: 07/24/2012) |
| 08/03/2012 | 252 | REPLY IN SUPPORT OF MOTION for Preliminary Injunction.. If this is filed during normal business hours, please contact the courtroom deputy assigned to the judge. If you are filing this document after 5:00 Monday through Friday, on a weekend or holiday, and need immediate 232 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Exhibit 51, # 2 Exhibit 52, # 3 Exhibit 53, # 4 Exhibit 54, # 5 Exhibit 55, # 6 Exhibit 56, # 7 Exhibit 57, # 8 Exhibit 58, # 9 Exhibit 59)(Commons, Sean) (Entered: 08/03/2012) |

| 08/06/2012 | 253 | Mail Returned addressed to Frederick Ngaywa re Order Granting Joint Stipulation for Enlargement of Pages for Beifing the Motion for a Preliminary Injunction, etc. 251 . (gk) (Entered: 08/07/2012) |
|---|---|---|
| 09/10/2012 | 254 | MINUTES OF Motion Hearing held before Judge Terry J. Hatter, Jr.: The Court and counsel confer. Following discussions with counsel, the Court will take Petitioner's Motion for Preliminary Injunction 232 under submission. A written order will follow within 7 days. Court Recorder: CS 9/10/2012. (gk) (Entered: 09/13/2012) |
| 09/13/2012 | 255 | ORDER AND PRELIMINARY INJUNCTION by Judge Terry J. Hatter, Jr.: It is Ordered that Petitioners' Motion for Preliminary Injunction 232 is Granted. It is further Ordered that Respondents and their agents, employees, assigns, and all those acting in concert with them, are preliminarily enjoined as follows: Within thirty days of the date of this order, Respondents shall identify all members of the Section 1225(b) and Section 1226(c) Subclasses and provide each of them with a bond hearing before an Immigration Judge with power to grant their release. See document for details. (gk) (Entered: 09/13/2012) |
| 09/17/2012 | 256 | EX PARTE APPLICATION to Stay pending Appeal re: Order on Motion for Preliminary Injunction,, 255 filed by Respondents Lee Baca, Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Sammy Jones, Mike Kreuger, Wesley Lee, George Molinar, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow, Paul Walters. (Attachments: # 1 Memorandum, # 2 Declaration Declaration of Thomas Y.K. Fong, # 3 Declaration Declaration of Eric Saldana, # 4 Declaration Declaration of Erez Reuveni, # 5 Declaration Declaration of Theodore W. Atkinson, # 6 Proposed Order)(Reuveni, Erez) (Entered: 09/17/2012) |
| 09/18/2012 | 257 | ORDER by Judge Terry J. Hatter, Jr. The Court has considered Respondents' 256 ex parte application for an emergency stay of the preliminary injunction pending appeal, together with the moving papers. IT IS ORDERED that the ex parte application be, and hereby is, DENIED. (ys) (Entered: 09/18/2012) |
| 09/19/2012 | 258 | NOTICE of Appearance (Wilson, Sarah) (Entered: 09/19/2012) |
| 09/21/2012 | 259 | NOTICE OF APPEAL to the 9th CCA filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Appeal of Order on Motion for Preliminary Injunction,, 255 (Appeal fee FEE WAIVED.) (Attachments: # 1 Exhibit Order and Preliminary Injunction)(Atkinson, Theodore) (Entered: 09/21/2012) |
| 09/21/2012 | 260 | NOTIFICATION by Circuit Court of Appellate Docket Number 12-56734, 9TH CCA regarding Notice of Appeal to 9th Circuit Court of Appeals, 259 as to Respondents. (car) (Entered: 09/24/2012) |
| 09/25/2012 | 261 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals 259 filed by Mike Kreuger, Janet Napolitano, Davis Nighswonger, Arthur Edwards, Thomas G Snow, Sandra Hutchens, Eric Holder, Russell Davis, Rodney Penner, Timothy Robbins, Wesley Lee, Nguyen CCA # 12-56734. The appeal filed September 21, 2012 is a preliminary injunction appeal. |

| | | |
|---|---|---|
| | | The mediation questionnaire is due three days after the date of this order. If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal. The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due November 16, 2012 or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 14 days after service of the answering brief. Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. Order received in this district on 9/25/2012. (dmap) (Entered: 09/27/2012) |
| 09/25/2012 | 262 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals 259 filed by Mike Kreuger, Janet Napolitano, Davis Nighswonger, Arthur Edwards, Thomas G Snow, Sandra Hutchens, Eric Holder, Russell Davis, Rodney Penner, Timothy Robbins, Wesley Lee, Nguyen CCA # 12-56734. Respondents' emergency motion is denied. The panel will stay the district court's injunction until October 13, 2012. Respondents now have until November 12, 2012 to comply with the district court's injunction. Order received in this district on 9/25/2012. (dmap) (Entered: 09/27/2012) |
| 10/01/2012 | 263 | NOTICE of Change of Attorney Information for attorney Ahilan T Arulanantham counsel for Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas.Jennifer Stark is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G-06 Notice. Filed by Petitioners Ahilan Arulanantham (Arulanantham, Ahilan) (Entered: 10/01/2012) |
| 10/01/2012 | 264 | NOTICE of Change of Attorney Information for attorney Ahilan T Arulanantham counsel for Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas.Fatima Alloo is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G-06 Notice. Filed by Petitoners Ahilan Arulanantham (Arulanantham, Ahilan) (Entered: 10/01/2012) |
| 10/04/2012 | 265 | Mail Returned addressed to Frederick Ngaywa re USCA Order 261 . (dmap) (Entered: 10/10/2012) |
| 10/04/2012 | 266 | Mail Returned addressed to Frederick Ngaywa re USCA Order 262 . (dmap) (Entered: 10/10/2012) |
| 10/09/2012 | 274 | Mail Returned addressed to Efren Orozco, ID A200-707-831, 501 The City drive South, Orange, CA 92868 re USCA Order 262 (rla) (Entered: 10/19/2012) |
| 10/09/2012 | 276 | Mail Returned addressed to Efren Orozco, PrisonerID A200-707-831, 501 The City Drive South, Orange, CA 92868 re 9th CCA Assigned Case Number Notice 260 (rla) (Entered: 10/19/2012) |
| 10/15/2012 | 275 | |

| | | Mail Returned addressed to Efren Orozco, PrisonerID A200-707-831, 501 The City drive South, Orange, CA 92868 re USCA Order 261 (rla) (Entered: 10/19/2012) |
|---|---|---|
| 10/18/2012 | 267 | Mail Returned addressed to Frederick Ngaywa re 9th CCA Assigned Case Number Notice 260 . (gk) (Entered: 10/18/2012) |
| 10/18/2012 | 268 | Mail Returned addressed to Frederick Ngaywa re Order on Ex Parte Application for Emergency Stay 257 . (gk) (Entered: 10/18/2012) |
| 10/18/2012 | 269 | Mail Returned addressed to Frederick Ngaywa re Order and Preliminary Injunction 255 . (gk) (Entered: 10/18/2012) |
| 10/18/2012 | 270 | Mail Returned addressed to Frederick Ngaywa re Minutes re Motion for Preliminary Injunction 254 . (gk) (Entered: 10/18/2012) |
| 10/18/2012 | 271 | Mail Returned addressed to Efren Orozco re Order on Ex Parte Application for Emergency Stay 257 . (gk) (Entered: 10/18/2012) |
| 10/18/2012 | 272 | Mail Returned addressed to Efren Orozco re Order and Preliminary Injunction 255 . (gk) (Entered: 10/18/2012) |
| 10/18/2012 | 273 | Mail Returned addressed to Efren Orozco re Minutes re Motion for Preliminary Injunction 254 . (gk) (Entered: 10/18/2012) |
| 01/22/2013 | 277 | Joint STIPULATION to Reset filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 01/22/2013) |
| 01/23/2013 | 278 | ORDER Granting Stipulation 277 by Judge Terry J. Hatter, Jr. It is HEREBY ORDERED that the following dates shall govern dispositive motions in this action as follows: The Petitioners shall file any dispositive motion on or before February 8, 2013. The Respondents shall file any response to Petitioner's dispositive motion, and any dispositive cross-motion, on or before March 15, 2013. The Petitioners shall file any reply in support of their dispositive motion, and any response to a dispositive cross-motion, on or before April 5, 2013. The Respondents shall file any reply in support of a dispositive motion by April 19, 2013. The motion date shall be noticed for May 6, 2013, on any dispositive motion. There shall be no modifications to the briefing schedule absent extraordinary circumstances. It is further HEREBY ORDERED that the dispositive motions shall conform to brief lengths as follows: The brief length for Petitioners' dispositive motion shall be not more than 50 pages. The brief length for Respondents' opposition and cross-motion shall be not more than 55 pages. The brief length for Petitioners' opposition and reply shall be not more than 50 pages. The brief length for Respondents reply shall be not more than 30 pages. (lom) (Entered: 01/23/2013) |
| 02/06/2013 | 279 | RECORD ON APPEAL sent to Circuit Court re: Appeal number, 12-56734 Record consists of 2 volumes re Notice of Appeal to 9th Circuit Court of Appeals, 259 (cbr) (Entered: 02/07/2013) |
| | | |

| 02/08/2013 | 280 | NOTICE of Manual Filing filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas of Ex Parte App, Prop Ord, Dec of Arulanantham & Exs. 1-168, Dec. of Jacobs & Exs. A-I. (Arulanantham, Ahilan) (Entered: 02/08/2013) |
|---|---|---|
| 02/08/2013 | 281 | NOTICE OF MOTION AND MOTION for Summary Judgment filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. Motion set for hearing on 5/6/2013 at 10:00 AM before Judge Terry J. Hatter Jr. (Attachments: # 1 Declaration Byron Merida, # 2 Declaration Luis E. Gonzalez, # 3 Declaration Michael Kaufman, # 4 Declaration Mercedes Victoria Castillo, # 5 Declaration Stacy Tolchin, # 6 Declaration Dr. Susan B. Long, # 7 Declaration Talia Inlender,SEALED DOCUMENT - # 8 Declaration Michael Tan, # 9 Proposed Order)(Commons, Sean) Modified on 2/13/2013 (lom). (Entered: 02/08/2013) |
| 02/08/2013 | 282 | STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas re: MOTION for Summary Judgment 281 (Commons, Sean) (Entered: 02/08/2013) |
| 02/08/2013 | 288 | EX PARTE APPLICATION to File Declaration of Ahilan T. Arulanantham, Exhibits 1-168, and Declaration of Cody Jacobs, Exhibits A-I, in Support of Petitioners' Motion for Summary Judgment or, in the Alternative, Summary Adjudication, Under Seal filed by Petitioners Alejandro Rodriguez, Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Abel Perez Ruelas. Lodged Proposed Order.(gk) (Entered: 02/12/2013) |
| 02/11/2013 | 283 | DECLARATION of Michael Tan in Support of MOTION for Summary Judgment 281 *[CORRECTED]* filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Commons, Sean) (Entered: 02/11/2013) |
| 02/11/2013 | 284 | EX PARTE APPLICATION for Order for TO PLACE DECLARATION OF MICHAEL TAN (DKT. 281-8) UNDER SEAL filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Proposed Order GRANTING EX PARTE APPLICATION TO PLACE DECLARATION OF MICHAEL TAN (DKT. 281-8) UNDER SEAL)(Commons, Sean) (Entered: 02/11/2013) |
| 02/11/2013 | 285 | Mail Returned addressed to Frederick Ngaywa re Order Re Scheduling and Briefing 278 . (gk) (Entered: 02/11/2013) |
| 02/11/2013 | 286 | Mail Returned addressed to Frederick Ngaywa re Order 278 . (ms) ** DUPLICATIVE DOCKET ENTRY TO DOCUMENT 285, SEE NOTICE OF CLERICAL ERROR FILED 2/12/2013 287 ** Modified on 2/12/2013 (gk). (Entered: 02/12/2013) |

| | | |
|---|---|---|
| 02/12/2013 | 287 | NOTICE OF CLERICAL ERROR Re: Mail Returned addressed to Frederick Ngaywa filed 2/11/2013 286 . Document 286 is duplicative of docket entry 285 . (gk) (Entered: 02/12/2013) |
| 02/12/2013 | 289 | ORDER by Judge Terry J. Hatter, Jr: granting 284 Petitioners' Ex Parte Application to Place Declaration of Michael Tan under seal. The Clerk of the Court is hereby directed to place and maintain Docket 281-8 (Declaration of Michael Tan) UNDER SEAL. (lom) (Entered: 02/13/2013) |
| 02/13/2013 | 290 | ORDER GRANTING EX PARTE APPLICATION TO FILE DECLARATION OF AHILAN T. ARULANANTHAM, EXHBITS 1-168, AND DECLARATION OF CODY JACOBS, EXHIBITS A-I, IN SUPPORT OF PETITIONERS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION, UNDER SEAL by Judge Terry J. Hatter, Jr.: Petitioners' Ex Parte Application 288 is hereby GRANTED. The Declaration of Ahilan T. Arulanantham, Exhibits 1-168, and the Declaration of Cody Jacobs, Exhibits A-I, in Support of Petitioners' Motion for Summary Judgment, are hereby SEALED. (gk) (Entered: 02/13/2013) |
| 02/13/2013 | 291 | SEALED DOCUMENT- DECLARATION of Cody Jacobs in Support of Petitioners' PETITIONERS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION, Exhibits A-I. (Attachments: Part 2, Part 3, Part 4)(mat) (Entered: 02/19/2013) |
| 02/13/2013 | 292 | SEALED DOCUMENT- DECLARATION of Ahilan T. Arulanantham in Support of Petitioners' Motion for Summary Judgment or, in the Alternative, Summary Adjudication, Exhibits 1-168. (Attachments: Part 2, Part 3, Part 4, Part 5, Part 6, Part 7, Part 8, Part 9, Part 10, Part 11, Part 12, Part 13, Part 14, Part 15, Part 16, Part 17)(mat) (Entered: 02/19/2013) |
| 02/19/2013 | 293 | Mail Returned addressed to Frederick Ngaywa re Appeal Record Sent to USCA (A-26) 279 . (gk) (Entered: 02/19/2013) |
| 03/06/2013 | 294 | Mail Returned addressed to Frederick Ngaywa re Order Granting Ex Parte Application to File Declarations Under Seal 290 . (gk) (Entered: 03/06/2013) |
| 03/06/2013 | 295 | Mail Returned addressed to Frederick Ngaywa re Notice of Clerical Error (G-11) 287 . (gk) (Entered: 03/06/2013) |
| 03/08/2013 | 296 | NOTICE of Related Case(s) filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. Related Case(s): CV 12-10520-CJC (Attachments: # 1 Exhibits)(Kaufman, Michael) (Entered: 03/08/2013) |
| 03/11/2013 | 297 | Mail Returned addressed to Frederick Ngaywa re Order on Ex Parte Application to Place Declaration of Michael Tan Under Seal 289 . (gk) (Entered: 03/12/2013) |
| 03/13/2013 | 298 | MINUTE ORDER (IN CHAMBERS) by Judge Terry J. Hatter, Jr. On the Court's own motion, the Final Pretrial Conference is continued to 8/12/2013 at 10:00 A.M. (ys) (Entered: 03/13/2013) |
| 03/15/2013 | 299 | |

| | | |
|---|---|---|
| | | NOTICE OF MOTION AND MOTION for Summary Judgment as to as to all Claims filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Motion set for hearing on 5/6/2013 at 10:00 AM before Judge Terry J. Hatter Jr. (Attachments: # 1 Affidavit Ben McDowell, # 2 Respondents' Local Rule 56-1 Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment, # 3 Respondents Opposition to Petitioners Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment or, in the Alternative, Summary Adjudication (RSOF), # 4 Proposed Order)(Atkinson, Theodore) (Entered: 03/15/2013) |
| 03/15/2013 | 300 | NOTICE of Manual Filing filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow of Ex Parte Application and Exhibits. (Wilson, Sarah) (Entered: 03/15/2013) |
| 03/15/2013 | 301 | MEMORANDUM of Points and Authorities in Opposition Re: Notice of Related Case(s), 296 (Wilson, Sarah) (Entered: 03/15/2013) |
| 03/15/2013 | 302 | MEMORANDUM of Points and Authorities in Opposition *corrected* Re: Notice of Related Case(s), 296 (Wilson, Sarah) (Entered: 03/15/2013) |
| 03/15/2013 | 303 | OBJECTIONS to MOTION for Summary Judgment 281 *and Evidence filed in support of motion* (Wilson, Sarah) (Entered: 03/15/2013) |
| 03/18/2013 | 304 | EX PARTE APPLICATION to File Declaration of Theodore W. Atkinson, Exhibits A-W, and the Declaration of Sarah S. Wilson, Exhibits A-F, Under Seal filed by Respondents Timothy Robbins, Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Thomas G Snow. Lodged Proposed Order.(gk) (Entered: 03/19/2013) |
| 03/18/2013 | 305 | ORDER GRANTING EX PARTE APPLICATION TO FILE DECLARATION OF THEODORE W. ATKINSON, EHIBITS A-W, AND THE DECLARATION OF SARAH S. WILSON, EXHIBITS A-F, UNDER SEAL by Judge Terry J. Hatter, Jr.: Respondents' Ex Parte Application to File Declaration of Theodore W. Atkinson, Exhibits A-W, and the Declaration of Sarah S. Wilson, Exhibits A-F, Under Seal 304 is hereby GRANTED. (gk) (Entered: 03/19/2013) |
| 03/18/2013 | 306 | SEALED DOCUMENT- DECLARATION of Sarah S. Wilson with Exhibits A-F. (Attachments: Part 2, Part 3, Part 4)(mat) (Entered: 03/19/2013) |
| 03/18/2013 | 307 | SEALED DOCUMENT- DECLARATION of Theodore W. Atkinson with Exhibits A-W. (Attachments: Part 2, Part 3, Part 4, Part 5, Part 6, Part 7, Part 8, Part 9)(mat) (Entered: 03/19/2013) |
| 03/22/2013 | 308 | REPLY filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas to Notice of Related Case(s), 296 *IN SUPPORT OF* |

116

| | | |
|---|---|---|
| | | *NOTICE OF RELATED CASE UNDER LOCAL RULE 83-1.3.1* (Kaufman, Michael) (Entered: 03/22/2013) |
| 04/01/2013 | 309 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Copy of 9th Circuit Order and Memorandum filed 3/15/2013 301 . The following error(s) was found: Title page is missing. Respondent has submitted a copy of a 9th Circuit Court of Appeals Order and Memorandum filed 2/14/2013 re Jacob Ikeokwu-Onymaechi v. Eric H. Holder, Jr., Attorney General, Docket No. 10-72880, and docketed it with the event Memorandum of Points and Authorities in Opposition (non-motion), linking it to the Notice of Related Case. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (gk) (Entered: 04/02/2013) |
| 04/05/2013 | 310 | NOTICE of Manual Filing filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas of Ex Parte Application for Under Seal Filing, Proposed Order, Declaration of Arulanantham & Exhibits A-C. (Arulanantham, Ahilan) (Entered: 04/05/2013) |
| 04/05/2013 | 311 | Objection TO EVIDENCE RELIED UPON BY RESPONDENTS IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PETITIONERS MOTION FOR SUMMARY JUDGMENT re: MOTION for Summary Judgment as to as to all Claims 299 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Commons, Sean) (Entered: 04/05/2013) |
| 04/05/2013 | 312 | Opposition TO RESPONDENTS OBJECTIONS TO EVIDENCE re: MOTION for Summary Judgment 281 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Commons, Sean) (Entered: 04/05/2013) |
| 04/05/2013 | 313 | OPPOSITION TO RESPONDENTS STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW re: MOTION for Summary Judgment as to as to all Claims 299 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Commons, Sean) (Entered: 04/05/2013) |
| 04/05/2013 | 314 | REPLY TO RESPONDENTS OPPOSITION TO STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW MOTION for Summary Judgment as to as to all Claims 299 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Commons, Sean) (Entered: 04/05/2013) |
| 04/05/2013 | 315 | REPLY in Support of and Opposition to MOTION for Summary Judgment 281 , MOTION for Summary Judgment as to as to all Claims 299 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, |

117

| | | Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Arulanantham, Ahilan) (Entered: 04/05/2013) |
|---|---|---|
| 04/05/2013 | 316 | DECLARATION of MICHAEL KAUFMAN IN SUPPORT OF PETITIONERS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION AND OPPOSITION TO RESPONDENTS CROSS-MOTION FOR SUMMARY JUDGMENT MOTION for Summary Judgment as to as to all Claims 299 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Commons, Sean) (Entered: 04/05/2013) |
| 04/05/2013 | 317 | DECLARATION of MICHAEL TAN IN SUPPORT OF PETITIONERS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION AND OPPOSITION TO RESPONDENTS CROSS-MOTION FOR SUMMARY JUDGMENT MOTION for Summary Judgment as to as to all Claims 299 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Commons, Sean) (Entered: 04/05/2013) |
| 04/05/2013 | 318 | DECLARATION of SUSAN LONG IN SUPPORT OF PETITIONERS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION AND OPPOSITION TO RESPONDENTS CROSS-MOTION FOR SUMMARY JUDGMENT MOTION for Summary Judgment as to as to all Claims 299 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Commons, Sean) (Entered: 04/05/2013) |
| 04/05/2013 | 320 | EXPARTE APPLICATION to File Declaration of Ahilan T Arulanantham of April 5, 2013, Exhibits A-C Under Seal filed by petitioner Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. Lodged Proposed Order.(jp) (Entered: 04/08/2013) |
| 04/05/2013 | 322 | SEALED DOCUMENT0 DECLARATION of Ahilan T. Arulanantham of April 5, 2013, Exhibits A-C. (Attachments: Part 2, Part 3, Part 4, Part 5, Part 6) (mat) (Entered: 04/10/2013) |
| 04/06/2013 | 319 | DECLARATION of MICHAEL KAUFMAN IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION AND OPPOSITION TO RESPONDENTS CROSS-MOTION FOR SUMMARY JUDGMENT MOTION for Summary Judgment 281 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Commons, Sean) (Entered: 04/06/2013) |
| 04/08/2013 | 321 | ORDER GRANTING EX PARTE 320 Application to file Declaration of Ahilan T. Arulanantham of April 5, 2013, Exhibits A-C, UNDER SEAL by Judge Terry J. Hatter, Jr. IT IS SO ORDERED sealed. (ys) (Entered: 04/09/2013) |

118

| 04/11/2013 | 323 | NOTICE of Clarification filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Commons, Sean) (Entered: 04/11/2013) |
| --- | --- | --- |
| 04/15/2013 | 324 | Mail Returned addressed to Frederick Ngaywa re Order on Ex Parte Application to Seal Document 305 . (jp) (Entered: 04/16/2013) |
| 04/15/2013 | 325 | Mail Returned Undeliverable addressed to Frederick Ngaywa re Minutes of In Chambers Order 298 . (jp) (Entered: 04/16/2013) |
| 04/18/2013 | 326 | Joint STIPULATION for Order amending schedule for briefing dispositive motions filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Wilson, Sarah) (Entered: 04/18/2013) |
| 04/18/2013 | 327 | Mail Returned addressed to Frederick Ngaywa re Order on Ex Parte Application to File Declaration Under Seal 321 . (gk) (Entered: 04/19/2013) |
| 04/23/2013 | 328 | ORDER RE ENTRY OF REVISED ORDER RE SCHEDULING AND BRIEFING FOR DISPOSITIVE MOTIONS by Judge Terry J. Hatter, Jr.: Upon Stipulation 326 , it is HEREBY ORDERED that the following revised dates shall govern dispositive motions in this action: (1) The Respondents shall file any reply in support of a dispositive motion by 4/26/2013. (2) The Petitioners shall file any sur-reply, not to exceed 5 pages in length, by 5/3/2013. The sur-reply will be limited to addressing the Ninth Circuit's decision in Rodriguez v. Robbins, --- F.3d ----, 2013 WL 1607706 (9th Cir. 2013). (gk) (Entered: 04/23/2013) |
| 04/26/2013 | 329 | OBJECTIONS to Declaration (Motion related), 318 (Wilson, Sarah) (Entered: 04/26/2013) |
| 04/26/2013 | 330 | REPLY in Support MOTION for Summary Judgment as to as to all Claims 299 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Reply in Support of Statement of Uncontroverted Facts, # 2 Declaration Supplemental Declaration of Theodore W. Atkinson, # 3 Exhibit Exh. A to Atkinson Declaration, # 4 Exhibit Exhibit B to Atkinson Declaration)(Atkinson, Theodore) (Entered: 04/26/2013) |
| 04/26/2013 | 331 | RESPONSE filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snowto Objection/Opposition (Motion related), 311 (Attachments: # 1 Declaration Sarah S. Wilson)(Wilson, Sarah) (Entered: 04/26/2013) |
| 05/02/2013 | 332 | Mail Returned addressed to Frederick Ngaywa re Order Re Entry of Revised Order Re Scheduling and Briefing for Dispositive Motions 328 . (gk) (Entered: 05/02/2013) |
| 05/03/2013 | 333 | RESPONSE filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez |

| | | Ruelasto Objections - non-motion 329 (Arulanantham, Ahilan) (Entered: 05/03/2013) |
|---|---|---|
| 05/03/2013 | 334 | SUPPLEMENT to MOTION for Summary Judgment 281 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Declaration)(Arulanantham, Ahilan) (Entered: 05/03/2013) |
| 05/06/2013 | 335 | NOTICE of Manual Filing filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas of Ex Parte Application, Proposed Order, Dec of Michael Kaufman, Exhibits A-F. (Kaufman, Michael) (Entered: 05/06/2013) |
| 05/06/2013 | 336 | NOTICE OF MOTION AND MOTION for Order for Clarification of the Class Definition filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Memorandum, # 2 Proposed Order) (Kaufman, Michael) (Entered: 05/06/2013) |
| 05/06/2013 | 337 | EX PARTE APPLICATION to File Declaration of Michael Kaufman of 5/6/2013, Exhibits A-F, Under Seal filed by Petitioners Alejandro Rodriguez, Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Abel Perez Ruelas. Lodged Proposed Order.(gk) (Entered: 05/07/2013) |
| 05/08/2013 | 338 | ORDER GRANTING EX PARTE APPLICATION TO FILE DECLARATION OF MICHAEL KAUFMAN OF MAY 6, 2013, EXHIBITS A-F, UNDER SEAL by Judge Terry J. Hatter, Jr: granting 337 Ex Parte Application to Seal (bp) (Entered: 05/09/2013) |
| 05/08/2013 | 339 | SEALED DOCUMENT- DECLARATION of Michael Kaufman of May 6, 2013. Exhibits A-F. (Attachments: Part 2, Part 3)(mat) (Entered: 05/13/2013) |
| 05/13/2013 | 340 | MEMORANDUM in Opposition to MOTION for Order for Clarification of the Class Definition 336 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Wilson, Sarah) (Entered: 05/13/2013) |
| 05/20/2013 | 341 | REPLY in Support of MOTION for Order for Clarification of the Class Definition 336 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Arulanantham, Ahilan) (Entered: 05/20/2013) |
| 05/23/2013 | 342 | NOTICE of Appearance filed by attorney Michael Bryan Kaufman on behalf of Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas (Kaufman, Michael) (Entered: 05/23/2013) |
| 05/28/2013 | 343 | Mail Returned addressed to Frederick Ngaywa re Order Granting Ex Parte Application to File Declaration of Michael Kaufman Under Seal 338 . (gk) (Entered: 05/30/2013) |

| | | |
|---|---|---|
| 05/30/2013 | 344 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals, 259 filed by Mike Kreuger, Janet Napolitano, Davis Nighswonger, Arthur Edwards, Thomas G Snow, Sandra Hutchens, Eric Holder, Russell Davis, Rodney Penner, Timothy Robbins, Wesley Lee, Nguyen, CCA # 12-56734. Appellants' unopposed motion for an enlargement of time in which to file a petition for rehearing en banc is GRANTED. Any petition for rehearing or rehearing en banc is now due July 15, 2013. Order received in this district on 5/30/13. (mat) (Entered: 06/04/2013) |
| 06/25/2013 | 345 | NOTICE OF MOTION AND MOTION to Compel Discovery filed by Petitioner Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. Motion set for hearing on 7/16/2013 at 09:30 AM before Magistrate Judge Robert N. Block. (Attachments: # 1 Declaration Michael Kaufman, # 2 Declaration Theodore Atkinson)(Commons, Sean) (Entered: 06/25/2013) |
| 06/28/2013 | 346 | MINUTES (IN CHAMBERS): ORDER by Magistrate Judge Robert N. Block: denying 345 Motion to Compel Discovery. Accordingly, the hearing on the Motion noticed for July 16, 2013 is ordered off calendar pursuant to Local Rule 7-15 and the Court now rules as follows. (twdb) (Entered: 06/28/2013) |
| 07/08/2013 | 347 | Mail Returned addressed to Frederick Ngaywa re USCA Order 344 (im) (Entered: 07/08/2013) |
| 07/09/2013 | 348 | Notice of Appearance or Withdrawal of Counsel: for attorney Sean A Commons counsel for Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. Filed by Petitioners Alejandro Rodriguez, et al.. (Commons, Sean) (Entered: 07/09/2013) |
| 07/09/2013 | 349 | Notice of Appearance or Withdrawal of Counsel: for attorney Sean A Commons counsel for Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. Filed by Petitioners Alejandro Rodriguez, et al.. (Commons, Sean) (Entered: 07/09/2013) |
| 07/23/2013 | 350 | MANDATE of 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals, 259 , CCA # 12-56734. The Judgment of the district court is Affirmed. Mandate received in this district on 7/23/13. (car) (Entered: 07/24/2013) |
| 07/23/2013 | 351 | Mail Returned addressed to Frederick Ngaywa re Minute Order on Petitioners' Motion to Compel Discovery 346 . (gk) (Entered: 07/24/2013) |
| 08/05/2013 | 352 | Joint STIPULATION to Reschedule Final Pre-Trial Conference filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 08/05/2013) |
| 08/06/2013 | 353 | ORDER, JUDGMENT AND PERMANENT INJUNCTION by Judge Terry J. Hatter, Jr.: The Court has considered Petitioners' motion to clarify the class definition 336 . The Court certified the class in this case after the Ninth Circuit |

| | | |
|---|---|---|
| | | held that the class must be certified. Rodriguez v. Hayes (Rodriguez I), 591 F.3d 1105 (9th Cir. 2010). It is further Ordered that Petitioners' motion for summary judgment 281 be, and hereby is, Granted. It is further Ordered that Respondents' motion for summary judgment 299 be, and hereby is, Denied. It is further Ordered, Adjudged and Decreed that Judgment be, and hereby is, Entered in favor of Petitioners and against Respondents. It is further Ordered that Respondents and their agents, employees, assigns, and all those acting in concert with them be, and hereby are, Permanently Enjoined, etc. See document for details re class definition and bond hearings. (gk) (Entered: 08/07/2013) |
| 08/07/2013 | 354 | ORDER RESETTING FINAL PRE-TRIAL CONFERENCE by Judge Terry J. Hatter, Jr.: Upon the parties' Joint Stipulation that the Court continue the date of the final pre-trial conference from 8/12/2013 to 9/23/2013 352 , IT IS HEREBY ORDERED that the Final Pretrial Conference is reset to 10/21/2013 10:00 AM before Judge Terry J. Hatter, Jr. (gk) (Entered: 08/08/2013) |
| 08/07/2013 | 355 | Mail Returned addressed to Frederick Ngaywa re USCA Mandate 350 . (gk) (Entered: 08/08/2013) |
| 08/15/2013 | 356 | Mail Returned addressed to Frederick Ngaywa re Order on Motion for Summary Judgment,, Order on Motion for Order 353 (pso) (Entered: 08/15/2013) |
| 08/16/2013 | 357 | Joint STIPULATION for Order FOR FILING DEADLINE FOR PETITIONERS MOTION FOR ATTORNEYS' FEES AND COSTS TO BE GOVERNED BY THE EQUAL ACCESS TO JUSTICE ACT filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Proposed Order)(Arulanantham, Ahilan) (Entered: 08/16/2013) |
| 08/20/2013 | 358 | ORDER GRANTING JOINT STIPULATION FOR FILING DEADLINE FOR PETITIONERS' MOTION FOR ATTORNEYS' FEES AND COSTS TO BE GOVERNED BY THE EQUAL ACCESS TO JUSTICE ACT by Judge Terry J. Hatter, Jr.: The parties' Joint Stipulation 357 is hereby GRANTED, and the deadline for filing any motion for attorneys' fees and costs, including for recovery of any and all taxable costs, expert fees, and other recoverable expenses, in this case is governed by the provisions of the Equal Access to Justice Act ("EAJA"), and thus shall be due within 30 days of final judgment in the action. (gk) (Entered: 08/20/2013) |
| 09/12/2013 | 359 | Mail Returned addressed to Frederick Ngaywa re Order,, 358 (bp) (Entered: 09/16/2013) |
| 09/30/2013 | 360 | NOTICE OF APPEAL to the 9th CCA filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Appeal of Order on Motion for Summary Judgment,, Order on Motion for Order,,,,,,,,, 353 (Appeal fee FEE WAIVED.) (Atkinson, Theodore) (Entered: 09/30/2013) |
| | | |

| 10/01/2013 | 361 | EX PARTE APPLICATION to Stay Case pending (Stay of Reporting Requirement Due to Lapse in Appropriations) filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 10/01/2013) |
|---|---|---|
| 10/01/2013 | 362 | NOTIFICATION by Circuit Court of Appellate Docket Number 13-56706 9th CCA regarding Notice of Appeal to 9th Circuit Court of Appeals 360 as to Respondent Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (dmap) (Entered: 10/02/2013) |
| 10/02/2013 | 363 | MEMORANDUM of Points and Authorities in Opposition filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. Re: EX PARTE APPLICATION to Stay Case pending (Stay of Reporting Requirement Due to Lapse in Appropriations) 361 (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Arulanantham, Ahilan) (Entered: 10/02/2013) |
| 10/03/2013 | 364 | ORDER GRANTING TEMPORARY STAY OF REPORTING REQUIREMENT UNDER THIS COURT'S FINAL JUDGMENT DUE TO LAPSE OF APPROPRIATIONS by Judge Terry J. Hatter, Jr.: ORDERED that Respondent's Ex Parte Application for a temporary stay of the reporting requirement of this Court's 8/6/2013 Order and Judgment 361 is granted. Respondents shall file a notice with this Court when the lapse in appropriations has ended, and shall file the required report within 10 days from 10/17/2013. (gk) (Entered: 10/04/2013) |
| 10/07/2013 | 365 | NOTICE OF APPEAL to the 9th CCA filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. Appeal of Order on Motion for Summary Judgment,, Order on Motion for Order,,,,,,,,, 353 (Appeal fee of $455 receipt number 0973-12805270 paid.) (Attachments: # 1 Exhibits A-B) (Arulanantham, Ahilan) (Entered: 10/07/2013) |
| 10/09/2013 | 366 | NOTIFICATION by Circuit Court of Appellate Docket Number 13-56755, 9th CCA regarding Notice of Appeal to 9th Circuit Court of Appeals, 365 as to Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (car) (Entered: 10/10/2013) |
| 10/11/2013 | 367 | NOTICE OF MOTION AND MOTION for Order for Compliance with August 6, 2013 Order, Dkt. 353 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Memorandum of Points and Authorities in Support of Petitioners' Motion for Compliance, # 2 Proposed Order, # 3 Declaration of Michael Kaufman, # 4 Exhibits A-J)(Kaufman, Michael) (Entered: 10/11/2013) |
| 10/14/2013 | 368 | |

| | | |
|---|---|---|
| | | NOTICE OF ERRATA filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. correcting MOTION for Order for Compliance with August 6, 2013 Order, Dkt. 353 367 (Attachments: # 1 Corrected Proposed Order)(Kaufman, Michael) (Entered: 10/14/2013) |
| 10/17/2013 | 369 | NOTICE of Amended Hearing Date filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Petitioners' Amended Notice of Motion and Motion for Compliance)(Kaufman, Michael) (Entered: 10/17/2013) |
| 10/18/2013 | 370 | MINUTES OF IN CHAMBERS - ORDER AND NOTICE TO ALL PARTIES by Judge Terry J. Hatter, Jr.: On the Court's own motion, the Final Pretrial Conference, currently scheduled for 10/21/2013, is hereby ordered taken OFF CALENDAR and vacated to be reset at a later date if necessary. No appearances are necessary on 10/21/2013. Court Reporter: Not Reported. (gk) (Entered: 10/18/2013) |
| 10/21/2013 | 371 | NOTICE Notice of End of Lapse of Appropriations filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 10/21/2013) |
| 10/24/2013 | 372 | MINUTES: IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES: The Court is in receipt of Respondents Notice of end of lapse of appropriations, filed on October 21, 2013 371 . The Court having read and considered said notice, hereby orders that the stay is now lifted. The case may proceed. Counsel are reminded to file the status report on or before October 28, 2013 IT IS SO ORDERED by Judge Terry J. Hatter, Jr. (ir) (Entered: 10/24/2013) |
| 10/28/2013 | 373 | EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File (1) Status Report and (2) Opposition to Motion for Compliance filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Declaration of Theodore Atkinson)(Atkinson, Theodore) (Entered: 10/28/2013) |
| 10/29/2013 | 374 | OPPOSITION to EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File (1) Status Report and (2) Opposition to Motion for Compliance 373 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Kaufman, Michael) (Entered: 10/29/2013) |
| 11/01/2013 | 375 | ORDER GRANTING RESPONDENTS' EX PARTE APPLICATION FOR A SEVEN DAY EXTENSION OF TIME TO FILE (1) RESPONDENTS' OPPOSITION TO PETITIONERS' MOTION FOR COMPLIANCE, AND (2) RESPONDENTS' FIRST STATUS REPORT ON IMPLEMENTATION OF THE 8/6/2013 FINAL ORDER AND PERMANENT INJUNCTION by Judge Terry |

| | | |
|---|---|---|
| | | J. Hatter, Jr.: Respondents' Ex Parte Application 373 is GRANTED. Respondents' Opposition to Petitioners' Motion for Compliance 367 and Respondents' First Status Report on Implementation of the 8/6/2013 Final Order and Permanent Injunction must be filed on or before 11/4/2013. (gk) (Entered: 11/01/2013) |
| 11/04/2013 | 376 | NOTICE of Under Seal Filing filed All Defendants (Atkinson, Theodore) (Entered: 11/04/2013) |
| 11/04/2013 | 377 | STATUS REPORT *(Report No. 1)* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 11/04/2013) |
| 11/04/2013 | 378 | OPPOSITION to MOTION for Order for Compliance with August 6, 2013 Order, Dkt. 353 367 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Declaration Declaration of Sarah Wilson and Exhibits to Declaration, # 2 Declaration Declaration of Jeff Rosenblum)(Wilson, Sarah) (Entered: 11/04/2013) |
| 11/05/2013 | 379 | SEALED DOCUMENT - NOTICE of Filing Under Seal. (gk) (Entered: 11/12/2013) |
| 11/12/2013 | 380 | REPLY in Support of MOTION for Order for Compliance with August 6, 2013 Order, Dkt. 353 367 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Kaufman, Michael) (Entered: 11/12/2013) |
| 11/20/2013 | 381 | EX PARTE APPLICATION for Leave to File Supplemental Brief in Support of Petitioners' Motion for Compliance filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Declaration Declaration of Michael Kaufman in Support of Motion for Compliance, # 2 Exhibits A-C to Kaufman Declaration, # 3 Supplemental Brief in Support of Petitioners' Motion for Compliance)(Kaufman, Michael) (Entered: 11/20/2013) |
| 11/20/2013 | 382 | NOTICE OF LODGING filed *Proposed Order* re EX PARTE APPLICATION for Leave to File Supplemental Brief in Support of Petitioners' Motion for Compliance 381 (Attachments: # 1 Proposed Order)(Kaufman, Michael) (Entered: 11/20/2013) |
| 11/22/2013 | 383 | OPPOSITION to EX PARTE APPLICATION for Leave to File Supplemental Brief in Support of Petitioners' Motion for Compliance 381 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 11/22/2013) |
| 11/25/2013 | 384 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance filed by attorney Wen W Shen on behalf of Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas (Attorney Wen W Shen added to party Yussuf Abdikadir(pty:pet), Attorney Wen W Shen added to party Angel Armando Ayala(pty:pet), Attorney Wen W Shen added to party Jose Farias Cornejo(pty:pet), Attorney Wen W Shen added to party Abdirizak Aden Farah(pty:pet), Attorney Wen W Shen added to party Efren Orozco(pty:pet), Attorney Wen W Shen added to party Alejandro Rodriguez (pty:pet), Attorney Wen W Shen added to party Abel Perez Ruelas(pty:pet)) (Shen, Wen) (Entered: 11/25/2013) |
| 11/25/2013 | 385 | ORDER GRANTING EX PARTE APPLICATION TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF PETITIONERS' MOTION FOR COMPLIANCE by Judge Terry J. Hatter, Jr.: Petitioners' Ex Parte Application to File Supplemental Brief in Support of Petitioners' Motion for Compliance 381 is GRANTED. Petitioners' Supplemental Brief in Support of Petitioners' Motion for Compliance that was submitted with Petitioners' Ex Parte Application is hereby deemed filed. (gk) (Entered: 11/25/2013) |
| 11/25/2013 | 388 | SUPPLEMENTAL BRIEF in Support of Petitioners' Motion for Compliance 367 filed by Petitioners Alejandro Rodriguez, Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Abel Perez Ruelas. (gk) (Entered: 11/26/2013) |
| 11/26/2013 | 386 | Joint STIPULATION for Hearing re MOTION for Order for Compliance with August 6, 2013 Order, Dkt. 353 367 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Proposed Order)(Kaufman, Michael) (Entered: 11/26/2013) |
| 11/26/2013 | 387 | NOTICE OF ERRATA filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. correcting Stipulation for Hearing, 386 (Attachments: # 1 Joint Stipulation for December 9, 2013 Hearing on Petitioners' Motion for Compliance, # 2 Proposed Order)(Kaufman, Michael) (Entered: 11/26/2013) |
| 11/27/2013 | 389 | EX PARTE APPLICATION for Leave *to File Responsive Supplemental Brief* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Memorandum Responsive Supplemental Brief, # 2 Proposed Order)(Atkinson, Theodore) (Entered: 11/27/2013) |
| 12/03/2013 | 390 | ORDER GRANTING RESPONDENTS' EX PARTE APPLICATION FOR LEAVE TO FILE RESPONSIVE SUPPLEMENTAL BRIEF by Judge Terry J. Hatter, Jr.: Respondents' Ex Parte Application for Leave to File a Responsive Supplemental Brief 389 is GRANTED. Respondents' Responsive Supplemental Brief in Opposition to Petitioners' Motion for Compliance that was submitted with Respondents' Ex Parte Application is hereby deemed filed. (gk) (Entered: 12/03/2013) |

126

| | | |
|---|---|---|
| 12/03/2013 | 391 | SUPPLEMENTAL BRIEF in Opposition to Petitioners' Motion for Compliance 367 filed by Respondents Timothy Robbins, Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Thomas G Snow. (gk) (Entered: 12/04/2013) |
| 12/04/2013 | 392 | ORDER GRANTING JOINT STIPULATION FOR 12/9/2013 HEARING ON PETITIONERS' MOTION FOR COMPLIANCE by Judge Terry J. Hatter, Jr.: Upon Stipulation 386 , the hearing on Petitioners' Motion for Compliance 367 will be held on 12/9/2013 at 10:00 AM before Judge Terry J. Hatter, Jr. (gk) (Entered: 12/06/2013) |
| 12/09/2013 | 393 | MINUTES OF PETITIONER'S MOTION FOR COMPLIANCE 367 held before Judge Terry J. Hatter, Jr. Following discussions with the parties, the Court will allow the parties to further meet and confer re the various issues in this motion. The motion is submitted pending the parties proposed order to the Court for consideration. Court Reporter: Wil Wilcox. (lom) (Entered: 12/10/2013) |
| 12/11/2013 | 394 | TRANSCRIPT ORDER as to Plaintiff Alejandro Rodriguez Court Reporter. Court will contact Wen Shen at wen.shen@sidley.com with any questions regarding this order. Transcript portion requested: Other: 12/09/13 Petitioner's Motion for Compliance. Transcript preparation will not begin until payment has been satisfied with the court reporter/recorder. (Shen, Wen) (Entered: 12/11/2013) |
| 12/11/2013 | 395 | Mail Returned addressed to Frederick Ngaywa re Minutes of In Chambers Order 372 . (gk) (Entered: 12/11/2013) |
| 12/23/2013 | 396 | EX PARTE APPLICATION for Leave to File Supplemental Brief Regarding Proposed Order on Motion for Compliance filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Memorandum Supplemental Brief Concerning Proposed Order, # 2 Proposed Order)(Atkinson, Theodore) (Entered: 12/23/2013) |
| 12/26/2013 | 397 | Opposition re: EX PARTE APPLICATION for Leave to File Supplemental Brief Regarding Proposed Order on Motion for Compliance 396 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Exhibit A)(Arulanantham, Ahilan) (Entered: 12/26/2013) |
| 12/27/2013 | 398 | TRANSCRIPT for proceedings held on Monday, December 9, 2013; 10:52 A.M.. Court Reporter: Wil S. Wilcox, phone number 213-290-2849. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 1/17/2014. Redacted Transcript Deadline set for 1/27/2014. Release of Transcript Restriction set for 3/27/2014. (Wilcox, Wil) (Entered: 12/27/2013) |

| 12/27/2013 | 399 | NOTICE OF FILING TRANSCRIPT filed for proceedings Monday, December 9, 2013; 10:52 A.M. re Transcript 398 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (Wilcox, Wil) TEXT ONLY ENTRY (Entered: 12/27/2013) |
|---|---|---|
| 01/06/2014 | 400 | ORDER GRANTING RESPONDENTS' EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF 396 by Judge Terry J. Hatter, Jr: For good cause shown, Respond's Ex Parte Application for Leave to File a Supplemental Brief is GRANTED. Respondents' Supplemental Brief that was submitted with Respondent's Ex Parte Application is hereby deemed filed. (bp) (Entered: 01/06/2014) |
| 01/17/2014 | 401 | RESPONSE filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelasto EX PARTE APPLICATION for Leave to File Supplemental Brief Regarding Proposed Order on Motion for Compliance 396 , Objection/Opposition (Motion related), 397 (Attachments: # 1 Exhibit A) (Kaufman, Michael) (Entered: 01/17/2014) |
| 01/24/2014 | 402 | Mail Returned addressed to Frederick Ngaywa re Order on Ex Parte Application for Leave 400 . (lom) (Entered: 01/24/2014) |
| 01/24/2014 | 403 | Mail Returned addressed to Frederick Ngaywa re Order on Motion for Order, 393 . (lom) (Entered: 01/24/2014) |
| 01/28/2014 | 404 | NOTICE OF LODGING filed *Proposed Order* re MOTION for Order for Compliance with August 6, 2013 Order, Dkt. 353 367 (Attachments: # 1 Proposed Order Proposed on Petitioners' Motion for Compliance)(Atkinson, Theodore) (Entered: 01/28/2014) |
| 01/28/2014 | 405 | STATUS REPORT filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 01/28/2014) |
| 01/29/2014 | 406 | NOTICE of Under Seal Filing filed All Defendants (Atkinson, Theodore) (Entered: 01/29/2014) |
| 01/29/2014 | 407 | NOTICE of Under Seal Filing filed All Defendants (Atkinson, Theodore) (Entered: 01/29/2014) |
| 01/31/2014 | 408 | SEALED DOCUMENT - SECOND STATUS REPORT. (Attachments: # 1 Part 2)(gk) (Entered: 02/05/2014) |
| 02/07/2014 | 409 | NOTICE of Under Seal Filing filed All Defendants (Atkinson, Theodore) (Entered: 02/07/2014) |
| 02/07/2014 | 410 | NOTICE of Manual Filing filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow of Document. (Atkinson, Theodore) (Entered: 02/07/2014) |
| 02/07/2014 | 411 | |

| | | |
|---|---|---|
| | | SEALED DOCUMENT - A Supplement to Spreadsheet Accompanying the Second Status Report Previously Filed on 1/29/2014. (gk) (Entered: 02/11/2014) |
| 04/04/2014 | 412 | STATUS REPORT -- *SUPPLEMENTAL STATUS REPORT* -- filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 04/04/2014) |
| 04/09/2014 | 413 | RESPONSE filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas to Status Report, 412 (Attachments: # 1 Declaration of Michael Kaufman, # 2 Exhibits A-E)(Kaufman, Michael) (Entered: 04/09/2014) |
| 04/16/2014 | 414 | EX PARTE APPLICATION for Leave *to File Reply Brief* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Exhibit Declaration of Sarah S. Wilson, # 2 Exhibit Reply Brief and Supporting Exhibit, # 3 Proposed Order)(Wilson, Sarah) (Entered: 04/16/2014) |
| 04/18/2014 | 415 | NOTICE OF NON-OPPOSITION to EX PARTE APPLICATION for Leave *to File Reply Brief* 414 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Kaufman, Michael) (Entered: 04/18/2014) |
| 04/25/2014 | 416 | ORDER by Judge Terry J. Hatter, Jr: granting 414 Ex Parte Application for Leave to File Reply Brief. (rne) (Entered: 04/25/2014) |
| 04/28/2014 | 417 | STATUS REPORT filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Atkinson, Theodore) (Entered: 04/28/2014) |
| 04/28/2014 | 418 | NOTICE of Manual Filing filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow of status report spreadsheets. (Wilson, Sarah) (Entered: 04/28/2014) |
| 04/29/2014 | 419 | SEALED DOCUMENT - APRIL 28, 2014 STATUS REPORT SPREADSHEETS. (gk) (Entered: 04/30/2014) |
| 05/15/2014 | 420 | STATUS REPORT -- *Supplemental Third Status Report* -- filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Atkinson, Theodore) (Entered: 05/15/2014) |
| 07/21/2014 | 421 | NOTICE OF REASSIGNMENT OF CASE filed. Pursuant to order filed on 4/7/08 Case transferred to Magistrate Judge Robert N. Block for Discovery |

| | | |
|---|---|---|
| | | Referral. Case number will now read 2:07-cv-03239 TJH(RNBx). (esa) (Entered: 07/21/2014) |
| 07/28/2014 | 422 | STATUS REPORT *(Fourth)* filed by Respondents Lee Baca, Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Sammy Jones, Mike Kreuger, Wesley Lee, George Molinar, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow, Paul Walters. (Reuveni, Erez) (Entered: 07/28/2014) |
| 07/28/2014 | 423 | NOTICE of Manual Filing filed by Respondents Lee Baca, Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Sammy Jones, Mike Kreuger, Wesley Lee, George Molinar, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow, Paul Walters (Reuveni, Erez) (Entered: 07/28/2014) |
| 07/28/2014 | 424 | SEALED DOCUMENT- JULY 28, 2014 STATUS REPORT SPREADSHEET. (mat) (Entered: 08/04/2014) |
| 08/06/2014 | 425 | ORDER by Judge Terry J. Hatter, Jr.: Upon the Petitioner's Motion for Compliance 367 , the Court hereby orders as follows: Respondents shall provide Petitioners with a draft Notice of Rodriguez Hearings on or before 8/18/2014. The parties shall either negotiate a mutually-acceptable revised Notice by 9/15/2014, or submit to the Court by that date competing Notice proposals from the parties for consideration by the Court. See document for further details. This order resolves all outstanding issues currently before the Court. If either party believes other issues remain outstanding, then that party shall file a new motion. (gk) (Entered: 08/07/2014) |
| 08/06/2014 | 426 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals 360 filed by Mike Kreuger, Janet Napolitano, Davis Nighswonger, Arthur Edwards, Thomas G Snow, Sandra Hutchens, Eric Holder, Russell Davis, Rodney Penner, Timothy Robbins, Wesley Lee, Nguyen, Notice of Appeal to 9th Circuit Court of Appeals, 365 filed by Efren Orozco, Alejandro Rodriguez, Jose Farias Cornejo, Abel Perez Ruelas, Abdirizak Aden Farah, Angel Armando Ayala, Yussuf Abdikadir, CCA # 13-56706, 13-56755. The respondents' unopposed motion for leave to file an oversize first brief on cross-appeal is granted. The Clerk shall file the previously submitted brief. The current briefings schedule continues to govern as to the remaining briefs. Order received in this district on 8/6/2014. (dmap) (Entered: 08/08/2014) |
| 08/13/2014 | 427 | Mail Returned Undeliverable addressed to Frederick Ngaywa re Notice of Reassignment of Case 421 . (jp) (Entered: 08/13/2014) |
| 08/14/2014 | 428 | APPEAL RECORD RETURNED from 9th CCA Received: Volume(s): 2; Appeal Record Sent to USCA (A-26) 279 (Edwards, Troy) (Entered: 08/14/2014) |
| 08/26/2014 | 431 | Mail Returned addressed to Frederick Ngaywa re Order 425 . (gk) (Entered: 09/17/2014) |
| 09/15/2014 | 429 | STATUS REPORT filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, |

| | | |
|---|---|---|
| | | Nguyen, Davis Nighswonger, Timothy Robbins, Thomas G Snow, Petitioner Abel Perez Ruelas. (Reuveni, Erez) (Entered: 09/15/2014) |
| 09/15/2014 | 430 | NOTICE of Manual Filing filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow (Reuveni, Erez) (Entered: 09/15/2014) |
| 09/15/2014 | 432 | SEALED DOCUMENT- NOTICE OF LODGING UNDERSEAL SPREADSHEET RE: STATUS REPORT. (mat) (Entered: 09/23/2014) |
| 10/15/2014 | 433 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals, 360 filed by Mike Kreuger, Janet Napolitano, Davis Nighswonger, Arthur Edwards, Thomas G Snow, Sandra Hutchens, Eric Holder, Russell Davis, Rodney Penner, Timothy Robbins, Wesley Lee, Nguyen, Notice of Appeal to 9th Circuit Court of Appeals, 365 filed by Efren Orozco, Alejandro Rodriguez, Jose Farias Cornejo, Abel Perez Ruelas, Abdirizak Aden Farah, Angel Armando Ayala, Yussuf Abdikadir, CCA # 13-56706 and 13-56755. The petitioners motion for leave to file an oversize answering brief is granted. The Clerk shall file the previously submitted answering brief. The optional reply brief is due within 14 days after the date of this order. Order received in this district on 10/15/14. (mat) (Entered: 10/17/2014) |
| 10/24/2014 | 434 | STIPULATION for Order concerning implementation of paragraph 3 of the Court's August 6, 2014 order filed by Respondents Lee Baca, Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Sammy Jones, Mike Kreuger, Wesley Lee, George Molinar, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow, Paul Walters.(Reuveni, Erez) (Entered: 10/24/2014) |
| 10/27/2014 | 435 | STATUS REPORT *(fifth)* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Reuveni, Erez) (Entered: 10/27/2014) |
| 10/27/2014 | 436 | NOTICE of manual filing filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Reuveni, Erez) (Entered: 10/27/2014) |
| 10/28/2014 | 438 | SEALED DOCUMENT - QUARTERLY SPREADSHEET. (Attachments: # 1 Part 2)(gk) (Entered: 10/31/2014) |
| 10/30/2014 | 437 | MINUTES OF IN CHAMBERS - ORDER AND NOTICE TO ALL PARTIES by Judge Terry J. Hatter, Jr.: The Court hereby GRANTS the Joint Stipulation concerning the Court's 8/6/2014 order 434 . The Excel spreadsheet will be filed under seal. Court Reporter: Not Reported. (gk) (Entered: 10/30/2014) |
| 01/26/2015 | 439 | NOTICE of Manual Filing filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow (Wilson, Sarah) (Entered: 01/26/2015) |

131

| 01/26/2015 | 440 | Corrected NOTICE of Manual Filing filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow (Wilson, Sarah) (Entered: 01/26/2015) |
|---|---|---|
| 01/26/2015 | 441 | STATUS REPORT *(Sixth)* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Wilson, Sarah) (Entered: 01/26/2015) |
| 01/27/2015 | 442 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Manual Filing (G-92) 439 . The following error(s) was found: Lacking proof of service, F.R.Civ.P. 5. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (jp) (Entered: 01/28/2015) |
| 01/27/2015 | 443 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Corrected Notice of Manual Filing (G-92) 440 . The following error(s) was found: Lacking proof of service, F.R.Civ.P. 5. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (jp) (Entered: 01/28/2015) |
| 01/27/2015 | 444 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Respondents' Sixth Status Report on Implementation of the 8/6/2013 Final Orderand Permanent Injunction 441 . The following error(s) was found: Lacking proof of service, F.R.Civ.P. 5.. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (jp) (Entered: 01/28/2015) |
| 01/27/2015 | 446 | SEALED DOCUMENT - January 26, 2015 Status Report Spreadsheets. (Attachments: # 1 Part 2)(gk) (Entered: 02/09/2015) |
| 01/28/2015 | 445 | CERTIFICATE OF SERVICE filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow, re Notice of Manual Filing (G-92) 440 , Notice of Manual Filing (G-92) 439 , Status Report 441 served on 1/26/2015. (Wilson, Sarah) (Entered: 01/28/2015) |
| 02/18/2015 | 447 | Mail Returned addressed to Frederick Ngaywa re Notice of Deficiency in Electronically Filed Documents 442 . (jloz) (Entered: 02/18/2015) |
| 02/18/2015 | 448 | Mail Returned addressed to Frederick Ngaywa re Notice of Deficiency in Electronically Filed Documents 443 . (jloz) (Entered: 02/18/2015) |
| 02/18/2015 | 449 | Mail Returned addressed to Frederick Ngaywa re Notice of Deficiency in Electronically Filed Documents 444 . (jloz) (Entered: 02/18/2015) |

| 04/24/2015 | 450 | NOTICE of Manual Filing filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow of Exhibit to Respondents' Seventh Status Report. (Wilson, Sarah) (Entered: 04/24/2015) |
|---|---|---|
| 04/24/2015 | 451 | STATUS REPORT *(Seventh)* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Wilson, Sarah) (Entered: 04/24/2015) |
| 04/24/2015 | 452 | CERTIFICATE OF SERVICE filed by Respondent Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow, re Notice of Manual Filing (G-92), 450 served on 4/24/2015. (Wilson, Sarah) (Entered: 04/24/2015) |
| 04/27/2015 | 453 | SEALED DOCUMENT - APRIL 27, 2015 STATUS REPORT SPREADSHEETS. (Attachments: # 1 Part 2)(gk) (Entered: 04/28/2015) |
| 07/27/2015 | 454 | STATUS REPORT *(Eighth)* filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Wilson, Sarah) (Entered: 07/27/2015) |
| 07/27/2015 | 455 | NOTICE of Manual Filing filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow of compliance report spreadsheet. (Wilson, Sarah) (Entered: 07/27/2015) |
| 07/27/2015 | 457 | SEALED DOCUMENT - JULY 27, 2015 STATUS REPORT SPREADSHEETS. (Attachments: # 1 Part 2)(gk) (Entered: 08/03/2015) |
| 07/29/2015 | 456 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Respondents' Eight Status Report on Implementation of the 8/6/2013 Final Order and Permanent Injunction 454 . The following error(s) was found: Lacking proof of service, F.R.Civ.P. 5. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (jp) (Entered: 07/30/2015) |
| 10/02/2015 | 458 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals, 365 filed by Jose Farias Cornejo, Abel Perez Ruelas, Abdirizak Aden Farah, Efren Orozco, Angel Armando Ayala, Alejandro Rodriguez, Yussuf Abdikadir, Notice of Appeal to 9th Circuit Court of Appeals, 360 filed by Mike Kreuger, Janet Napolitano, Davis Nighswonger, Arthur Edwards, Thomas G Snow, Sandra Hutchens, Eric Holder, Russell Davis, Rodney Penner, Timothy Robbins, Wesley Lee, Nguyen. CCA # 13-56706 AND 13-56755. The Order to Show Cause is discharged; no sanctions areimposed.IT IS SO ORDERED.(mat) (Entered: 10/02/2015) |

| 10/28/2015 | 459 | OPINION from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals, 365 filed by Jose Farias Cornejo, Abel Perez Ruelas, Abdirizak Aden Farah, Efren Orozco, Angel Armando Ayala, Alejandro Rodriguez, Yussuf Abdikadir, Notice of Appeal to 9th Circuit Court of Appeals, 360 filed by Mike Kreuger, Janet Napolitano, Davis Nighswonger, Arthur Edwards, Thomas G Snow, Sandra Hutchens, Eric Holder, Russell Davis, Rodney Penner, Timothy Robbins, Wesley Lee, Nguyen. CCA # 13-56706 and 13-56755. We (9th CCA) reverse as to the § 1231(a) subclass, and we hold that IJs must consider the length of detention and provide bond hearings every six months. We hereby remand to the district court to enter a revised injunction consistent with our instructions. (mat) (Entered: 10/28/2015) |
| --- | --- | --- |
| 10/28/2015 | 460 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals, 365 filed by Jose Farias Cornejo, Abel Perez Ruelas, Abdirizak Aden Farah, Efren Orozco, Angel Armando Ayala, Alejandro Rodriguez, Yussuf Abdikadir, Notice of Appeal to 9th Circuit Court of Appeals, 360 filed by Mike Kreuger, Janet Napolitano, Davis Nighswonger, Arthur Edwards, Thomas G Snow, Sandra Hutchens, Eric Holder, Russell Davis, Rodney Penner, Timothy Robbins, Wesley Lee, Nguyen. CCA # 13-56706 and 13-56755. The costs on appeal shall be taxed against the Respondents-Appellees.IT IS SO ORDERED.(mat) (Entered: 10/28/2015) |
| 12/16/2015 | 461 | ORDER from Ninth Circuit Court of Appeals filed. CCA # 13-56706, 13-56755. The Government's unopposed motion for an extension of time to file a petition for rehearing and/or petition for rehearing en banc is GRANTED. The deadline to file is now January 13, 2016 (car) (Entered: 12/16/2015) |
| 01/22/2016 | 462 | MANDATE of Ninth Circuit Court of Appeals filed re: Notice of Appeal 365 , and Notice of Appeal 360 CCA # 13-56706 and 13-56755. The judgment of the 9th Circuit Court, entered October 28, 2015, takes effect this date. This constitutes the formal mandate of the 9th CCA issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. [See USCA Opinion 459 , AFFIRMED IN PART; REVERSED IN PART; REMANDED.] (mat) (Entered: 01/26/2016) |
| 01/28/2016 | 463 | MINUTE IN CHAMBERS ORDER AND NOTICE TO ALL PARTIES by Judge Terry J. Hatter, Jr: The Court is in receipt of the Mandate from the Ninth Circuit Court of Appeals as to Appeal No. 13-56706, affirmed in part; reversed in part; and remanded to the District Court, filed on January 22, 2016. Counsel are hereby notified that the above matter is set on the Court's calendar for Status Conference on February 29, 2016 at 10:00 a.m. Counsel for the parties are ordered to appear at this date and time. (shb) (Entered: 01/28/2016) |
| 02/18/2016 | 464 | Mail Returned addressed to Gjon Juncaj re Minutes of In Chambers Order/Directive - no proceeding held,,, Set/Reset Deadlines/Hearings,, 463 (shb) (Entered: 02/18/2016) |
| 02/29/2016 | 465 | MINUTES OF STATUS CONFERENCE RE MANDATE FROM 9TH COA, APPEAL NO. 13-56706,AFFIRMED IN PART, REVERSED IN PART AND REMANDED TO DIST.COURT 462 : Status Conference held before Judge Terry J. Hatter, Jr: The case is called and counsel state their appearance. The |

| | | |
|---|---|---|
| | | Court and counsel confer. Counsel Rebecca Maxwell, for the Executive Office of Immigration Review is present with defense counsel. Following discussions with the parties, the Court will allow briefing to be filed by the parties. The Court sets a further Status Conference for March 28, 2016 at 10:00 a.m. Court Reporter: COURT SMART. (shb) (Entered: 03/01/2016) |
| 03/24/2016 | 466 | Joint STIPULATION for Order to Continue Status Conference filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Wilson, Sarah) (Entered: 03/24/2016) |
| 03/24/2016 | 467 | ORDER by Judge Terry J. Hatter, Jr, APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE, 466 . Pursuant to the stipulation, and for good cause shown, it is hereby ordered that: (1) The status conference scheduled for March 28, 2016 is removed from the Courts calendar. (2) The parties shall update the Court on the status of their negotiations by April 1, 2016, in a joint stipulation proposing (if necessary) a briefing schedule and a new date for the status conference. (shb) (Entered: 03/24/2016) |
| 04/01/2016 | 468 | Joint STIPULATION for Order setting date for next joint status report filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Wilson, Sarah) (Entered: 04/01/2016) |
| 04/05/2016 | 469 | ORDER APPROVING STIPULATION RE STATUS CONFERENCE 468 by Judge Terry J. Hatter, Jr. It is hereby ordered that the parties shall update the Court on the status of their negotiations by April 8, 2016, in a joint stipulation proposing (if necessary) a briefing schedule and a new date for the status conference. (lom) (Entered: 04/06/2016) |
| 04/08/2016 | 470 | Mail Returned undeliverable addressed to Gjon Juncaj re Minute of Status Conference re Mandate from 9th COA 465 . (jp) (Entered: 04/08/2016) |
| 04/08/2016 | 471 | NOTICE re Status Conference filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Wilson, Sarah) (Entered: 04/08/2016) |
| 06/27/2016 | 472 | MINUTE ORDER IN CHAMBERS - ORDER AND NOTICE TO ALL PARTIES by Judge Terry J. Hatter, Jr. Counsel are hereby notified that a joint status report must be filed to this action no later than JULY 20, 2016. IT IS SO ORDERED. (lom) (Entered: 06/28/2016) |
| 07/20/2016 | 473 | STATUS REPORT filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Wilson, Sarah) (Entered: 07/20/2016) |
| 09/26/2016 | 474 | Mail Returned addressed to Frederick Ngaywa re Minutes of In Chambers Order/Directive - no proceeding held, Set/Reset Deadlines 472 (shb) (Entered: 09/26/2016) |

| 05/26/2017 | 475 | MINUTES (IN CHAMBERS) ORDER AND NOTICE TO ALL PARTIES by Judge Terry J. Hatter, Jr:Counsel are hereby notified that a joint status report must be filed to this action no later than JULY 3, 2017. IT IS SO ORDERED. (yl) (Entered: 05/26/2017) |
|---|---|---|
| 06/29/2017 | 476 | STATUS REPORT *(JOINT)* filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Raul Ernesto Morales, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Kaufman, Michael) (Entered: 06/29/2017) |
| 02/02/2018 | 477 | MINUTE IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES by Judge Terry J. Hatter, Jr: Counsel are hereby notified that a joint status report must be filed to this action no later than MARCH 5, 2018. (shb) (Entered: 02/02/2018) |
| 02/27/2018 | 479 | SUPREME COURT OPINION filed re: Notice of Appeal to 9th Circuit Court of Appeals, 365 filed by Jose Farias Cornejo, Abel Perez Ruelas, Abdirizak Aden Farah, Efren Orozco, Angel Armando Ayala, Alejandro Rodriguez, Yussuf Abdikadir, Notice of Appeal to 9th Circuit Court of Appeals, 360 filed by Mike Kreuger, Janet Napolitano, Davis Nighswonger, Arthur Edwards, Thomas G Snow, Sandra Hutchens, Eric Holder, Russell Davis, Rodney Penner, Timothy Robbins, Wesley Lee, Nguyen. CCA # 13-56706, 13-56755. [Received from the Supreme Court.] (mat) (Entered: 03/05/2018) |
| 03/05/2018 | 478 | STATUS REPORT filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Wilson, Sarah) (Entered: 03/05/2018) |
| 04/30/2018 | 480 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals, 365 filed by Jose Farias Cornejo, Abel Perez Ruelas, Abdirizak Aden Farah, Efren Orozco, Angel Armando Ayala, Alejandro Rodriguez, Yussuf Abdikadir, Notice of Appeal to 9th Circuit Court of Appeals, 360 filed by Mike Kreuger, Janet Napolitano, Davis Nighswonger, Arthur Edwards, Thomas G Snow, Sandra Hutchens, Eric Holder, Russell Davis, Rodney Penner, Timothy Robbins, Wesley Lee, Nguyen. CCA # 13-56706, 13-56755. Petitioners' application for an exemption pursuant to Circuit Rule 46-5 is DENIED.* David Marin is substituted in place of his predecessor. Fed. R. App. P. 43(c)(2).(mat) (Entered: 05/01/2018) |
| 06/14/2018 | 481 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals, 365 filed by Jose Farias Cornejo, Abel Perez Ruelas, Abdirizak Aden Farah, Efren Orozco, Angel Armando Ayala, Alejandro Rodriguez, Yussuf Abdikadir, Notice of Appeal to 9th Circuit Court of Appeals, 360 filed by Mike Kreuger, Janet Napolitano, Davis Nighswonger, Arthur Edwards, Thomas G Snow, Sandra Hutchens, Eric Holder, Russell Davis, Rodney Penner, Timothy Robbins, Wesley Lee, Nguyen. CCA # 13-56706 and 13-56755. The State of California's application for exemptions pursuant to Circuit Rule 46-5 ( for associate deputy solicitors general Samuel Siegel and Max Carter-Oberstone is GRANTED. (mat) (Entered: 06/19/2018) |
| 08/31/2018 | 482 | |

| | | |
|---|---|---|
| | | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals, [360, 365] filed by Jose Farias Cornejo, Abel Perez Ruelas, Abdirizak Aden Farah, Efren Orozco, Angel Armando Ayala, Alejandro Rodriguez, Yussuf Abdikadir. CCA # 13-56706 and 13-56755. Respondents motion to file a corrected supplemental reply brief ECF No. 220 is GRANTED. (shb) (Entered: 09/05/2018) |
| 09/04/2018 | 483 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals, [360, 365] filed by Jose Farias Cornejo, Abel Perez Ruelas, Abdirizak Aden Farah, Efren Orozco, Angel Armando Ayala, Alejandro Rodriguez, Yussuf Abdikadir. CCA # 13-56706 and 13-56755. Counsels unopposed motion for an extension of time to file Petitioners response to Respondents sur-reply is GRANTED. Appellants brief is to be filed no later than September 17, 2018. (shb) (Entered: 09/05/2018) |
| 10/12/2018 | 484 | ORDER from Ninth Circuit Court of Appeals filed. CCA # 13-56706, 13-56755. (yl) (Entered: 10/16/2018) |
| 10/23/2018 | 485 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals, 365 CCA # 13-56706, 13-56755. The parties should be prepared at oral argument on Monday, October 29, 2018, to address what remedy, if any, should be fashioned by the court should it reach the conclusion that any of the relevant statutes are unconstitutional as a violation of Due Process. (shb) (Entered: 10/25/2018) |
| 11/07/2018 | 486 | Notice of Appearance or Withdrawal of Counsel: for attorney Sarah S Wilson counsel for Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger. Gjon Juncaj is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Respondents Timothy Robbins. (Wilson, Sarah) (Entered: 11/07/2018) |
| 11/07/2018 | 487 | Notice of Appearance or Withdrawal of Counsel: for attorney Sarah S Wilson counsel for Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Theodore Atkinson is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Respondents Timothy Robbins. (Wilson, Sarah) (Entered: 11/07/2018) |
| 11/07/2018 | 488 | Notice of Appearance or Withdrawal of Counsel: for attorney Sarah S Wilson counsel for Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Nicole R. Prairie is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Respondents Timothy Robbins et al.. (Wilson, Sarah) (Entered: 11/07/2018) |
| 11/07/2018 | 489 | Notice of Appearance or Withdrawal of Counsel: for attorney Sarah S Wilson counsel for Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis |

| | | |
|---|---|---|
| | | Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Hans H. Chen is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Respondent Timothy Robbins et al. (Wilson, Sarah) (Entered: 11/07/2018) |
| 11/07/2018 | 490 | Notice of Appearance or Withdrawal of Counsel: for attorney Sean A Commons counsel for Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. William Tran is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Plaintiffs Alejandro Rodriguez, et al.. (Commons, Sean) (Entered: 11/07/2018) |
| 11/07/2018 | 491 | Notice of Appearance or Withdrawal of Counsel: for attorney Sean A Commons counsel for Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. Wen W. Shen is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Plaintiffs Alejandro Rodriguez, et al.. (Commons, Sean) (Entered: 11/07/2018) |
| 11/07/2018 | 492 | Notice of Appearance or Withdrawal of Counsel: for attorney Sean A Commons counsel for Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. Brian K. Washington is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Plaintiffs Alejandro Rodriguez, et al.. (Commons, Sean) (Entered: 11/07/2018) |
| 11/07/2018 | 493 | Mail Returned addressed to Frederick Ngaywa re USCA Memorandum/Opinion/Order 484 (shb) (Entered: 11/08/2018) |
| 11/09/2018 | 494 | Notice of Appearance or Withdrawal of Counsel: for attorney Robert Ira Lester counsel for Respondents Eric Holder, Janet Napolitano, Timothy Robbins. Dorothy Kim is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Federal Respondents Dorothy Kim. (Lester, Robert) (Entered: 11/09/2018) |
| 11/19/2018 | 495 | ORDER from Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals, 365 filed by Jose Farias Cornejo, Abel Perez Ruelas, Abdirizak Aden Farah, Efren Orozco, Angel Armando Ayala, Alejandro Rodriguez, Yussuf Abdikadir, Notice of Appeal to 9th Circuit Court of Appeals, 360 filed by Mike Kreuger, Janet Napolitano, Davis Nighswonger, Arthur Edwards, Thomas G Snow, Sandra Hutchens, Eric Holder, Russell Davis, Rodney Penner, Timothy Robbins, Wesley Lee, Nguyen. CCA # 13-56706 and 13-56755. On Remand From The United States Supreme Court. The Court remanded the constitutional issues to our court, and we now, taking our cue from it, likewise remand this case to the district court. In conclusion, we therefore remand with instructions to the district court. REMANDED [see document for complete details.] (mat) (Entered: 11/20/2018) |
| 11/21/2018 | 496 | |

| | | |
|---|---|---|
| | | MINUTE IN CHAMBERS ORDER ANT NOTICE TO ALL PARTIES by Judge Terry J. Hatter, Jr: Counsel are hereby notified that pursuant to the Judge's directive, this matter is placed on the calendar for a Status Conference re remand from the 9th Circuit hearing on January 28, 2019 at 10:00 a.m. (shb) (Entered: 11/26/2018) |
| 12/11/2018 | 497 | MANDATE of Ninth Circuit Court of Appeals filed re: Notice of Appeal to 9th Circuit Court of Appeals, 365 , Notice of Appeal to 9th Circuit Court of Appeals, 360 CCA # 13-56706 and 13-56755. The judgment of this Court, entered November 19, 2018, takes effect thisdate.This constitutes the formal mandate of this Court issued pursuant to Rule41(a) of the Federal Rules of Appellate Procedure. [See USCA Order 495 REMANDED.] (mat) (Entered: 12/13/2018) |
| 12/14/2018 | 498 | STIPULATION to Continue Status Conference from January 28, 2019 to February 11, 2019 Re: Minutes of In Chambers Order/Directive - no proceeding held,, Set/Reset Hearing, 496 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Wilson, Sarah) (Entered: 12/14/2018) |
| 12/17/2018 | 499 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Stipulation to Continue, 498 . The following error(s) was/were found: Case number is incorrect or missing. Other error(s) with document(s): The case number is missing the judge initials. The complete case number is 2:07cv03239-TJH (RNBx). In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (shb) (Entered: 12/17/2018) |
| 12/17/2018 | 500 | ORDER by Judge Terry J. Hatter, Jr, re Stipulation to Continue Status Conference, 498 . FOR GOOD CAUSE SHOWN, the status conference scheduled for January 28, 2019, at 10:00 a.m., is continued to February 11, 2019, at 10:00 a.m. (shb) (Entered: 12/17/2018) |
| 02/04/2019 | 501 | STIPULATION to Reschedule Status Conference filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Wilson, Sarah) (Entered: 02/04/2019) |
| 02/08/2019 | 502 | ORDER ON STIPULATION FOR ORDER RESCHEDULING STATUS CONFERENCE 501 by Judge Terry J. Hatter, Jr. FOR GOOD CAUSE SHOWN, the status conference scheduled for February 11, 2019, at 10:00 a.m., is continued to March 4, 2019, at 10:00 a.m. IT IS SO ORDERED. (yl) (Entered: 02/08/2019) |
| 03/04/2019 | 503 | MINUTE IN CHAMBERS NOTICE TO ALL PARTIES OF COURT ORDER by Judge Terry J. Hatter, Jr: On the Courts own motion, the Status Conference currently scheduled for March 4, 2019, is hereby ordered continued to March |

| | | |
|---|---|---|
| | | 18, 2019 at 10:00 a.m. Counsel for the parties are ordered to appear. (shb) (Entered: 03/04/2019) |
| 03/18/2019 | 505 | MINUTES OF STATUS CONFERENCE on J.P. MORGAN CHASE BANK, N.A.'S MOTION TO COMPEL ARBITRATION 11 held before Judge Terry J. Hatter, Jr: The case is called and counsel state their appearance. The Court and counsel confer re the status of the case. Following discussions with the parties, the Court will allow Plaintiff time to file his Amended Complaint. The Amended Complaint is to be filed no later than April 19, 2019 as stated on the record. A written order willfollow as to the briefing schedule. Court Reporter: Lisa Gonzalez. (shb) (Entered: 03/28/2019) |
| 03/18/2019 | 526 | AMENDED MINUTES re STATUS CONFERENCE HELD RE MANDATE FROM 9TH CIRCUIT COURT OF APPEALS APPEAL NO. 13-56706 AFFIRMED.IN PART, REVERSED IN PART AND REMANDED TO DISTRICT COURT, 463 , 495 held before Judge Terry J. Hatter, Jr. The Court and counsel confer re the.status of the case. Following discussions with the parties, the Court will allow Plaintiff time to file his Amended Complaint. The Amended Complaint is to be filed no later than April 19, 2019 as stated on the record. Re: Minutes of Status Conference 505 . (shb) Modified on 11/7/2019 (shb). (Entered: 11/07/2019) |
| 03/26/2019 | 504 | Notice of Appearance or Withdrawal of Counsel: for attorney Robert Ira Lester counsel for Respondents Eric Holder, Janet Napolitano, Timothy Robbins. Robert I. Lester is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Federal Respondents Holder, Napolitano, Robbins. (Lester, Robert) (Entered: 03/26/2019) |
| 04/12/2019 | 506 | Mail Returned addressed to Frederick Ngaywa re Status Conference - 505 (shb) (Entered: 04/15/2019) |
| 04/18/2019 | 507 | Joint STIPULATION for Extension of Time to Amend Amended Complaint, 111 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Raul Ernesto Morales, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Proposed Order) (Attorney Michael Bryan Kaufman added to party Raul Ernesto Morales (pty:pet))(Kaufman, Michael) (Entered: 04/18/2019) |
| 04/19/2019 | 508 | ORDER by Judge Terry J. Hatter, Jr, GRANTING Stipulation for Extension of Time to Amend Complaint, [507. Petitioners Amended Complaint shall be filed no later than May 20, 2019. (shb) (Entered: 04/19/2019) |
| 05/20/2019 | 509 | NOTICE OF MOTION AND MOTION to Amend Amended Complaint, 111 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Raul Ernesto Morales, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Fourth Amended Complaint, # 2 Proposed Order) (Attorney Ahilan T Arulanantham added to party Raul Ernesto Morales(pty:pet)) (Arulanantham, Ahilan) (Entered: 05/20/2019) |
| 05/29/2019 | 510 | |

| | | |
|---|---|---|
| | | Joint STIPULATION for Extension of Time to File as to NOTICE OF MOTION AND MOTION to Amend Amended Complaint, 111 509 , Joint STIPULATION to Continue Submission Date from June 17, 2019 to July 8, 2019 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Wilson, Sarah) (Entered: 05/29/2019) |
| 05/31/2019 | 511 | ORDER ON JOINT STIPULATION FOR EXTENSION OF TIME FOR RESOLUTION OF THE MOTIONFOR LEAVE TO AMEND THE COMPLAINT AND TO CONTINUE HEARING DATE TO JULY 8, 2019 [510 by Judge Terry J. Hatter, Jr. The Respondents' time for responding to Petitioners' Motion to Amend the Complaint is extended to June 12, 2019, Petitioners' time to file a reply in support of the motion is extended to June 24, 2019, and the submission date for the motion is continued from June 17, 2019, to July 8, 2019. (shb) (Entered: 05/31/2019) |
| 06/12/2019 | 512 | OPPOSITION to NOTICE OF MOTION AND MOTION to Amend Amended Complaint, 111 509 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Exhibit A: Bond Order, # 2 Exhibit B: Motion to Change Venue)(Wilson, Sarah) (Entered: 06/12/2019) |
| 06/24/2019 | 513 | REPLY in Support of NOTICE OF MOTION AND MOTION to Amend Amended Complaint, 111 509 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Raul Ernesto Morales, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Arulanantham, Ahilan) (Entered: 06/24/2019) |
| 07/10/2019 | 514 | ORDER by Judge Terry J. Hatter, Jr: GRANTING 509 MOTION TO FILE A FOURTH AMENDED COMPLAINT. Petitioners shall file the Fourth Amended Complaint that was attached to their Motion, and the Fourth Amended Complaint shall be deemed the operative Complaint in this case. (shb) (Entered: 07/10/2019) |
| 07/11/2019 | 515 | Fourth AMENDED COMPLAINT against Respondents Lee Baca, Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Sammy Jones, Mike Kreuger, Wesley Lee, George Molinar, Janet Napolitano, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow, Paul Walters amending Amended Complaint, 111 , filed by Petitioners Yussuf Abdikadir, Abel Perez Ruelas, Alejandro Rodriguez, Jose Farias Cornejo, Abdirizak Aden Farah, Angel Armando Ayala, Raul Ernesto Morales(Arulanantham, Ahilan) (Entered: 07/11/2019) |
| 07/24/2019 | 516 | Joint STIPULATION Extending Time to Answer the complaint as to Wesley Lee answer now due 8/8/2019; Mike Kreuger answer now due 8/8/2019; Arthur Edwards answer now due 8/8/2019; Eric Holder answer now due 8/8/2019; Rodney Penner answer now due 8/8/2019; Russell Davis answer now due 8/8/2019; Janet Napolitano answer now due 8/8/2019; Davis Nighswonger answer now due 8/8/2019; Thomas G Snow answer now due |

141

| | | |
|---|---|---|
| | | 8/8/2019; Nguyen answer now due 8/8/2019; Sandra Hutchens answer now due 8/8/2019; Timothy Robbins answer now due 8/8/2019, re Amended Complaint/Petition, 515 filed by Respondents Wesley Lee; Mike Kreuger; Arthur Edwards; Eric Holder; Rodney Penner; Russell Davis; Janet Napolitano; Davis Nighswonger; Thomas G Snow; Nguyen; Sandra Hutchens. (Attachments: # 1 Proposed Order)(Wilson, Sarah) (Entered: 07/24/2019) |
| 07/25/2019 | 517 | ORDER ON JOINT STIPULATION FOR EXTENSION OF TIME FOR RESPONDENTS TO FILE A REPONSE TO THE FOURTH AMENDED COMPLAINT 516 by Judge Terry J. Hatter, Jr. IT IS ORDERED that Respondents time for responding to the Petitioners Fourth Amended Complaint is extended from July 25, 2019, to August 8, 2019. (shb) (Entered: 07/25/2019) |
| 08/06/2019 | 518 | Joint STIPULATION Extending Time to Answer the complaint as to Wesley Lee answer now due 8/22/2019; Mike Kreuger answer now due 8/22/2019; Arthur Edwards answer now due 8/22/2019; Eric Holder answer now due 8/22/2019; Rodney Penner answer now due 8/22/2019; Russell Davis answer now due 8/22/2019; Janet Napolitano answer now due 8/22/2019; Davis Nighswonger answer now due 8/22/2019; Thomas G Snow answer now due 8/22/2019; Nguyen answer now due 8/22/2019; Timothy Robbins answer now due 8/22/2019; Sandra Hutchens answer now due 8/22/2019, re Amended Complaint/Petition, 515 filed by Respondents Wesley Lee; Mike Kreuger; Arthur Edwards; Eric Holder; Rodney Penner; Russell Davis; Janet Napolitano; Davis Nighswonger; Thomas G Snow; Nguyen; Timothy Robbins; Sandra Hutchens. (Attachments: # 1 Proposed Order)(Wilson, Sarah) (Entered: 08/06/2019) |
| 08/09/2019 | 519 | Mail Returned addressed to Frederick Ngaywa re Stipulation Extending Time to Answer (30 days or less), 516 (shb) (Entered: 08/09/2019) |
| 08/15/2019 | 520 | ORDER ON JOINT STIPULATION FOR SECOND EXTENSION OF TIME FOR RESPONDENTS TO FILE A RESPONSE TO THE FOURTH AMENDED COMPLAINT 518 , by Judge Terry J. Hatter, Jr. IT IS ORDERED that Respondents time for responding to the Petitioners Fourth Amended Complaint is extended from August 8, 2019, to August 22, 2019. (shb) (Entered: 08/15/2019) |
| 08/22/2019 | 521 | NOTICE OF MOTION AND MOTION to Dismiss Petitioner Alex Cacho Castillo, Counts I, IV filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Motion set for hearing on 10/7/2019 at 10:00 AM before Judge Terry J. Hatter Jr. (Attachments: # 1 Proposed Order) (Wilson, Sarah) (Entered: 08/22/2019) |
| 08/23/2019 | 522 | NOTICE of Appearance filed by attorney Zoe Nicole McKinney on behalf of Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas (Attorney Zoe Nicole McKinney added to party Yussuf Abdikadir(pty:pet), Attorney Zoe Nicole McKinney added to party Angel Armando Ayala(pty:pet), Attorney Zoe Nicole McKinney added to party Jose Farias Cornejo(pty:pet), |

| | | |
|---|---|---|
| | | Attorney Zoe Nicole McKinney added to party Abdirizak Aden Farah(pty:pet), Attorney Zoe Nicole McKinney added to party Efren Orozco(pty:pet), Attorney Zoe Nicole McKinney added to party Alejandro Rodriguez(pty:pet), Attorney Zoe Nicole McKinney added to party Abel Perez Ruelas(pty:pet)) (McKinney, Zoe) (Entered: 08/23/2019) |
| 08/27/2019 | 523 | Mail Returned addressed to Frederick Ngaywa re Order Extending Answer Due Deadline, 520 (shb) (Entered: 09/05/2019) |
| 09/16/2019 | 524 | Opposition re: NOTICE OF MOTION AND MOTION to Dismiss Petitioner Alex Cacho Castillo, Counts I, IV 521 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Raul Ernesto Morales, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Arulanantham, Ahilan) (Entered: 09/16/2019) |
| 09/23/2019 | 525 | REPLY in support NOTICE OF MOTION AND MOTION to Dismiss Petitioner Alex Cacho Castillo, Counts I, IV 521 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Wilson, Sarah) (Entered: 09/23/2019) |
| 11/07/2019 | 527 | ORDER by Judge Terry J. Hatter, Jr: DENYING 521 RESPONDENTS MOTION TO DISMISS AS TO PETITIONERS EIGHT AMENDMENT CLAIM. (shb) (Entered: 11/08/2019) |
| 11/18/2019 | 528 | NOTICE OF MOTION AND MOTION for Order for Clarification or Reconsideration of Order (Dkt. 527) filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Raul Ernesto Morales, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Memorandum, # 2 Proposed Order) (Arulanantham, Ahilan) (Entered: 11/18/2019) |
| 11/25/2019 | 529 | NOTICE of Change of Attorney Business or Contact Information: for attorney Steven A Ellis counsel for Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. Changing Address to Los Angeles Superior Court, 111 North Hill Street, Los Angeles, CA 90012. Changing Email to steven.ellis213@gmail.com. Filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. (Ellis, Steven) (Entered: 11/25/2019) |
| 11/25/2019 | 530 | Notice of Appearance or Withdrawal of Counsel: for attorney Steven A Ellis counsel for Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Alejandro Rodriguez, Abel Perez Ruelas. Steven A. Ellis is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Petitioner Alejandro Rodriguez, et al.. (Ellis, Steven) (Entered: 11/25/2019) |
| 11/25/2019 | 531 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION for Order for Clarification or Reconsideration of Order (Dkt. 527) 528 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, |

| | | |
|---|---|---|
| | | Rodney Penner, Timothy Robbins, Thomas G Snow. (Wilson, Sarah) (Entered: 11/25/2019) |
| 11/26/2019 | 532 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Notice of Appearance or Withdrawal of Counsel (G-123), 530 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Request for Substitution of Counsel G01. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 11/26/2019) |
| 11/27/2019 | 533 | NOTICE OF MOTION AND MOTION to Vacate Order on Motion for Preliminary Injunction,, 255 *and certify class* filed by Respondent Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Motion set for hearing on 2/17/2020 at 10:00 AM before Judge Terry J. Hatter Jr. (Attachments: # 1 Memorandum, # 2 Proposed Order) (Wilson, Sarah) (Entered: 11/27/2019) |
| 12/02/2019 | 534 | REPLY in Support of NOTICE OF MOTION AND MOTION for Order for Clarification or Reconsideration of Order (Dkt. 527) 528 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Raul Ernesto Morales, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Arulanantham, Ahilan) (Entered: 12/02/2019) |
| 12/11/2019 | 536 | [REFER TO NOTICE OF CLERICAL ERROR, [DKT 537]. ORDER RE VEXATIOUS LITIGANT FILING by Judge Virginia A. Phillips, IT IS HEREBY ORDERED that the documents presented not be filed. (shb) Modified on 12/17/2019 (shb). (Entered: 12/17/2019) |
| 12/16/2019 | 535 | MINUTES IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES by Judge Terry J. Hatter, Jr: Counsel are hereby notified that pursuant to the Judge's directive, the Petitioner's motion for clarification or reconsideration 528 currently set for hearing on December 23, 2019 and Respondent's motion to vacate preliminary injunction and decertify class 533 set for February 17, 2020 are both taken under submission as of the hearing date. No appearances are needed on December 23, 2019 or February 17, 2020. (shb) (Entered: 12/17/2019) |
| 12/17/2019 | 537 | NOTICE OF CLERICAL ERROR: Due to clerical error Re: Vexatious Litigant Filing (CV-115) 536 . THIS DOCUMENT WAS FILED IN THIS CASE IN ERROR. (shb) (Entered: 12/17/2019) |
| 12/18/2019 | 538 | Notice of Electronic Filing re Order on Motion for Order,,, Order on Motion to Vacate,, 535 , NOTICE OF MOTION AND MOTION to Vacate Order on Motion for Preliminary Injunction,, 255 *and certify class* 533 , MEMORANDUM in Opposition to Motion, 531 , Vexatious Litigant Filing (CV-115) 536 , Notice of Clerical Error (G-11) 537 , NOTICE OF MOTION AND MOTION for Order for Clarification or Reconsideration of Order (Dkt. 527) 528 , Notice of Appearance or Withdrawal of Counsel (G-123), 530 , Notice of Change of Attorney Business or Contact Information (G-06),, 529 , |

| | | |
|---|---|---|
| | | Reply (Motion related), 534 , Order on Motion to Dismiss 527 , Deficiency in Electronically Filed Documents (G-112A) - optional html form,, 532 e-mailed to Sarah S. Wilson bounced due to No longer with the Office of Immigration. The primary e-mail address associated with the attorney record has been deleted. Pursuant to Local Rules it is the attorneys obligation to maintain all personal contact information including e-mail address in the CM/ECF system. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (lmh) TEXT ONLY ENTRY (Entered: 12/18/2019) |
| 12/27/2019 | 539 | OPPOSITION re: NOTICE OF MOTION AND MOTION to Vacate Order on Motion for Preliminary Injunction,, 255 *and certify class* 533 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Raul Ernesto Morales, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Arulanantham, Ahilan) (Entered: 12/27/2019) |
| 01/22/2020 | 540 | Joint STIPULATION for Order for Scheduling Order filed by Plaintiffs Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Raul Ernesto Morales, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Proposed Order)(Attorney Zoe Nicole McKinney added to party Raul Ernesto Morales(pty:pet))(McKinney, Zoe) (Entered: 01/22/2020) |
| 01/27/2020 | 541 | ORDER GRANTING JOINT STIPULATION FOR SCHEDULING ORDER 540 by Judge Terry J. Hatter, Jr.: Respondents shall file any reply in support of the motion to vacate and decertify by January 29, 2020. The motion shall be noticed for February 17, 2020. Fact discovery: Respondents produced an initial set of information responsive to these requests on December 13, 2019, and Respondents will produce the remainder of discovery relating to bond hearings conducted under the injunction that Petitioners have already propounded by February 15, 2020. The Parties will exchange updated disclosures pursuant to Fed. R. Civ. P. 26 on February 7, 2020. Expert discovery: The Parties will update expert disclosures and prepare and serve expert reports by April 17, 2020. The Parties will prepare and serve rebuttal reports by June 15, 2020. Expert discovery will close on August 3, 2020. Briefing for dispositive motions: Regarding the schedule for anticipated cross-motions for summary judgment, Petitioners will file their opening motion for summary judgment on September 11, 2020. Respondents will file their brief in opposition and cross motion for summary judgment on October 15, 2020. Petitioners will file a rebuttal brief in opposition to Respondents summary judgment motion and reply in support of their summary judgment motion on November 13, 2020. Respondents will file their reply in support of their cross motion for summary judgment on December 7, 2020. The motions shall be noticed for December 21, 2020. See order for further details. (shb) (Entered: 01/27/2020) |
| 02/18/2020 | 542 | STIPULATION to Reset filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Attachments: # 1 Proposed Order)(Wilson, Sarah) (Entered: 02/18/2020) |
| 02/24/2020 | 543 | ORDER ON JOINT STIPULATION TO RECALENDAR SUBMISSION DATE FOR RESPONDENTS MOTION TO VACATE THE PRELIMINARY |

145

| | | |
|---|---|---|
| | | INJUNCTION AND DECERTIFY CLASS 542 by Judge Terry J. Hatter, Jr. IT IS ORDERED that Respondents Motion to Vacate the Preliminary Injunction and Decertify Class be re-calendared from February 17, 2020, to March 16, 2020. (shb) (Entered: 02/25/2020) |
| 03/02/2020 | 544 | REPLY in support of NOTICE OF MOTION AND MOTION to Vacate Order on Motion for Preliminary Injunction,, 255 *and certify class* 533 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Wilson, Sarah) (Entered: 03/02/2020) |
| 03/02/2020 | 545 | Mail Returned addressed to Frederick Ngaywa re Order, Set/Reset Deadlines, 541 (shb) (Entered: 03/03/2020) |
| 03/09/2020 | 546 | ORDER by Judge Terry J. Hatter, Jr: re 528 MOTION for Order for clarification or reconsideration of the Court's November 7,2019 order. IT IS ORDERED that the motion be, and hereby is GRANTED. An amended order will issue. (shb) (Entered: 03/10/2020) |
| 03/09/2020 | 547 | AMENDED ORDER by Judge Terry J. Hatter, Jr: IT IS ORDERED that the motion to dismiss be, hereby is GRANTED as to Petitioner Alex Cacho Castillo and Petitioner's Section 1231 claim. IT IS FURTHER ORDERED that the motion to dismiss be, and hereby is DENIED as to Petitioner's Eighth Amendment claim. See order for further details. re MOTION for Order for Clarification or Reconsideration of Order (Dkt. 527), 528 . (shb) (Entered: 03/10/2020) |
| 03/25/2020 | 548 | Mail Returned addressed to Frederick Ngaywa re Order on Motion for Order 546 (shb) (Entered: 03/26/2020) |
| 03/26/2020 | 549 | Mail Returned addressed to Frederick Ngaywa re Order, 547 (shb) (Entered: 03/27/2020) |
| 04/07/2020 | 550 | NOTICE OF MOTION AND MOTION for Reconsideration re Order on Motion for Order 546 , Order, 547 , NOTICE OF MOTION AND MOTION to Vacate Order on Motion for Summary Judgment,,,,,,,, Order on Motion for Order,,, 353 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Motion set for hearing on 5/11/2020 at 10:00 AM before Judge Terry J. Hatter Jr. (Attachments: # 1 Memorandum, # 2 Proposed Order) (Wilson, Sarah) (Entered: 04/07/2020) |
| 04/17/2020 | 551 | Joint STIPULATION for Order to Temporarily Suspend Case Schedule filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Raul Ernesto Morales, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Proposed Order)(Arulanantham, Ahilan) (Entered: 04/17/2020) |
| 04/20/2020 | 552 | Opposition re: NOTICE OF MOTION AND MOTION for Reconsideration re Order on Motion for Order 546 , Order, 547 NOTICE OF MOTION AND MOTION to Vacate Order on Motion for Summary Judgment,,,,,,,, Order on |

| | | |
|---|---|---|
| | | Motion for Order,,, 353 550 filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Raul Ernesto Morales, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Arulanantham, Ahilan) (Entered: 04/20/2020) |
| 04/27/2020 | 553 | REPLY in support of NOTICE OF MOTION AND MOTION for Reconsideration re Order on Motion for Order 546 , Order, 547 NOTICE OF MOTION AND MOTION to Vacate Order on Motion for Summary Judgment,,,,,,, Order on Motion for Order,,, 353 550 filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (Wilson, Sarah) (Entered: 04/27/2020) |
| 05/19/2020 | 554 | ORDER GRANTING JOINT STIPULATION TO TEMPORARILY SUSPEND CASE SCHEDULE by Judge Terry J. Hatter, Jr 551 Good cause having been shown in the parties' Joint Stipulation, the Stipulation is hereby GRANTED. The scheduling order entered on January 27, 2020, Dkt. 541, shall be stayed from April 15, 2020 to June 15, 2020 in light of the COVID-19 pandemic. the Parties shall reassess the need for extending the stay prior to the end of this 60-day period. Should the parties wish to continue the stay beyond June 15, 2020, they shall inform the Court by separate filing. It is so ORDERED. (See Order for further details) (yl) (Entered: 05/20/2020) |
| 05/28/2020 | 555 | ORDER by Judge Terry J. Hatter, Jr: DENYING AS MOOT 533 MOTION to Vacate Order on Motion for Preliminary Injunction and Decertify class. Finally, while considering the procedural quagmire caused by the continuation of the permanent injunction, the Court simultaneously considered Respondents motion to de-certify the class. When the Court certified this case into sub-classes, it did so pursuant to Rodriguez I. Thereafter, the certification of the class permeated all aspects of this case. Indeed, the Courts original preliminary and permanent injunctions ordered remedies based on class members membership in particular sub-classes. See Rodriguez II and III. Because the Ninth Circuit ordered the permanent injunction to remain in effect, the decertification of the class, at this juncture, would move this case backward rather than forward. As previously stated, that is not the direction the Court is attempting to move this case. Consequently, the motion to decertify the class must be denied. (shb) (Entered: 05/28/2020) |
| 06/16/2020 | 556 | Joint STIPULATION to Stay Case filed by Petitioners Yussuf Abdikadir, Angel Armando Ayala, Jose Farias Cornejo, Abdirizak Aden Farah, Raul Ernesto Morales, Efren Orozco, Alejandro Rodriguez, Abel Perez Ruelas. (Attachments: # 1 Proposed Order)(Arulanantham, Ahilan) (Entered: 06/16/2020) |
| 06/18/2020 | 557 | ORDER GRANTING JOINT STIPULATION TO TEMPORARILY SUSPEND CASE SCHEDULE, 556 by Judge Terry J. Hatter, Jr: This Court extends the current stay in this case for an additional 30 days to July 15, 2020. The parties case schedule to this Court, or, should the parties wish to continue the stay beyond July 15m 2020, to inform the Court by separate filing. (shb) (Entered: 06/18/2020) |

| 06/29/2020 | 558 | Mail Returned addressed to Frederick Ngaywa re Order, 557 (shb) (Entered: 06/30/2020) |
|---|---|---|
| 07/27/2020 | 559 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Respondents Russell Davis, Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. Appeal of Order on Motion to Vacate,,,, 555 . (Appeal Fee - Not Required for US Goverment.) (Wilson, Sarah) (Entered: 07/27/2020) |
| 07/30/2020 | 560 | NOTIFICATION from Ninth Circuit Court of Appeals of case number assigned and briefing schedule. Appeal Docket No. 20-55770 assigned to Notice of Appeal to 9th Circuit Court of Appeals, 559 as to respondents Arthur Edwards, Eric Holder, Sandra Hutchens, Mike Kreuger, Wesley Lee, Janet Napolitano, Nguyen, Davis Nighswonger, Rodney Penner, Timothy Robbins, Thomas G Snow. (lom) (Entered: 07/31/2020) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/01/2020 08:17:00 | | | |
| **PACER Login:** | SARAHSWILSON | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-03239-TJH-RNB End date: 9/1/2020 |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

148

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2020, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Sarah Wilson*
SARAH WILSON
Senior Litigation Counsel
U.S. Department of Justice