UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al., <br><br> Petitioners - Appellees, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General; et al., <br><br> Respondents - Appellants. | No. 20-55770 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |

This case is RELEASED from the Mediation Program.

Counsel are requested to contact the Circuit Mediator by email (stephen_liacouras@ca9.uscourts.gov) should circumstances develop that warrant settlement discussions while the appeal is pending.

FOR THE COURT:

Stephen Liacouras
Chief Circuit Mediator

vs/mediation