FILED

SEP 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al., | No. 20-55770 |
| Petitioners-Appellees, | D.C. No. 2:07-cv-03239-TJH-RNB Central District of California, Los Angeles |
| v. | |
| WILLIAM P. BARR, Attorney General; et al., | ORDER |
| Respondents-Appellants. | |

Briefing in this appeal is stayed pending resolution of appellees' motion to dismiss. *See* 9th Cir. R. 27-11(a)(1).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kendall W. Hannon
Deputy Clerk
Ninth Circuit Rule 27-7

KWH19-/MOATT