FILED

OCT 26 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al., <br><br> Petitioners-Appellees, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General; et al., <br><br> Respondents-Appellants. | No.  20-55770 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> Central District of California, Los Angeles <br><br> ORDER |

Before: WARDLAW and GOULD, Circuit Judges, and HADDON, District Judge.[1]

Appellees' motion to dismiss (Docket Entry No. 12) is denied without prejudice to renewal in the answering brief.

The answering brief is due December 1, 2020, and the optional reply brief is due within 21 days after service of the answering brief. *See* 9th Cir. R. 3-3(b). No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(3). Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

Oral argument, if any, will be set in due course.

---

[1] The Honorable Sam E. Haddon, United States District Judge for the District of Montana, sitting by designation.

KWH19-/MOATT