No. 20-55770
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

TIMOTHY ROBBINS, et al.,
Respondents-Appellants,

v.

ALEJANDRO RODRIGUEZ, et al.,
Petitioners-Appellees.
_____

On Appeal from the United States District Court, Central District of California
No. CV 07-3239-TJH (RNB)
_____

# JOINT MOTION FOR 90 DAY EXTENSION TO FILE PETITION FOR PANEL REHEARING OR REHEARING EN BANC
_____

MICHAEL KAUFMAN
mkaufman@aclusocal.org
LIGA CHIA
lchia@aclusocal.org
ACLU Foundation
  of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-5232

JUDY RABINOVITZ
jrabinovitz@aclu.org
MICHAEL TAN
mtan@alcu.org
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-26

AHILAN ARULANANTHAM
arulanantham@law.ucla.edu
UCLA School of Law
385 Charles Young Drive East
Los Angeles, CA 90095
Tel: 310-825-1029

JAYASHRI SRIKANTIAH
jsrikantiah@law.stanford.edu
Stanford Law School
Immigrants' Rights Clinic
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS
scommons@sidley.com
ALEXANDRIA RUIZ (SBN 313286)
aruiz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

AVA GUO
aguo@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

The parties respectfully request that this Court extend the deadline to file the Petition for Panel Rehearing or Rehearing En Banc by 90 days. The Memorandum in this Case was issued on October 19, 2021 (Dkt. 30). The current due date for the Petition for Rehearing is December 3, 2021. The parties respectfully request that the due date be extended 90 days to March 3, 2022.

Good cause exists for this request. The parties recently agreed to mediate this matter under the supervision of a federal magistrate judge. A potential settlement may resolve all, or parts, of Petitioners' claims, including to the relief at issue in this appeal. The parties therefore agree that judicial economy would be best served if the parties can dedicate their energies to determining whether an agreement can be reached at this time.

In addition, lead counsel for Petitioners-Appellees have several impending deadlines in pending matters, including the Respondents' merits brief in *Garland v. Gonzalez*, No. 20-322, 2021 WL 3711642, at *1 (certiorari granted Aug. 23, 2021) due on November 22, 2021. Because of these competing commitments and the upcoming holiday season, Plaintiffs' counsel require additional time to evaluate and potentially prepare a petition for rehearing.

For the foregoing reasons, the parties respectfully request that the deadline to file the Petition for Panel Rehearing or Rehearing En Banc be extended by 90 days. The parties will notify the Court if any additional extensions are warranted

because settlement discussions are ongoing.

                                                                    Respectfully submitted

Dated: November 9, 2021               <u>s/ Michael Kaufman</u>
                                                     MICHAEL KAUFMAN
                                                     Counsel for Petitioners-Appellees

                                                     <u>s/ Sarah Wilson (with permission)</u>
                                                     SARAH WILSON
                                                     Counsel for Respondents-Appellants