No. 20-55770
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

TIMOTHY ROBBINS, et al.,
Respondents-Appellants,

v.

ALEJANDRO RODRIGUEZ, et al.,
Petitioners-Appellees.
_____

On Appeal from the United States District Court, Central District of California
No. CV 07-3239-TJH (RNB)
_____

# JOINT MOTION FOR 90 DAY EXTENSION TO FILE PETITION FOR PANEL REHEARING OR REHEARING EN BANC
_____

MICHAEL KAUFMAN
mkaufman@aclusocal.org
LIGA CHIA
lchia@aclusocal.org
ACLU Foundation
   of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-5232

JUDY RABINOVITZ
jrabinovitz@aclu.org
MICHAEL TAN
mtan@alcu.org
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-26

AHILAN ARULANANTHAM
arulanantham@law.ucla.edu
UCLA School of Law
Center for Immigration Law and Policy
385 Charles Young Drive East
Los Angeles, CA 90095
Tel:  310-825-1029

JAYASHRI SRIKANTIAH
jsrikantiah@law.stanford.edu
Stanford Law School
Immigrants' Rights Clinic
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS
scommons@sidley.com
ALEXANDRIA RUIZ (SBN 313286)
aruiz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

AVA GUO
aguo@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

The parties respectfully request that this Court extend the deadline to file the Petition for Panel Rehearing or Rehearing En Banc by 90 days. The Memorandum in this Case was issued on October 19, 2021 (Dkt. 30). The parties previously requested an extension from this Court, which was granted on November 10, 2021 (Dkt. 32). The current due date for the Petition for Rehearing is March 3, 2022. The parties respectfully request that the due date be extended by 90 days to June 1, 2022.

Good cause exists for this request. As previously disclosed to this Court, the parties agreed to mediate this matter under the supervision of a federal magistrate judge. The first formal mediation session is scheduled for April 26, 2022. In the interim, the parties have engaged in extensive discussions over potential paths to settlement, including a Zoom meeting on February 9, 2022, attended by Plaintiffs' counsel, Defendants' counsel, and Defendant agency personnel. Given the important interests at stake and the complexity of the issues for consideration, the parties require additional time to determine whether a settlement can be reached.

A potential settlement may resolve all, or parts, of Petitioners' claims, including to the relief at issue in this appeal. As such, the parties agree that judicial economy would be best served by continuing to engage in settlement negotiations.

For the foregoing reasons, the parties respectfully request that the deadline to file the Petition for Panel Rehearing or Rehearing En Banc be extended by 90

days. The parties will notify the Court if any additional extensions are warranted because settlement discussions are ongoing.

                                                                       Respectfully submitted

Dated: March 1, 2022                       s/ Michael Kaufman
                                                      MICHAEL KAUFMAN
                                                      Counsel for Petitioners-Appellees

Dated: March 1, 2022                       s/ Sarah Wilson (with permission)
                                                      SARAH WILSON
                                                      Counsel for Respondents-Appellants