**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al.,<br><br>　　　　Petitioners-Appellees,<br><br>　v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>　　　　Respondents-Appellants. | No.　20-55770<br><br>D.C. No. 2:07-cv-03239-TJH-RNB<br>Central District of California, Los Angeles<br><br>ORDER |

Before: WARDLAW and GOULD, Circuit Judges, and HADDON,[*] District Judge.

The parties' Joint Motion for a 90 Day Extension to File Petition for Panel Rehearing and Rehearing En Banc (Dckt. No. 33) is granted. The Appellant's Motion for Panel Rehearing (Dckt. No. 34) is denied without prejudice.

---

[*] The Honorable Sam E. Haddon, United States District Judge for the District of Montana, sitting by designation.