

**FILED**

MAY 25 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al., | No. 20-55770 |
| Petitioners-Appellees, | D.C. No. 2:07-cv-03239-TJH-RNB Central District of California, Los Angeles |
| v. | |
| WILLIAM P. BARR, Attorney General; et al., | ORDER |
| Respondents-Appellants. | |

Before: WARDLAW and GOULD, Circuit Judges, and HADDON,[*] District Judge.

The parties' joint motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc by 90 days to afford the parties time to mediate this dispute (Dckt. No. 36) is **GRANTED**.

**IT IS SO ORDERED.**

---

[*] The Honorable Sam E. Haddon, United States District Judge for the District of Montana, sitting by designation.