| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | NOV 23 2022 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ALEJANDRO RODRIGUEZ; et al.,

    Petitioners-Appellees,

 v.

WILLIAM P. BARR, Attorney General; et al.,

    Respondents-Appellants.

No. 20-55770

D.C. No. 2:07-cv-03239-TJH-RNB
Central District of California, Los Angeles

ORDER

Before: WARDLAW and GOULD, Circuit Judges, and HADDON,[*] District Judge.

The parties' joint motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc by 90 days to February 27, 2023 (Dkt. No. 40) is GRANTED.

**IT IS SO ORDERED.**

---

[*] The Honorable Sam E. Haddon, United States District Judge for the District of Montana, sitting by designation.