UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al., | No.    20-55770 |
| Petitioners-Appellees, | D.C. No. 2:07-cv-03239-TJH-RNB |
| v. | Central District of California, Los Angeles |
| WILLIAM P. BARR, Attorney General; et al., | |
| | ORDER |
| Respondents-Appellants. | |

Before:  WARDLAW and GOULD, Circuit Judges, and HADDON,* District Judge.

The parties' joint motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc by 120 days to September 27, 2023 (Dkt. No. 44) is GRANTED.

**IT IS SO ORDERED.**

---

        *        The Honorable Sam E. Haddon, United States District Judge for the District of Montana, sitting by designation.