| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 26 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al., | No. 20-55770 |
| Petitioners-Appellees, | D.C. No. 2:07-cv-03239-TJH-RNB<br>Central District of California,<br>Los Angeles |
| v. | |
| WILLIAM P. BARR, Attorney General; et al., | ORDER |
| Respondents-Appellants. | |

Before: WARDLAW and GOULD, Circuit Judges, and HADDON,[*] District Judge.

The parties' joint motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc by 120 days to January 25, 2024 (Dkt. No. 50) is GRANTED.

**IT IS SO ORDERD.**

---

[*] The Honorable Sam E. Haddon, United States District Judge for the District of Montana, sitting by designation.