No. 20-55770

_____

## IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

_____

TIMOTHY ROBBINS, et al.,
Respondents-Appellants,

v.

ALEJANDRO RODRIGUEZ, et al.,
Petitioners-Appellees.

_____

On Appeal from the United States District Court, Central District of California
No. CV 07-3239-TJH (RNB)

_____

## JOINT MOTION FOR 120 DAY EXTENSION TO FILE PETITION FOR PANEL REHEARING OR REHEARING EN BANC

_____

MICHAEL KAUFMAN
mkaufman@aclusocal.org
ACLU Foundation
  of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-5232

JUDY RABINOVITZ
jrabinovitz@aclu.org
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-26

AHILAN ARULANANTHAM
arulanantham@law.ucla.edu
UCLA School of Law
Center for Immigration
  Law and Policy
385 Charles Young Drive East
Los Angeles, CA 90095
Telephone:  310-825-1029

JAYASHRI SRIKANTIAH
jsrikantiah@law.stanford.edu
Stanford Law School
Immigrants' Rights Clinic
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS (SBN 217603)
scommons@sidley.com
ALEXANDRIA RUIZ (SBN 313286)
aruiz@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

The parties respectfully request that this Court extend the deadline to file the Petition for Panel Rehearing or Rehearing En Banc (PFR/EB) by 120 days to afford the parties time to explore settlement negotiations. The Court granted the parties' seven prior requests for an extension of the PFR/EB deadline.

The Memorandum in this Case was issued on October 19, 2021 (ECF 30). At the parties' request, this Court has granted seven extensions of the deadline to file a PFR/EB (ECF 32, 35, 37, 39, 41, 43, 45). The current due date for the PFR/EB is January 25, 2024. The parties respectfully request that the due date be extended by 120 days to May 24, 2024.

Good cause exists for this request. As previously disclosed to this Court, the parties agreed to mediate this matter under the supervision of a federal magistrate judge. The parties have attended multiple mediation sessions with the magistrate. During this time period, the parties have also met and conferred by phone and written correspondence, including by exchanging written settlement proposals.

Given the important interests at stake and the complexity of the issues for consideration, the parties require additional time to determine whether a settlement can be reached. A potential settlement may resolve all, or parts, of Petitioners' claims, including to the relief at issue in this appeal. As such, the parties agree that judicial economy would be best served by continuing to engage in settlement negotiations.

For the foregoing reasons, the parties respectfully request that the deadline

to file the Petition for Panel Rehearing or Rehearing En Banc be extended by 120 days. The parties will notify the Court if any additional extensions are warranted because settlement discussions are ongoing.

Respectfully submitted,

Dated: January 22, 2024        */s/Ahilan Arulanantham*
                               Counsel for Petitioners-Appellees

Dated: January 22, 2024        */s/ Sarah Wilson*
                               SARAH WILSON
                               Counsel for Respondents-Appellants