| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 24 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

ALEJANDRO RODRIGUEZ; et al.,

    Petitioners-Appellees,

 v.

WILLIAM P. BARR, Attorney General; et al.,

    Respondents-Appellants.

No. 20-55770

D.C. No. 2:07-cv-03239-TJH-RNB
Central District of California, Los Angeles

ORDER

Before: WARDLAW and GOULD, Circuit Judges.

The parties' joint motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc by 120 days to May 24, 2024 (Dkt. No. 52) is GRANTED.

    **IT IS SO ORDERED.**