**FILED**

MAY 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRO RODRIGUEZ; et al., <br><br> Petitioners-Appellees, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General; et al., <br><br> Respondents-Appellants. | No. 20-55770 <br><br> D.C. No. 2:07-cv-03239-TJH-RNB <br> Central District of California, Los Angeles <br><br> ORDER |

Before: WARDLAW and GOULD, Circuit Judges.

The parties' joint motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc by 120 days to September 23, 2024 (Dkt. No. 54) is GRANTED.

**IT IS SO ORDERED.**