| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | SEP 23 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ALEJANDRO RODRIGUEZ; et al.,

        Petitioners-Appellees,

 v.

MERRICK B. GARLAND, Attorney General; et al.,

        Respondents-Appellants.

No. 20-55770

D.C. No. 2:07-cv-03239-TJH-RNB
Central District of California, Los Angeles

ORDER

Before: WARDLAW and GOULD, Circuit Judges.

The parties' joint motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc by 120 days to January 21, 2025 (Dkt. No. 62) is GRANTED.

    **IT IS SO ORDERD.**