UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 31 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ALEJANDRO RODRIGUEZ; et al.,

Petitioners-Appellees,

v.

PAMELA BONDI, Attorney General; et al.,

Respondents-Appellants.

No. 20-55770

D.C. No.
2:07-cv-03239-TJH-RNB
Central District of California,
Los Angeles

ORDER

Before: WARDLAW and GOULD, Circuit Judges.

The parties' joint motion to extend the deadline to file a Petition for Panel Rehearing or Rehearing En Banc by 120 days to September 21, 2026 (Dkt. No. 80) is **GRANTED**.