No. 20-55770

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

TIMOTHY ROBBINS, et al.,
Respondents-Appellants,

v.

ALEJANDRO RODRIGUEZ, et al.,
Petitioners-Appellees.

On Appeal from the United States District Court, Central District of California
No. CV 07-3239-TJH (RNB)

# UNOPPOSED MOTION FOR 30 DAY EXTENSION TO FILE PETITION FOR PANEL REHEARING OR REHEARING EN BANC

MAYRA JOACHIN
mjoachin@aclusocal.org
ACLU Foundation of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-5232

JUDY RABINOVITZ
jrabinovitz@aclu.org
ACLU Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2618
Facsimile: (212) 549-26

AHILAN ARULANANTHAM
arulanantham@law.ucla.edu
UCLA School of Law
Miñana Family Center for Immigration
Law and Policy
385 Charles Young Drive East
Los Angeles, CA 90095
Telephone: 310-825-1029

JAYASHRI SRIKANTIAH
jsrikantiah@law.stanford.edu
Stanford Law School
Immigrants' Rights Clinic
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: (650) 724-2442
Facsimile: (650) 723-4426

SEAN COMMONS
scommons@sidley.com
ALEXANDRIA RUIZ
aruiz@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Petitioners respectfully request that this Court extend the deadline to file the Petition for Panel Rehearing or Rehearing En Banc (PFR/EB) by 30 days, to and through October 22, 2026. The government does not oppose this request. Petitioners anticipate that this will be their final such extension request.

The Memorandum in this Case was issued on October 19, 2021 (ECF 30). The current due date for the PFR/EB is September 21, 2026. Petitioners respectfully request that the due date be extended by 30 days to October 22, 2026.

Good cause exists for this request. As previously disclosed to this Court, the parties agreed to mediate this matter under the supervision of a federal magistrate judge. The parties attended multiple mediation sessions with the magistrate. The parties also met and conferred by phone and written correspondence, including by exchanging written settlement proposals.

Given the important interests at stake and the complexity of the issues for consideration, Petitioners require additional time to determine how best to proceed. As such, Petitioners contend (and the government does not dispute) that judicial economy would be best served by extending the deadline for an additional 30 days.

For the foregoing reasons, Petitioners respectfully request that the deadline to file the Petition for Panel Rehearing or Rehearing En Banc be extended by 30 days. Petitioners will notify the Court in the unlikely event that they wish to seek any additional extensions.

Respectfully submitted,

Dated: September 21, 2026

*/s/ Sean A. Commons*
SEAN A. COMMONS
Counsel for Petitioners-Appellees